**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| DISH DBS CORPORATION, | ) | Case No. 26-90627 (CML) |
| DISH WIRELESS L.L.C., *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**AGENDA OF MATTERS SET FOR VIRTUAL HEARING ON
JULY 1, 2026 AT 2:30 P.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") file

this agenda of matters set for virtual hearing on **July 1, 2026 at 2:30 p.m.** (prevailing Central

Time) (the "**Hearing**") before the Honorable United States Bankruptcy Court Judge Lopez at the

United States Bankruptcy Court for the Southern District of Texas, Houston Division, Courtroom

402, 515 Rusk Avenue, Houston, Texas 77002.  Pursuant to Sections A and I of the *Procedures*

*for Complex Cases in the Southern District of Texas*, the Hearing will be held virtually only.  The

Debtors will ask the Court to consider the following matters:

A.  Evidentiary Support for First Day Motions

  1.  **First Day Declaration.**  Declaration of John Swieringa in Support of Chapter 11
      Petitions and Requests for First Day Relief [Docket No. 19].

      **Status:** This Declaration will be relied upon as evidentiary support, as appropriate, for
      the first day matters listed below.

B.  Matters to be Heard:

  1.  **Disclosure Statement / Solicitation Motion.**  Debtors' <u>Emergency</u> Motion for Entry
      of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement,

---

[1]  The last four digits of DISH DBS Corporation's and DISH Wireless L.L.C.'s respective tax identification numbers
are 8967 and 6388.  A complete list of each of the Debtors in these Chapter 11 Cases and the last four digits of
their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and
noticing agent at https://dm.epiq11.com/DBS.  The location of the Debtors' corporate headquarters and the
Debtors' service address is 9601 S. Meridian Blvd., Englewood, Colorado 80112.

(II) Approving the Solicitation and Voting Procedures, (III) Approving the Form of Ballots and Notices, (IV) Approving Certain Dates and Deadlines in Connection with the Solicitation and Confirmation of the Plan, (V) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement and Confirmation of the Plan, (VI) Conditionally Waiving the Requirements That (A) the U.S. Trustee Convene a Creditors' Meeting for the DBS Debtors and (B) the DBS Debtors File Schedules for Assets and Liabilities and Statements of Financial Affairs, and Rule 2015.3 Reports, and (VII) Granting Related Relief [Docket No. 18].

A.    Related Documents:

1. Joint Prepackaged Chapter 11 Plan of DISH DBS Corporation, DISH Wireless L.L.C., and Their Respective Affiliated Debtors and Debtors in Possession [Docket No. 6].

2. Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of DISH DBS Corporation, DISH Wireless L.L.C., and Their Respective Affiliated Debtors and Debtors in Possession [Docket No. 7].

**Status**: This matter is going forward.

2. **Bar Date Motion.**  Debtors' Emergency Motion for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, (IV) Approving Notice of Bar Dates, and (V) Granting Related Relief [Docket No. 14].

**Status:** This matter is going forward.

3. **Bidding Procedures.**  DISH Wireless Debtors' Emergency Motion for Entry of an Order (I) Approving Bidding Procedures for the Sale of the DISH Wireless Debtors' Assets, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Related Notices, (IV) Authorizing Entry Into the Stalking Horse Agreement, (V) Authorizing the Sale of Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (VI) Granting Related Relief [Docket No. 15].

A.  Related Documents:

1. Declaration of Glenn Tobias in Support of the DISH Wireless Debtors' Bidding Procedures Motion [Docket No. 17].

**Status:** This matter is going forward.

4. **DISH Wireless Rejection Procedures Motion**.  DISH Wireless Debtors' Emergency Motion for Entry of an Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief [Docket No. 16].

**Status**: This matter is going forward.

5. **Shared Services Motion**.  Debtors' <u>Emergency</u> Motion for Entry of (I) Interim Order (A) Authorizing, But Not Directing, the Debtors to Continue Performing Under the Shared Services Agreement and Satisfy Prepetition Obligations Related Thereto, and (B) Granting Related Relief; and (II) Final Order Authorizing the Debtors to Assume the Shared Services Agreement [Docket No. 10].

   **Status**: This matter is going forward.

6. **DBS Ordinary Course of Business Motion**.  DBS Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing, But Not Directing, the DBS Debtors to Continue Their Prepetition Business Operations, Policies, and Practices and Satisfy Related Claims in the Ordinary Course of Business on a Postpetition Basis, (II) Granting Administrative Expense Priority to All Outstanding Orders and Authorizing, But Not Directing, the DBS Debtors to Satisfy Such Obligations In the Ordinary Course, and (III) Granting Related Relief [Docket No. 9].

