**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DISH DBS CORPORATION, | ) | Case No. 26-90627 (CML) |
| DISH WIRELESS L.L.C., et al.,[1] | ) | |
| | ) | (Joint Administration Requested) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the undersigned counsel, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, hereby enter their appearance as counsel for SBA Telecommunications, LLC, SBA Sites, LLC, SBA Towers II LLC, SBA Towers, LLC, SBA Properties, LLC, SBA Towers V, LLC, SBA Towers VII, LLC, SBA Towers IV, LLC, SBA Towers VI, LLC, TV6 Holdings LLC, SBA Towers IX, LLC, SBA Structures, LLC, SBA Towers X, LLC, SBA Monarch Towers I, LLC, SBA Monarch Steel, LLC, SBA Monarch Towers III, LLC, SBA 2012 TC Assets, LLC, SBA Towers VIII, LLC, SBA GC Towers, LLC, SBA Infrastructure, LLC, SBA Towers III LLC, SBA Steel LLC, SBA Steel II, LLC, SBA Towers XI, LLC and SBA BTS, LLC (collectively, "**SBA**") and request copies of all notices, pleadings, orders, and other documents brought before this Court with respect to the above-captioned proceedings, whether formal or informal, be served upon SBA by and through its counsel, as follows:

---

[1] The last four digits of DISH DBS Corporation's and DISH Wireless L.L.C.'s respective tax identification numbers are 8967 and 6388. A complete list of each of the Debtors in these Chapter 11 Cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/DBS. The location of the Debtors' corporate headquarters and the Debtors' service address is 9601 S. Meridian Blvd., Englewood, Colorado 80112.

Lucian B. Murley, Esq.
**AKERMAN LLP**
222 Delaware Avenue, Suite 1710
Wilmington, DE 19801
(302) 596-9205
luke.murley@akerman.com

-and-

Laura M. Taveras, SBN: 24127243
**AKERMAN LLP**
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
(214) 720-4300
laura.taveras@akerman.com

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation (i) all notices and papers referred to in the Bankruptcy Rules, (ii) all notices of hearings and entry of orders, (iii) every order signed in these cases, and (iv) every pleading or report filed in these cases, including, without limitation, schedules, statements of affairs, operating reports, motions, applications, complaints, demands, requests, petitions, plans of reorganization, disclosure statements, answering or reply papers, and memorandum briefs in support of any of the foregoing.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any prior or later appearance, pleading, claim, or suit shall waive any right of SBA to (1) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (2) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) any objection to the jurisdiction of the Bankruptcy Court for any purpose, (5) any election of remedy, or (6) any other right(s), claim(s), defense(s), setoff(s) or

recoupment(s), under agreements, in law, in equity, or otherwise, all of which are expressly reserved.

Dated: July 1, 2026            **AKERMAN LLP**

*/s/ Laura M. Taveras*
Laura M. Taveras, SBN: 24127243
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
(214) 720-4300
laura.taveras@akerman.com

-and-

Lucian B. Murley, Esq. (DE Bar No. 4892)
222 Delaware Avenue, Suite 1710
Wilmington, DE 19801
(302) 596-9205
luke.murley@akerman.com

*Attorneys for SBA Telecommunications, LLC, SBA Sites, LLC, SBA Towers II LLC, SBA Towers, LLC, SBA Properties, LLC, SBA Towers V, LLC, SBA Towers VII, LLC, SBA Towers IV, LLC, SBA Towers VI, LLC, TV6 Holdings LLC, SBA Towers IX, LLC, SBA Structures, LLC, SBA Towers X, LLC, SBA Monarch Towers I, LLC, SBA Monarch Steel, LLC, SBA Monarch Towers III, LLC, SBA 2012 TC Assets, LLC, SBA Towers VIII, LLC, SBA GC Towers, LLC, SBA Infrastructure, LLC, SBA Towers III LLC, SBA Steel LLC, SBA Steel II, LLC, SBA Towers XI, LLC and SBA BTS, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* has been served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on this first day of July, 2026.

_____
Laura Taveras