Electronic Appearance Sheet

Jason Reed, Maslon LLP
Client(s): U.S. Bank Trust Company, National Association

Dennis  Dunne, MILBANK LLP
Client(s): Ad Hoc Group of DBS Noteholders

Lisa  Laukitis, MILBANK LLP
Client(s): Ad Hoc Group of DBS Noteholders

Tom Howley, HOWLEY LAW PLLC
Client(s): Local counsel to Ad Hoc Group of DBS Noteholders

Lucas Schneider, Husch Blackwell LLP
Client(s): Lumen Technologies, Inc.

Ian Peck, Haynes and Boone, LLP
Client(s): Everstream Solutions LLC and Midwest Fiber Holdings LP

Jordan Chavez, Haynes and Boone, LLP
Client(s): Everstream Solutions LLC and Midwest Fiber Holdings LP

Andrew  Leblanc, MILBANK LLP
Client(s): Ad Hoc Group of DBS Noteholders

Daniel Forman, Ropes & Gray LLP
Client(s): American Tower

Charles R. Koster, White & Case LLP
Client(s): Debtors and Debtors in Possession

Thomas E Lauria, White & Case LLP
Client(s): Debtors and Debtors in Possession

Robert  Dehney, Morris Nichols
Client(s): EchoStar

Ronald  Gorsich, White & Case LLP
Client(s): Debtors and Debtors in Possession

Matthew Linder, White & Case LLP
Client(s): Debtors and Debtors in Possession

Samuel Hershey, White & Case LLP
Client(s): Debtors and Debtors in Possession

Clark Whitmore, Maslon LLP
Client(s): U.S. Bank Trust Company, NA

Electronic Appearance Sheet

David Turetsky, White & Case LLP
Client(s): Debtors and Debtors in Possession

Andrea Amulic, White & Case LLP
Client(s): Debtors and Debtors in Possession

David Kim, White & Case LLP
Client(s): Debtors and Debtors in Possession

Alonso Aquije, White & Case LLP
Client(s): Debtors and Debtors in Possession

Devin Rivero, White & Case LLP
Client(s): Debtors and Debtors in Possession

Jacob Bourgault, White & Case LLP
Client(s): Debtors and Debtors in Possession

Van C. Durrer, II, Dentons
Client(s): Special Committee of DISH Wireless LLC

Paul Heath , Vinson & Elkins LLP
Client(s): Wilmington Savings Fund Society, FSB in its capacity as trustee under the 7 ¾% 2026 Senior Notes Indenture, the 5 ¼% 2026 Senior Secured Notes Indenture, and the 5 ¾% 2028 Senior Secured Notes Indenture.

Isabella Parlette, Vinson & Elkins LLP
Client(s): Wilmington Savings Fund Society, FSB in its capacity as trustee under the 7 ¾% 2026 Senior Notes Indenture, the 5 ¼% 2026 Senior Secured Notes Indenture, and the 5 ¾% 2028 Senior Secured Notes Indenture

Brian Hermann, Paul, Weiss, Rifkind, Wharton & Garrison LLP
Client(s): Counsel to Crown Castle

Leib Lerner, Lerner Harris Law
Client(s): Fox Corporation

Lucian Murley, Akerman LLP
Client(s): SBA Telecommunications, LLC, et al.

Matthew Silverman, Pryor Cashman LLP
Client(s): Wilmington Savings Fund Society, FSB in its capacity as trustee under the 7.75% 2026 Senior Notes Indenture, the 5.25% 2026 Senior Secured Notes Indenture, and the 5.75% 2028 Senior Secured Notes Indenture

Seth Lieberman, Pryor Cashman LLP

Electronic Appearance Sheet

Client(s): Wilmington Savings Fund Society, FSB in its capacity as trustee under the 7.75% 2026 Senior Notes Indenture, the 5.25% 2026 Senior Secured Notes Indenture, and the 5.75% 2028 Senior Secured Notes Indenture

Patrick Sibley, Pryor Cashman LLP
Client(s): Wilmington Savings Fund Society, FSB in its capacity as trustee under the 7.75% 2026 Senior Notes Indenture, the 5.25% 2026 Senior Secured Notes Indenture, and the 5.75% 2028 Senior Secured Notes Indenture

Megan Young-John, Porter Hedges LLP
Client(s): Crown Castle

Michael Rosow, Maslon LP
Client(s): U.S. Bank Trust Company, National Association

David Shim, Dentons US LLP
Client(s): Special Committee of the Board of Managers of DISH Wireless L.L.C.

John Beck, Dentons US LLP
Client(s): Special Committee of the Board of Managers of DISH Wireless L.L.C.

Van Durrer, Dentons US LLP
Client(s): Special Committee of the Board of Managers of DISH Wireless L.L.C.

Samuel Hershey, White & Case LLP
Client(s): Debtors and Debtors in Possession

Glenn Kurtz, White & Case LLP
Client(s): Debtors and Debtors in Possession

Brian Murphy, Murray Murphy Moul + Basil LLP
Client(s): CSL Garage, Ltd.

William Nakasian, Lape Mansfield Nakasian &  Gibson, LLC
Client(s): CSL Garage, Ltd.

Vianey Garza, Office of the U.S. Trustee
Client(s): U.S. Trustee

David Zylberberg, Simpson Thacher & Bartlett LLP
Client(s): Interested Party

Natalia Shparber, n/a (I am in house counsel at DISH)
Client(s): DISH

Brandon Bains, Bains Law PLLC
Client(s): Liberty Mutual Insurance Company

Electronic Appearance Sheet

Ivan Gold, Allen Matkins Leck Gamble Mallory & Natsis LLP
Client(s): Southwest Plaza L.L.C.

chris noland, non
Client(s): none