**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>DISH DBS CORPORATION<br>DISH WIRELESS L.L.C., *et al.*,<br><br>Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 26-90627 (CML)<br>)<br>) (Jointly Administered)<br>) |

**NOTICE OF HEARING TO BE HELD ON**
**JULY 8, 2026 AT 2:30 P.M. (PREVAILING CENTRAL TIME)**
[Relates to Docket Nos. 14, 15, 16, 18]

**PLEASE TAKE NOTICE** that, on June 30, 2026, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**") commencing these chapter 11 cases (the "**Chapter 11 Cases**").

**PLEASE TAKE FURTHER NOTICE** that, on July 1, 2026, the Debtors filed the following requests for relief:

- *Debtors' Emergency Motion for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, (IV) Approving Notice of Bar Dates, and (V) Granting Related Relief* [Dkt. No. 14] (the "**Bar Date Motion**");

- *DISH Wireless Debtors' Emergency Motion for Entry of an Order (I) Approving Bidding Procedures for the Sale of the DISH Wireless Debtors Assets, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Related Notices, (IV) Authorizing Entry Into the Stalking Horse Agreement, (V) Authorizing the Sale of Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (VI) Granting Related Relief* [Dkt. No. 15] (the "**Bidding Procedures Motion**");

---

[1] The last four digits of DISH DBS Corporation's and DISH Wireless L.L.C.'s respective tax identification numbers are 8967 and 6388. A complete list of each of the Debtors in these Chapter 11 Cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/DBS. The location of the Debtors' corporate headquarters and the Debtors' service address is 9601 S. Meridian Blvd., Englewood, Colorado 80112.

- *DISH Wireless Debtors' Emergency Motion for Entry of an Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Dkt. No. 16] (the "**Rejection Procedures Motion**"); and

- *Debtors' Emergency Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures, (III) Approving the Form of Ballots and Notices, (IV) Approving Certain Dates and Deadlines in Connection with the Solicitation and Confirmation of the Plan, (V) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement and Confirmation of the Plan, (VI) Conditionally Waiving the Requirements that (A) the U.S. Trustee Convene a Creditors Meeting for the DBS Debtors and (B) the DBS Debtors File Schedules of Assets and Liabilities and Statements of Financial Affairs, and Rule 2015.3 Reports, and (VII) Granting Related Relief* [Dkt. No. 18] (the "**Solicitation Procedures Motion**" and, together with the Bar Date Motion, the Bidding Procedures Motion, and the Rejection Procedures Motion, the "**Motions**").[2]

**PLEASE TAKE FURTHER NOTICE** that, on July 1, 2026, the Debtors, by and through their undersigned counsel, appeared before the Honorable Christopher M. Lopez, for the initial hearing on certain "first day" motions filed in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motions (the "**Hearing**") will be held on **July 8, 2026 at 2:30 p.m. (prevailing Central Time)** before the Honorable Christopher M. Lopez, Courtroom 402, 515 Rusk, Houston, TX 77002.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to file a motion on July 6, 2026, seeking authority to temporarily allow, solely for purposes of voting to accept or reject the Debtors' proposed *Joint Prepackaged Chapter 11 Plan of DISH DBS Corporation, DISH Wireless L.L.C., and Their Respective Affiliated Debtors and Debtors in Possession* [Docket No. 6] (the "**Plan**"), certain disputed claims in amounts set forth on the schedule thereto (the "**Voting Estimation Motion**"). The Voting Estimation Motion will include disputed claims held by the approximately 368 counterparties to prepetition contracts or real property leases, each of which the Debtors anticipate will assert a DISH Wireless General Unsecured Claim (as defined in the Plan). The Voting Estimation Motion will address the methodology by which the DISH Wireless Debtors have calculated such claims for voting purposes, including the application of a present-value discount and section 502(b)(6) of the Bankruptcy Code. The temporary allowance of such claims for voting purposes shall not prejudice the parties' respective rights and defenses with respect to the post-confirmation adjudication of such claims for distribution purposes, including the DISH Wireless Debtors' right to assert defenses that would, if substantiated, excuse performance obligations under the applicable contracts or leases.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will notice a deadline of **July 31, 2026** for holders of claims included in the Voting Estimation Motion to respond or object to the relief requested therein, thereby providing such holders of claims with more notice than required

---

[2]  Capitalized terms used and not defined herein have the meanings ascribed to such terms in the applicable Motion.

under applicable rules and procedures.  The Debtors further intend to seek a hearing on the Voting Estimation Motion during **the week of August 10, 2026**, subject to the Court's availability.

PLEASE TAKE FURTHER NOTICE that the Debtors intend to modify the relief requested by the Bar Date Motion to, among other things, **establish August 7, 2026 at 5:00 p.m. (prevailing Central Time) as the last date and time by which each entity (other than governmental units) must file a written proof of claim against the DISH Wireless Debtors**. The Debtors will file a revised proposed order and redline reflecting this change in advance of the Hearing.

