IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>DISH DBS CORPORATION,<br>DISH WIRELESS L.L.C., *et al.*,<br><br>     Debtors.[1] | Chapter 11<br><br>Case No. 26-90627 (CML)<br><br>(Jointly Administered)<br><br>**Related Doc. No. 153** |

**JOINDER TO AND STATEMENT IN SUPPORT OF EMERGENCY MOTION
OF CROWN CASTLE TO ADJOURN CERTAIN MOTIONS TO THE SECOND
DAY HEARING OR, IN THE ALTERNATIVE, SET A STATUS CONFERENCE**

CoxCom, LLC ("CoxCom"), Lumos Networks 2, LLC ("Lumos Networks"), Lumos Networks of West Virginia, LLC ("Lumos Networks of WV"), and South Carolina Telecommunications Group Holdings, LLC ("SC Telecommunications," and, together with Lumos Networks and Lumos Networks of WV, "Segra"), by and through their undersigned counsel, hereby submit this joinder and statement in support of (the "Joinder") the *Emergency Motion of Crown Castle to Adjourn Certain Motions to the Second Day Hearing or, in the Alternative, Set a Status Conference* (the "Adjournment Motion") [Doc. No. 153] filed by Crown Castle[2] in the above-captioned chapter 11 cases.  In support of this Joinder and the relief requested in the Adjournment Motion, CoxCom and Segra respectfully state as follows:

**JOINDER**

1.  CoxCom and Segra are each a party to a prepetition master services agreement

---

[1]  The last four digits of DISH DBS Corporation's and DISH Wireless L.L.C.'s respective tax identification numbers are 8967 and 6388. A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/DBS.  The location of the Debtors' corporate headquarters and the Debtors' service address is 9601 S. Meridian Blvd., Englewood, Colorado 80112.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Adjournment Motion.

(together, the "MSAs") with Debtor DISH Wireless, L.L.C. ("DISH").  Pursuant to the MSAs, CoxCom and Segra were to provide fiber connectivity and transport services to support DISH's buildout of a nationwide 5G wireless network.  To date, CoxCom and Segra have provisioned hundreds of service sites and invested substantial resources in fulfilling their contractual obligations to DISH under the MSAs.

2.      Since September 2025, however, DISH has taken the position (which CoxCom and Segra contest) that it is no longer obligated to perform and fulfill its obligations under the MSAs.

3.      As a result of DISH's conduct, CoxCom and Segra have filed a complaint against DISH and its ultimate corporate parent, EchoStar Corporation, in the United States District Court for the District of Colorado (Case No. 26-cv-02529) asserting damages in the amount of at least $60 million.

4.      Since the Petition Date, CoxCom and Segra have coordinated with other creditors of DISH, including but not limited to Crown Castle, regarding shared concerns over the nature of the DISH Wireless Debtors' chapter 11 cases.

5.      CoxCom and Segra believe that no exigency exists requiring the DISH Wireless Debtors' chapter 11 cases to proceed on a highly-accelerated timeline, which timeline risks prejudice to DISH's creditors for no benefit to the estates.

6.      Consequently, CoxCom and Segra join, and incorporate by reference, the arguments made in the Adjournment Motion.

[*The remainder of this page is left blank intentionally.*]

**CONCLUSION**

WHEREFORE, CoxCom and Segra hereby join the Adjournment Motion and respectfully request that the Court adjourn the Motions to the second day hearing or, in the alternative, set a status conference.

Dated: July 6, 2026
Dallas, Texas

/s/  Geoffrey A. Heaton
Geoffrey A. Heaton (Texas Bar No. 24145965)
**DUANE MORRIS LLP**
200 Crescent Court, Suite 900
Dallas, TX 75201-1514
Telephone: (415) 957 3122
Email: GHeaton@duanemorris.com

-and-

Lawrence J. Kotler (*pro hac vice* pending)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1514
Email: LJKotler@duanemorris.com

-and-

Brian A. McAleenan (*pro hac vice* pending)
**DUANE MORRIS LLP**
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
Telephone: (312) 499-6762
Email: BAMcAleenan@duanemorris.com

-and-

Brad Lenox (*pro hac vice* pending)
**DUANE MORRIS LLP**
22 Vanderbilt
335 Madison Avenue, 23rd Floor
New York, NY 10017-466
Telephone: (212) 692-1000
Email:BLenox@duanemorris.com

*Counsel to CoxCom and Segra*

## **CERTIFICATE OF SERVICE**

I certify that, on July 6, 2026, I caused a copy of the foregoing document to be served by electronic transmission to all registered ECF users appearing in this case.

*/s/ Geoffrey A. Heaton*
Geoffrey A. Heaton