**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DISH DBS CORPORATION<br>DISH WIRELESS L.L.C., *et al.*,[1] | ) | Case No. 26-90627 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**CERTIFICATE OF COUNSEL REGARDING ORDER (I) AUTHORIZING AND APPROVING PROCEDURES TO REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) GRANTING RELATED RELIEF**

Pursuant to the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") certify as follows:

1. On July 1, 2026, the DISH Wireless Debtors[2] filed the *Emergency Motion for Entry of an Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 16] (the "**Motion**"). The Motion attached a form of proposed order [Docket No. 16-1].

2. On July 1, 2026, the United States Bankruptcy Court for the Southern District of Texas (the "**Court**") held a hearing to consider the Motion. The Court continued the hearing on the Motion to July 8, 2026.

[1] The last four digits of DISH DBS Corporation's and DISH Wireless L.L.C.'s respective tax identification numbers are 8967 and 6388. A complete list of each of the Debtors in these Chapter 11 Cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/DBS. The location of the Debtors' corporate headquarters and the Debtors' service address is 9601 S. Meridian Blvd., Englewood, Colorado 80112.

[2] The "DISH Wireless Debtors" include: (a) Neyland Networks LLC; (b) DISH Wireless L.L.C.; (c) DISH Wireless Leasing L.L.C.; (d) DISH Wireless Retail Holding L.L.C.; (e) DISH Infinite Corporation; and (f) DISH Wireless Retail Operating L.L.C.

3. On July 7, 2026, the DISH Wireless Debtors filed the *[Proposed] Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 196] (the "**Proposed Order**"), incorporating changes to address objections and informal comments received as of such time.

4. On July 8, 2026, the Court held the continued hearing on the Motion. Several parties objected to the Motion and the Proposed Order, and the Court instructed the Debtors to confer with all of the objecting parties and submit a consensual form of order if possible.

5. The Debtors have conferred with the objecting parties since the July 8 hearing.[3] The undersigned counsel certifies that the order attached hereto (the "**Revised Proposed Order**") addresses any and all objections and informal comments raised by such parties.

6. A redline reflecting the changes between the Proposed Order and the Revised Proposed Order is attached hereto as **<u>Exhibit A</u>**.

7. The Debtors request that the Court enter the Revised Proposed Order at its earliest convenience.

---

[3] Such parties include: (i) Aircomm of Avon, LLC and certain of its affiliated entities through their counsel, Paul, Weiss, Rifkind, Wharton & Garrison LLP and Porter Hedges LLP, (ii) D Diamond Infra LLC and certain of its affiliated entities through their counsel, Baker & Hostetler LLP, (iii) DPI Retail, GGP Services Inc., Landmark Dividend, and LBA Realty, LLC through their counsel, Allen Matkins Leck Gamble Mallory & Natsis LLP and Kelley Drye & Warren LLP, (iv) American Towers, LLC and certain of its affiliated entities through their counsel, Ropes & Gray LLP and Hunton Andrews Kurth LLP, (v) CTI Towers and certain of its affiliated entities through their counsel, Kirkland & Ellis LLP and Haynes and Boone LLP, and (vi) SBA Telecommunications, LLC and certain of its affiliated entities through their counsel, Akerman LLP.

July 13, 2026
Houston, Texas

/s/ *Charles R. Koster*
**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Facsimile: (713) 496-9701
Email: charles.koster@whitecase.com

**WHITE & CASE LLP**
Thomas E Lauria (Texas Bar No. 11998025)
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Email: tlauria@whitecase.com

Ronald K. Gorsich (admitted *pro hac vice*)
Doah Kim (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Email: rgorsich@whitecase.com
doah.kim@whitecase.com

Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
300 N. LaSalle Drive
Chicago, Illinois 60654
Telephone: (312) 881-5400
Email: mlinder@whitecase.com
laura.baccash@whitecase.com

David M. Turetsky (admitted *pro hac vice*)
Samuel P. Hershey (S.D. Tex. Fed. No. 3465170)
Andrea Amulic (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: david.turetsky@whitecase.com
sam.hershey@whitecase.com
andrea.amulic@whitecase.com

*Proposed Counsel to the Debtors and Debtors in Possession*

**Certificate of Service**

I certify that on July 13, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Charles R. Koster*
Charles R. Koster