**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DISH DBS CORPORATION | ) | Case No. 26-90627 (CML) |
| DISH WIRELESS L.L.C., *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 294** |

**FIFTY-FIFTH NOTICE OF REJECTION OF
CERTAIN EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**

> **PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THEIR CONTRACTS OR LEASES ON SCHEDULE 2 ATTACHED HERETO AND READ THE CONTENTS OF THIS NOTICE CAREFULLY.**

**PLEASE TAKE NOTICE** that on July 14, 2026, the United States Bankruptcy Court for the Southern District of Texas (the "**Court**") entered an order on the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (the "**DISH Wireless Debtors**"), approving procedures for the rejection of executory contracts and unexpired leases, authorizing the DISH Wireless Debtors to abandon estate property, and granting related relief [Docket No. 294] (the "**Rejection Procedures Order**") attached hereto as **Schedule 1**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Rejection Procedures Order and by this written notice (this "**Rejection Notice**"), the DISH Wireless Debtors hereby notify you that they have determined, in the exercise of their business judgment, that each Covered Contract set forth on **Schedule 2** attached hereto is hereby rejected effective no later than (i) the Proposed Rejection Date as set forth on **Schedule 2**;  (ii) such other date that is ordered by the Court, (iii) such other date as the DISH Wireless Debtors and the counterparty or counterparties to any such Covered Contract agree in writing (email being sufficient) or (iv) the filing date of this Rejection Notice (such date, the "**Rejection Date**").  For the avoidance of doubt, if the Proposed Rejection Date is determined to not be the Rejection Date, for any reason, the filing this Rejection Notice shall serve as the DISH Wireless Debtors' notice to the Rejection Counterparty that the DISH Wireless Debtors have surrendered the Premises to the applicable Rejection Counterparty and, to

---

[1]   The last four digits of DISH DBS Corporation's and DISH Wireless L.L.C.'s respective tax identification numbers are 8967 and 6388.  A complete list of each of the Debtors in these Chapter 11 Cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/DBS.  The location of the Debtors' corporate headquarters and the Debtors' service address is 9601 S. Meridian Blvd., Englewood, Colorado 80112.

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

the extent such party has not already done so, the Rejection Counterparty may take any steps necessary to take full dominion and control over the Premises.

**PLEASE TAKE FURTHER NOTICE** that parties objecting to the rejection must file a written objection so that such objection is filed with this Court on the docket of the Debtors' Chapter 11 Cases no later than fourteen (14) days after the date the DISH Wireless Debtors file and serve the relevant Rejection Notice.  The DISH Wireless Debtors may, at their sole discretion, extend the period of time by which parties objecting to the rejection must file their written objections.  To the extent a Rejection Counterparty objects to the Proposed Rejection Date, the parties may agree to revise such date to a mutually agreeable date, or if the parties cannot reach a resolution, such date shall be determined by the Court. If a Rejection Counterparty asserts that its Covered Contract has been terminated prior to the Petition Date, such Rejection Counterparty must file a timely objection stating the grounds for such assertion. Any Rejection Counterparty who wishes to discuss the Rejection Date or termination of a Covered Contract should contact the DISH Wireless Debtors by sending an email to Charles R. Koster (charles.koster@whitecase.com), Matthew Linder (mlinder@whitecase.com), Ronald Gorsich (rgorsich@whitecase.com), Doah Kim (doah.kim@whitecase.com), and Alonso Aquije (alonso.aquije@whitecase.com).

**PLEASE TAKE FURTHER NOTICE that the inclusion of a Covered Contract in a Rejection Notice is not an admission or waiver by the DISH Wireless Debtors or any Rejection Counterparty and shall in no way impact such parties' ability to assert that a Covered Contract was terminated prior to the Petition Date.  To the extent such Covered Contract is included in a Rejection Notice, such inclusion provides notice that the DISH Wireless Debtors are rejecting such Covered Contract as of the Proposed Rejection Date, to the extent such Covered Contract was not terminated prior to the Petition Date.**

**PLEASE TAKE FURTHER NOTICE** that, absent an objection being timely filed, the rejection of each Covered Contract shall become effective on the Proposed Rejection Date set forth in **Schedule 2**,[3] or such other date as the DISH Wireless Debtors and the counterparty or counterparties to such Covered Contract agree;[4] *provided that*, if the Covered Contract is a lease of real property, the DISH Wireless Debtors shall submit the Rejection Order substantially in the form attached hereto as **Schedule 3** to the Court under a certificate of no objection authorizing the rejection of each such lease listed in the applicable Rejection Notice to be rejected as of the Proposed Rejection Date.

