Electronic Appearance Sheet

sj lee, none
Client(s): sj

Sabrina  Streusand , Streusand, Landon, Ozburn & Lemmon, LLP
Client(s): Dell Financial Services L.L.C.

John Demmy, Saul Ewing LLP
Client(s): Element Fleet Corporation

David Shim, Dentons US LLP
Client(s): DWLLC Special Committee

Guy Sergi, In House Counsel
Client(s): Westshell, L.L.C.

Robert Dehney, Morris Nichols Arsht & Tunnell LLP
Client(s): EchoStar

Nahal Zarnighian, Ballard Spahr
Client(s): Irvine Company

Brad Lenox, Duane Morris LLP
Client(s): CoxCom, LLC; Lumos Networks 2, LLC; Lumos Networks of West Virginia, LLC; and South Carolina Telecommunications Group Holdings, LLC

Brian McAleenan, Duane Morris LLP
Client(s): CoxCom, LLC; Lumos Networks 2, LLC; Lumos Networks of West Virginia, LLC; and South Carolina Telecommunications Group Holdings, LLC

Brian  Hermann, Paul, Weiss, Rifkind, Wharton & Garrison LLP
Client(s): Crown Castle et al.

Andrew Layden, Baker & Hostetler LLP
Client(s): Diamond Entities

Ian Peck, Haynes and Boone, LLP
Client(s): Everstream Post-Effective Date Debtors

Jordan Chavez, Haynes and Boone, LLP
Client(s): Everstream Post-Effective Date Debtors

Dennis Dunne, MILBANK LLP
Client(s): Ad Hoc Group of DBS Noteholders

Lisa  Laukitis, MILBANK LLP
Client(s): Ad Hoc Group of DBS Noteholders

Robert  Dashow , None

Electronic Appearance Sheet

Client(s): RSD 920, LLC

Jennifer Raviele, Kelley Drye & Warren LLP
Client(s): DPI Retail, GGP Services, Landmark Dividend, and LBA Realty, LLC, and Regency Centers, L.P.

Robert  LeHane, Kelley Drye & Warren LLP
Client(s): DPI Retail, GGP Services, Landmark Dividend, and LBA Realty, LLC, and Regency Centers, L.P.

Charlie Fendrych, Kelley Drye & Warren LLP
Client(s): DPI Retail, GGP Services, Landmark Dividend, and LBA Realty, LLC, and Regency Centers, L.P.

Michael Golner, Rainone, Coughlin, Minchello
Client(s): Interested Party, Case No.: 26-90627 (CML)

Brian Gault, MR Office LC
Client(s): Landlord

Charles  Koster, White & Case LLP
Client(s): Debtors and Debtors in Possession

Thomas Lauria, White & Case LLP
Client(s): Debtors and Debtors in Possession

Matthew Linder, White & Case LLP
Client(s): Debtors and Debtors in Possession

Glenn Kurtz, White & Case LLP
Client(s): Debtors and Debtors in Possession

Samuel Hershey, White & Case LLP
Client(s): Debtors and Debtors in Possession

Ronald Gorsich, White & Case LLP
Client(s): Debtors and Debtors in Possession

Isabella Parlette, Vinson & Elkins LLP
Client(s): Wilmington Savings Fund Society, FSB

Daniel Forman, Ropes & Gray LLP
Client(s): American Tower

David Hennes, Ropes & Gray LLP
Client(s): American Tower

William Roberts, Ropes & Gray LLP
Client(s): American Tower

Margaret Alden, Ropes & Gray LLP

Electronic Appearance Sheet

Client(s): American Tower

Tad Davidson, Hunton Andrews Kurth LLP
Client(s): American Tower

Ashley Harper, Hunton Andrews Kurth LLP
Client(s): American Tower

Philip Guffy, Hunton Andrews Kurth LLP
Client(s): American Tower

Matthew Silverman, Pryor Cashman LLP
Client(s): Wilmington Savings Fund Society, FSB

Patrick Sibley, Pryor Cashman LLP
Client(s): Wilmington Savings Fund Society, FSB

