Electronic Appearance Sheet

Russell Fericks, Pro Se, None, Pro Se
Client(s): Wasatch Presbyterian Church (Salt Lake City, Utah)

Nahal Zarnighian, Ballard Spahr
Client(s): Various landlords

Andrew Layden, Baker & Hostetler LLP
Client(s): Diamond Entities

Lisa Laukitis, Milbank
Client(s): Ad Hoc Group of DBS Noteholders

Dennis Dunne, Milbank
Client(s): Ad Hoc Group of DBS Noteholders

Andrew Leblanc, Milbank
Client(s): Ad Hoc Group of DBS Noteholders

Abigail Debold, Milbank
Client(s): Ad Hoc Group of DBS Noteholders

Michael Frieda, Milbank
Client(s): Ad Hoc Group of DBS Noteholders

Charles Koster, White & Case LLP
Client(s): The Debtors and Debtors in Possession

Matthew Linder, White & Case LLP
Client(s): The Debtors and Debtors in Possession

Philip Dublin, Akin Gump Strauss Hauer & Feld LLP
Client(s): UCC

Meredith Lahaie, Akin Gump Strauss Hauer & Feld LLP
Client(s): UCC

Marty Brimmage, Akin Gump Strauss Hauer & Feld LLP
Client(s): UCC

Charles Fendrych, Kelley Drye & Warren LLP
Client(s): Landlord creditors

Robert Dehney , Morris Nichols Arsht & Tunnell LLP
Client(s): Echostar

Jennifer Raviele, Kelley Drye & Warren LLP
Client(s): Landlord creditors

Patrick J. Nash, Jr., KIRKLAND & ELLIS LLP
Client(s): CTI Towers and Harmoni Towers

Charles B. Sterrett, KIRKLAND & ELLIS LLP
Client(s): CTI Towers and Harmoni Towers

Sabrina Streusand , Streusand, Landon, Ozburn & Lemmon, LLP
Client(s): Dell Financial Services L.L.C.

Matthew Summers, Ballard Spahr LLP
Client(s): Comcast Business Communications, LLC

Jason Burt, Latham & Watkins LLP
Client(s): Comcast Business Communications, LLC

Tiffany Ikeda Austin, Latham & Watkins LLP
Client(s): Comcast Business Communications, LLC

Lucas Schneider, Husch Blackwell LLP
Client(s): Lumen Technologies, Inc.

Dennis Twomey, Sidley Austin LLP
Client(s): Array Digital Infrastructure, Inc.

Van Durrer, II, Dentons US LLP
Client(s): Special Committee of the Board of Managers of DISH Wireless L.L.C.

Vianey Garza, Office of the U.S. Trustee
Client(s): U.S. Trustee

Will Dorward, Singer & Levick, P.C.
Client(s): Link Real Estate

Rob Roberts, Ropes & Gray LLP
Client(s): American Tower

Philip Guffy, Hunton Andrews Kurth LLP
Client(s): American Tower

Nahal Zarnighian, Ballard Spahr LLP
Client(s): Various Landlords