Electronic Appearance Sheet

Lisa Laukitis, Milbank
Client(s): Ad Hoc Group of DBS Noteholders

Julie Wolf, Milbank
Client(s): Ad Hoc Group of DBS Noteholders

Lucian Murley, Akerman LLP
Client(s): SBA Telecommunications, LLC

Samir Vora, Milbank
Client(s): Ad Hoc Group of DBS Noteholders

Dennis Dunne, Milbank
Client(s): Ad Hoc Group of DBS Noteholders

Andrew Leblanc, Milbank
Client(s): Ad Hoc Group of DBS Noteholders

Abigail Debold, Milbank
Client(s): Ad Hoc Group of DBS Noteholders

Mike Frieda, Milbank
Client(s): Ad Hoc Group of DBS Noteholders

Andrew Layden, Baker & Hostetler LLP
Client(s): Diamond Entities

Robert Dehney, Morris Nichols Arsht & Tunnell LLP
Client(s): Echostar

Philip Dublin, Akin Gump Strauss Hauer & Feld LLP
Client(s): UCC

Meredith Lahaie, Akin Gump Strauss Hauer & Feld LLP
Client(s): UCC

Marty Brimmage, Akin Gump Strauss Hauer & Feld LLP
Client(s): UCC

Matthew Summers , Ballard Spahr LLP
Client(s): Comcast Business Communications, LLC

Jason Burt, Latham & Watkins LLP
Client(s): Comcast Business Communications, LLC

Tiffany Ikeda Austin, Latham & Watkins LLP
Client(s): Comcast Business Communications, LLC

Electronic Appearance Sheet

Ian Peck , Haynes Boone
Client(s): Plan Administrator for Everstream Post-Effective Date Debtors

Leib Lerner, Lerner Harris Law
Client(s): Fox Corporation

Lucas Schneider, Husch Blackwell LLP
Client(s): Lumen Technologies, Inc.

Kris Drankiewicz, Madera Technology Advisors
Client(s): Investor in the parties

Nahal Zarnighian, Ballard Spahr LLP
Client(s): Various landlords

Megan Young-John, Porter Hedges LLP
Client(s): Crown Castle

Will Dorward, Singer & Levick., P.C.
Client(s): Link Real Estate

Dennis Twomey, Sidley Austin LLP
Client(s): Array Digital

Vianey Garza, Office of the U.S. Trustee
Client(s): U.S. Trustee

David Zylberberg, Simpson Thacher & Bartlett
Client(s): Cablevision Lightpath

Patrick J. Nash, Jr., Kirkland & Ellis LLP
Client(s): CTI Towers and Harmoni Towers

Charles B. Sterrett, Kirkland & Ellis LLP
Client(s): CTI Towers and Harmoni Towers

Megan Adeyemo, Gordon Rees Scully Mansukhani LLP
Client(s): Counsel for DQE Communications and Sabre Inc.

Estee Lewis, Barr & Mudford
Client(s): Estate of Josslyn Lifvendahl, Shannon Lifvendahl, Dan Lifvendahl, Estate of Russell Wilson, Nicole Gomez

Rob Roberts, Ropes & Gray LLP
Client(s): American Tower

Philip Guffy, Hunton Andrews Kurth LLP
Client(s): American Tower

Charles Koster, White & Case LLP
Client(s): Debtors and Debtors in Possession

Matthew Linder, White & Case LLP
Client(s): Debtors and Debtors in Possession

Glenn Kurtz, White & Case LLP
Client(s): Debtors and Debtors in Possession

Saleh Alsugair, Pro Se, None, Pro Se
Client(s): Dish

John Higgins, Porter Hedges LLP
Client(s): Crown Castle