Electronic Appearance Sheet

Charles Fendrych, Kelley Drye & Warren LLP
Client(s): Landlord creditors

Jennifer Raviele, Kelley Drye & Warren LLP
Client(s): Landlord creditors

Robert LeHane, Kelley Drye & Warren LLP
Client(s): Landlord creditors

Michael Cohen, Winne Banta Basralian & Kahn, P.C.
Client(s): Hackensack Professional Center Condominium Corporation

Tara LeDay, Husch Blackwell LLP
Client(s): Berkeley Hall School Foundation

Nicholas Morin, Jones Day
Client(s): Peppertree; TowerCom; Fengate

Kate Scherling, Quinn Emanuel Urquhuart & Sullivan, LLP
Client(s): (Proposed) DISH DBS Corp.

Charles Koster, White & Case LLP
Client(s): Debtors and Debtors in Possession

Matthew Linder, White & Case LLP
Client(s): Debtors and Debtors in Possession

Ronald Gorsich, White & Case LLP
Client(s): Debtors and Debtors in Possession

Devin Rivero, White & Case LLP
Client(s): Debtors and Debtors in Possession

Philip Dublin, Akin Gump Strauss Hauer & Feld LLP
Client(s): UCC

Meredith Lahaie, Akin Gump Strauss Hauer & Feld LLP
Client(s): UCC

Marty Brimmage, Akin Gump Strauss Hauer & Feld LLP
Client(s): UCC

Jason Rubin, Akin Gump Strauss Hauer & Feld LLP
Client(s): UCC

Robert Dehney, Morris Nichols Arsht & Tunnell LLP
Client(s): Echostar

Kate Scherling, Quinn Emanuel Urquhart & Sullivan, LLP
Client(s): (Proposed) DISH DBS Corp.

Matthew Summers, Ballard Spahr LLP
Client(s): Comcast

Maggie Vesper, Ballard Spahr LLP
Client(s): Comcast

Margaret Alden, Ropes & Gray LLP
Client(s): American Tower

Philip Guffy, Hunton Andrews Kurth LLP
Client(s): American Tower

Lucas Schneider, Husch Blackwell LLP
Client(s): Lumen Technologies, Inc.

Charles A. Beckham, Jr., Haynes and Boone LLp
Client(s): CTI Towers and Harmoni Towers

Patrick J. Nash, Jr., Kirkland & Ellis LLP
Client(s): CTI Towers and Harmoni Towers

Charles B. Sterrett, Kirkland & Ellis LLP
Client(s): CTI Towers and Harmoni Towers

Lisa Laukitis, Milbank
Client(s): Ad Hoc Group of DBS Noteholders

Andrew Layden, Baker & Hostetler LLP
Client(s): Diamond Entities

Melanie Cruthirds, McGinnis Lochridge
Client(s): Brightspeed Broadband, LLC

Michelle Shriro, Singer & Levick, PC
Client(s): KIMCO Realty Corporation, BCORE Defender FL 2W05-W07 & FL2M01, LLC

Vianey Garza, Office of the U.S. Trustee
Client(s): U.S. Trustee

Brian Murphy, Murray Murphy Moul + Basil LLP
Client(s): CSL Garage, Ltd.

Charlie Fendrych, Kelley Drye & Warren LLP
Client(s): Regency Centers, L.P., Equity One (Southeast Portfolio) LLC

Electronic Appearance Sheet

Michael Duffy, Pro se
Client(s): Metals Banc Building Owners Association

Philip Dublin, Akin Gump Strauss Hauer & Feld LLP
Client(s): UCC

Meredith Lahaie, Akin Gump Strauss Hauer & Feld LLP
Client(s): UCC

Marty Brimmage, Akin Gump Strauss Hauer & Feld LLP
Client(s): UCC

Patrick J. Nash, Jr, Kirkland & Ellis LLP
Client(s): CTI Towers and Harmoni Towers

Charles B. Sterrett, Kirkland & Ellis
Client(s): CTI Towers and Harmoni Towers

Charles B. Beckham, Jr., Haynes and Boone
Client(s): CTI Towers and Harmoni Towers

Lisa Laukitis , Milbank
Client(s): Ad Hoc Group of DBS Noteholders

Estee Lewis, Barr & Mudford LLP
Client(s): Estate of Russell Wilson, Nicole Gomez, Estate of Josslyn Lifvendahl, Dan Lifvendahl, Shannon Lifvendahl

Charles Koster, White & Case LLP
Client(s): The Debtors and Debtors in Possession

Matthew Linder, White & Case LLP
Client(s): The Debtors and Debtors in Possession

Andrea Amulic, White & Case LLP
Client(s): The Debtors and Debtors in Possession