   **Status:** This matter is going forward.

7. **DISH Wireless Critical Vendors Motion.**  DISH Wireless Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing, But Not Directing, the DISH Wireless Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors and (B) Lien Claimants, (II) Confirming Administrative Expense Priority of Outstanding Orders and Authorizing the Debtors to Satisfy Such Obligations, and (III) Granting Related Relief [Docket No. 13].

   **Status**: This matter is going forward.

8. **Cash Management Motion.**  Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Existing Cash Management System, (B) Maintain Existing Bank Accounts, Business Forms, and Books and Records, (C) Pay Related Prepetition Obligations, and (D) Continue Intercompany Transactions; (II) Granting Administrative Expense Status to Intercompany Transactions; (III) Extending Time to Comply With and Waiving Section 345(b) Deposit and Investment Requirements; and (IV) Granting Related Relief [Docket No. 12].

   **Status**: This matter is going forward.

9. **Utilities Motion.**  Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Docket No. 8].

   **Status**: This matter is going forward.

10. **DBS Customer Programs Motion.**  DBS Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the DBS Debtors to (A) Maintain and Administer Their Existing

3

Customer Programs and (B) Honor Certain Prepetition Customer Obligations, and (II) Granting Related Relief [Docket No. 11].

**Status:** This matter is going forward.

11. **Creditor Matrix Motion.** Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtors to Redact Certain Personal Identifying Information of Natural Persons, (II) Approving the Form and Manner of the Notice of Commencement, and (III) Granting Related Relief [Docket No. 5].

**Status**: This matter is going forward.

12. **Joint Administration Motion.** Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Directing Joint Administration of Cases and (II) Granting Related Relief [Docket No. 2].

**Status**: This matter is going forward, subject to entry of an order prior to the Hearing.

13. **Claims Agent Retention Application.** Debtors' <u>Emergency</u> *Ex Parte* Application for Entry of an Order Authorizing the Employment and Retention of Epiq Corporate Restructuring, LLC as Claims, Noticing and Solicitation Agent [Docket No. 4].

    A. Related Documents:

        1. Declaration of Kathryn Tran in Support of Debtors' <u>Emergency</u> *Ex Parte* Application for Entry of an Order Authorizing the Employment and Retention of Epiq Corporate Restructuring, LLC as Claims, Noticing, and Solicitation Agent [Docket No. 4, Ex. 2].

**Status**: This matter is going forward, subject to entry of an order prior to the Hearing.

14. **Complex Case Designation**. Notice of Designation as Complex Chapter 11 Bankruptcy Cases [Docket No. 3].

4

July 1, 2026
Houston, Texas

/s/ *Charles R. Koster*

**WHITE & CASE LLP**                              **WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)       Thomas E Lauria (Texas Bar No. 11998025)
609 Main Street, Suite 2900                      Southeast Financial Center
Houston, Texas 77002                             200 South Biscayne Boulevard, Suite 4900
Telephone:     (713) 496-9700                    Miami, Florida 33131
Facsimile:     (713) 496-9701                    Telephone:     (305) 371-2700
Email:         charles.koster@whitecase.com      Email:         tlauria@whitecase.com


Ronald K. Gorsich (*pro hac vice* pending)       Matthew E. Linder (*pro hac vice* pending)
Doah Kim (*pro hac vice* pending)                Laura E. Baccash (*pro hac vice* pending)
555 South Flower Street, Suite 2700              300 N. LaSalle Drive
Los Angeles, California 90071                    Chicago, Illinois 60654
Telephone:     (213) 620-7700                    Telephone:     (312) 881-5400
Email:         rgorsich@whitecase.com            Email:         mlinder@whitecase.com
               doah.kim@whitecase.com                           laura.baccash@whitecase.com


                                                 David M. Turetsky (*pro hac vice* pending)
                                                 Samuel P. Hershey (S.D. Texas Fed. No. 3465170)
                                                 Andrea Amulic (*pro hac vice* pending)
                                                 1221 Avenue of the Americas
                                                 New York, New York 10020
                                                 Telephone:     (212) 819-8200
                                                 Email:         david.turetsky@whitecase.com
                                                                sam.hershey@whitecase.com
                                                                andrea.amulic@whitecase.com

*Proposed Counsel to the Debtors and
Debtors in Possession*

## **Certificate of Service**

I certify that on July 1, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Charles R. Koster*
Charles R. Koster