PLEASE TAKE FURTHER NOTICE that the Debtors intend to modify the relief requested by the Bidding Procedures Motion to, among other things, **(i) establish August 24, 2026 as the Bid Deadline, (ii) establish August 25, 2026 as the deadline to designate Qualified Bids, (iii) establish August 26, 2026 as the date of the Auction (if any), (iv) establish August 28, 2026 as the Sale Objection Deadline, and (v) schedule the Sale Hearing for the week of August 31, 2026, subject to the Court's availability**. The Debtors will file a revised proposed order and redline reflecting these changes in advance of the Hearing.

PLEASE TAKE FURTHER NOTICE that the Debtors intend to modify the relief requested by the Rejection Procedures Motion to, among other things, **(i) modify the Objection Procedures to provide that Rejection Counterparties shall have fourteen (14) days from the service of a Rejection Notice to object to the proposed rejection, (ii) provide that the DISH Wireless Debtors shall provide the Rejection Counterparty with at least fourteen (14) days' notice of a hearing on such objection, (iii) provide that if a Rejection Counterparty files a timely objection to the DISH Wireless Debtors' ability to access a Premises after the Rejection Date to collect Property to be Retrieved, the DISH Wireless Debtors shall not be authorized to do so pending resolution of such objection; and (iv) incorporate the agreed modification resolving the informal objection of SBA Communications Corporation which shall provide that, notwithstanding anything contained in the Order, the Rejection Procedures are modified to remove the DISH Wireless Debtors' authorization to access the Premises and collect Property to be Retrieved pending resolution of such party's objection with respect to the Covered Contracts between any Debtor and SBA Communications Corporation and its affiliates**.  The Debtors will file a revised proposed order and redline reflecting these changes in advance of the Hearing.

PLEASE TAKE FURTHER NOTICE that the Debtors intend to modify the relief requested by the Solicitation Procedures Motion to, among other things, establish the following schedule of proposed dates, subject to modification if necessary and the Court's availability.  The Debtors will file a revised proposed order and redline reflecting these changes in advance of the Hearing.

| Event | Date |
| --- | --- |
| Voting Estimation Motion Objection Deadline | July 31, 2026 |
| Claims Bar Date | August 7, 2026 at 5:00 p.m. (prevailing Central Time) |

| Event | Date |
|---|---|
| Hearing on Voting Estimation Motion | Week of August 10, 2026 |
| Plan Voting Deadline; Opt In Deadline; and Plan and Disclosure Statement Objection Deadline | Week of August 17, 2026 |
| Voting Report Deadline; and Confirmation Brief Deadline | Week of August 24, 2026 |
| Combined Hearing | Week of August 31, 2026 |

**PLEASE TAKE FURTHER NOTICE** that the schedule set forth herein remains subject to approval by the Court. Nothing in this Notice shall modify, amend, or supplement any order of the Court unless and until approved by the Court.

**PLEASE TAKE FURTHER NOTICE** that parties may participate in the hearing in-person or by audio and video conference.

*Audio Communication*

Audio communication will be by use of the Court's dial-in-facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153.

*Video Communications*

Video communication will be by the use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's home page. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of the Hearing. To make your electronic appearance, click the "Electronic Appearance" link on Judge Lopez's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in the Chapter 11 Cases, and other relevant case information are available free of charge on the following website maintained by the Debtors' claims and noticing agent, Epiq Corporate Restructuring, LLC, in connection with the Chapter 11 Cases: https://dm.epiq11.com/DBS. Copies of any pleadings or papers filed with the Court may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

July 3, 2026
Houston, Texas

/s/ *Charles R. Koster*

| | |
|---|---|
| **WHITE & CASE LLP** | **WHITE & CASE LLP** |
| Charles R. Koster (Texas Bar No. 24128278) | Thomas E Lauria (Texas Bar No. 11998025) |
| 609 Main Street, Suite 2900 | Southeast Financial Center |
| Houston, Texas 77002 | 200 South Biscayne Boulevard, Suite 4900 |
| Telephone:    (713) 496-9700 | Miami, Florida 33131 |
| Facsimile:    (713) 496-9701 | Telephone:    (305) 371-2700 |
| Email:    charles.koster@whitecase.com | Email:    tlauria@whitecase.com |

| | |
|---|---|
| Ronald K. Gorsich (admitted *pro hac vice*) | Matthew E. Linder (admitted *pro hac vice*) |
| Doah Kim (admitted *pro hac vice*) | Laura E. Baccash (admitted *pro hac vice*) |
| 555 South Flower Street, Suite 2700 | 300 N. LaSalle Drive |
| Los Angeles, California 90071 | Chicago, Illinois 60654 |
| Telephone:    (213) 620-7700 | Telephone:    (312) 881-5400 |
| Email:    rgorsich@whitecase.com | Email:    mlinder@whitecase.com |
| doah.kim@whitecase.com | laura.baccash@whitecase.com |

David M. Turetsky (admitted *pro hac vice*)
Samuel P. Hershey (S.D. Texas Fed. No. 3465170)
Andrea Amulic (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:    (212) 819-8200
Email:    sam.hershey@whitecase.com
andrea.amulic@whitecase.com

*Proposed Counsel to the Debtors and
Debtors in Possession*

## Certificate of Service

I certify that on July 3, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Charles R. Koster*
Charles R. Koster