---

[3]   Covered Contracts identified on this notice are listed by master agreement to the extent applicable.  Each reference to a Covered Contract on this notice includes, to the extent applicable, any and all related site-level documentation and any and all amendments, amendments and restatements, addenda, schedules, exhibits, modifications, and any and all other related documentation.

[4]   An objection to the rejection of any particular Covered Contract listed in this Rejection Notice shall not constitute an objection to the rejection of any other contract or lease listed in this Rejection Notice.  Any objection to the rejection of any particular Covered Contract listed in this Rejection Notice must state with specificity the Covered Contract to which it is directed.  For each particular Covered Contract whose rejection is not timely or properly objected to, such rejection will be effective in accordance with this Rejection Notice and the Rejection Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, if an objection to the rejection of any Covered Contract is timely filed and not withdrawn or resolved, the DISH Wireless Debtors shall request the Court schedule a hearing on such objection. If such objection is overruled or withdrawn, such Covered Contract shall be rejected as of the Proposed Rejection Date set forth in **Schedule 2**, or such other date as the DISH Wireless Debtors and the Rejection Counterparty have agreed, or that is ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that, absent timely objection, any of the DISH Wireless Debtors' property remaining on the applicable Premises related to a rejected Covered Contract shall be deemed abandoned, as is, as of the Proposed Rejection Date pursuant to section 554 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, to the extent you wish to assert a claim with respect to rejection of your Covered Contract or Covered Contracts, you must do so by the date that is on or before the later of (i) the deadline for filing proofs of claim established in these Chapter 11 Cases, and (ii) 5:00 p.m. prevailing Central Time on the date that is twenty-one (21) days after the latest of (A) the Rejection Date, (B) the date of filing of a Rejection Notice, and (C) the date of entry of an order rejecting the applicable Covered Contract, as applicable. **IF YOU FAIL TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM BY THE DEADLINE SET FORTH HEREIN, YOU WILL BE, FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (1) ASSERTING SUCH CLAIM AGAINST ANY OF THE DISH WIRELESS DEBTORS AND THEIR ESTATES AND (2) PARTICIPATING IN ANY DISTRIBUTION IN THE DISH WIRELESS DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.**[5]

*[Remainder of page intentionally left blank]*

---

[5]   All rights and defenses of the DISH Wireless Debtors are preserved, including all rights and defenses of such parties with respect to a claim for damages arising as a result of rejection of a Covered Contract, including that (i)  the inclusion of a Covered Contract on this list does not constitute an admission as to the executory or non-executory nature of the Covered Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Covered Contract and (ii) the inclusion of a Covered Contract in this Rejection Notice is not an admission or waiver by the DISH Wireless Debtors and shall in no way impact the DISH Wireless Debtors' ability to assert that a Covered Contract was terminated prior to the Petition Date.

July 15, 2026
Houston, Texas

/s/ *Charles R. Koster*

**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone:      (713) 496-9700
Facsimile:      (713) 496-9701
Email:      charles.koster@whitecase.com


Ronald K. Gorsich (admitted *pro hac vice*)
Doah Kim (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone:      (213) 620-7700
Email:      rgorsich@whitecase.com
      doah.kim@whitecase.com

**WHITE & CASE LLP**
Thomas E Lauria (Texas Bar No. 11998025)
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone:      (305) 371-2700
Email:      tlauria@whitecase.com


Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
300 N. LaSalle Drive
Chicago, Illinois 60654
Telephone:      (312) 881-5400
Email:      mlinder@whitecase.com
      laura.baccash@whitecase.com


David M. Turetsky (admitted *pro hac vice*)
Samuel P. Hershey (S.D. Tex. Fed. No. 3465170)
Andrea Amulic (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:      (212) 819-8200
Email:      david.turetsky@whitecase.com
      sam.hershey@whitecase.com
      andrea.amulic@whitecase.com


*Proposed Counsel to the Debtors and*
*Debtors in Possession*