Seth Lieberman, Pryor Cashman LLP
Client(s): Wilmington Savings Fund Society, FSB

John Higgins, Porter Hedges LLP
Client(s): Crown Castle

Megan Young-John, Porter Hedges LLP
Client(s): Crown Castle

M. Shane Johnson, Porter Hedges LLP
Client(s): Crown Castle

Kyle  Kimpler, Paul, Weiss, Rifkind, Wharton & Garrison LLP
Client(s): Crown Castle

Michael Golner, Rainone Coughlin Minchello
Client(s): Township of Marlboro, Interested Party

Leib Lerner, Lerner Harris Law
Client(s): Fox Corporation

Lucas Schneider, Husch Blackwell LLP
Client(s): Lumen Technologies, Inc.

Charles A.  Beckham, Jr., Haynes and Boone
Client(s): Co-Counsel to CTI Towers and Harmoni Towers

Re'Necia  Sherald, Haynes and Boone
Client(s): Co-Counsel to CTI Towers and Harmoni Towers

Patrick J. Nash, Jr., KIRKLAND & ELLIS LLP

Electronic Appearance Sheet

Client(s): Co-Counsel to CTI Towers and Harmoni Towers

Charles B. Sterrett, Kirkland & Ellis LLP
Client(s): Co-Counsel to CTI Towers and Harmoni Towers

David Zylberberg, Simpson Thacher & Bartlett LLP
Client(s): Cablevision Lightpath

Christopher Donoho, Hogan Lovells Cadwalader
Client(s): Charter Communications

Brandon Bains, Bains Law PLLC
Client(s): Liberty Mutual Ins. Co.

Vianey  Garza, Office of the U.S. Trustee
Client(s): U.S. Trustee

Jeffrey  Recher, Paul, Weiss, Rifkind, Wharton & Garrison LLP
Client(s): Crown Castle

Andrew Layden, Baker & Hostetler LLP
Client(s): Diamond Entities

Robert Dehney, Morris Nichols Arsht & Tunnell LLP
Client(s): Echostar

Dennis Dunne, Milbank
Client(s): Ad Hoc Group of DBS Noteholders

Lisa Laukitis, Millbank
Client(s): Ad Hoc Group of DBS Noteholders

Mike Frieda, Milbank
Client(s): Ad Hoc Group of DBS Noteholders

Meredith Lahaie, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Marty Brimmage, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Phil Dublin, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Charlie Fendrych, Kelley Drye & Warren LLP
Client(s): Equity One (Southeast Portfolio) LLC and Regency Centers, L.P

Jennifer Raviele, Kelley Drye & Warren LLP

Electronic Appearance Sheet

Client(s): Equity One (Southeast Portfolio) LLC and Regency Centers, L.P

Robert  LeHane, Kelley Dyre & Warren LLP
Client(s): Equity One (Southeast Portfolio) LLC and Regency Centers, L.P

Charles Koster, White & Case LLP
Client(s): Debtors and Debtors-in-Possession

Matthew Linder, White & Case LLP
Client(s): Debtors and Debtors-in-Possession

Samuel Hershey, White & Case LLP
Client(s): Debtors and Debtors-in-Possession

Glenn Kurtz, White & Case LLP
Client(s): Debtors and Debtors-in-Possession

Philip Guffy, Hunton Andrews Kurth LLP
Client(s): American Tower

Lucas Schneider, Husch Blackwell LLP
Client(s): Lumen Technologies, Inc.

M. Shane Johnson, Porter Hedges LLP
Client(s): Crown Castle

John Higgins, Porter Hedges LLP
Client(s): Crown Castle

Patrick J.  Nash, Kirkland & Ellis LLP and Kirkland & Ellis International LLP
Client(s): CTI Towers and Harmoni Towers

Charles B.  Sterrett, Kirkland & Ellis LLP and Kirkland & Ellis International LLP
Client(s): CTI Towers and Harmoni Towers

Charles A.  Beckham, Jr. , Haynes and Boone, LLP
Client(s): CTI Towers and Harmoni Towers