United States Bankruptcy Court
Southern District of Texas
ENTERED
September 08, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| DISH DBS CORPORATION<br>DISH WIRELESS L.L.C., *et al.*,[1] | ) | Case No. 26-90627 (CML) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket Nos. 294, 302, 303, 304, 305, 306, 307, 308, 309, 310** |

**OMNIBUS ORDER (I) AUTHORIZING THE DISH WIRELESS DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES AND (II) GRANTING RELATED RELIEF (EIGHTH, NINTH, TENTH, ELEVENTH, TWELFTH, THIRTEENTH, FOURTEENTH, FIFTEENTH, AND SIXTEENTH REJECTION NOTICES)**

Pursuant to and in accordance with the *Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 294] (the "**Rejection Procedures Order**")[2]; and it appearing that the *Eighth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 302] (the "**Eighth Rejection Notice**"); *Ninth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 303] (the "**Ninth Rejection Notice**"); *Tenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Docket No. 304] (the "**Tenth Rejection Notice**"); *Eleventh Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 305] (the "**Eleventh Rejection Notice**"); *Twelfth Notice of Rejection of Certain Executory*

[1] The last four digits of DISH DBS Corporation's and DISH Wireless L.L.C.'s respective tax identification numbers are 8967 and 6388. A complete list of each of the Debtors in these Chapter 11 Cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/DBS. The location of the Debtors' corporate headquarters and the Debtors' service address is 9601 S. Meridian Blvd., Englewood, Colorado 80112.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Rejection Procedures Order or the Rejection Notices, as applicable.

*Contracts and/or Unexpired Leases* [Dkt. No. 306] (the "**Twelfth Rejection Notice**"); *Thirteenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 307] (the "**Thirteenth Rejection Notice**"); *Fourteenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 308] (the "**Fourteenth Rejection Notice**"); *Fifteenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 309] (the "**Fifteenth Rejection Notice**"); and *Sixteenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 310] (the "**Sixteenth Rejection Notice**" and, together with the Eighth Rejection Notice, Ninth Rejection Notice, Tenth Rejection Notice, Eleventh Rejection Notice, Twelfth Rejection Notice, Thirteenth Rejection Notice, Fourteenth Rejection Notice, and Fifteenth Rejection Notice, the **"Rejection Notices**") satisfy the requirements set forth in the Rejection Procedures Order; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and entry of this order (the "**Order**") being a core proceeding pursuant to 28 U.S.C. §157(b)(2); and the DISH Wireless Debtors having consented to the entry of a final order by this Court under Article III of the United States Constitution; and venue of this proceeding and the Rejection Notices in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that due, sufficient, and proper notice of the Rejection Notices was provided under the circumstances and in accordance with the Bankruptcy Rules and the Bankruptcy Local Rules, and it appearing that no other or further notice need be provided; and the relief requested in the Rejection Notices being in the best interests of the DISH Wireless Debtors, their estates, their creditors, and all other parties in interest; and this Court having determined that the legal and factual bases set forth in the Rejection Notices establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Covered Contracts set forth in **Exhibit 1** attached hereto are hereby rejected as of the Rejection Date, as set forth in Exhibit 1.

2. If any affected Rejection Counterparty to a Covered Contract asserts a claim against the DISH Wireless Debtors arising from the rejection of the Covered Contract, the counterparty must file a proof of claim on or before the later of (a) the deadline for filing proofs of claim established in these Chapter 11 Cases, and (b) 5:00 p.m. prevailing Central Time on the date that is twenty-one (21) days after the latest of (i) the Rejection Date, (ii) the date of filing of the applicable Rejection Notice, and (iii) the date of entry of an order rejecting the applicable Covered Contract, as applicable. If no proof of claim is timely filed, such claimant shall be forever barred from asserting a claim for damages arising from the rejection and from participating in any distributions on such a claim that may be made in connection with these Chapter 11 Cases.

3. The DISH Wireless Debtors are authorized to abandon any property remaining on the leased Premises as of the Rejection Date. For the avoidance of doubt, any and all property located on the DISH Wireless Debtors' leased Premises on the Rejection Date of the applicable Covered Contract shall be deemed abandoned, as is, pursuant to section 554 of the Bankruptcy Code, effective as of the Proposed Rejection Date. The Rejection Counterparty may use or dispose of such abandoned property without further notice or liability to the Debtors or any third party. To the extent applicable, the automatic stay is modified to permit such use or disposition, including but not limited to the transfers of title by the applicable Debtor(s).

4. The DISH Wireless Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

5. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

6. Nothing contained in this Order nor any action taken pursuant thereto, nor any payment made pursuant to the authority granted thereby, is intended to be or shall be construed as: (a) an admission as to the amount of, basis for, or validity of any claim against a DISH Wireless Debtor entity under the Bankruptcy Code or other applicable non-bankruptcy law; (b) a waiver of the DISH Wireless Debtors' rights to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) a release, waiver, or limitation of any claim or cause of action that the DISH Wireless Debtors have (or may have) against any creditor or interest holder; or (e) a release, waiver, or limitation of any of the DISH Wireless Debtors' or any Rejection Counterparties' rights under the Bankruptcy Code or any other applicable law.

7. Nothing in the Rejection Procedures, this Order, or any Rejection Notice shall limit or otherwise affect or be deemed or construed to limit or otherwise affect the ability of any DISH Wireless Debtor or any Rejection Counterparty (or any party in interest designated by the Debtor as a Rejection Counterparty) to assert that any Covered Contract expired, terminated, or was terminated prior to, on, or after the Petition Date such that the applicable Covered Contract is not an executory contract or unexpired lease (and that, as a result, neither the Rejection Notices nor this Order has any effect on the Covered Contract). All rights, claims, remedies, and defenses of each DISH Wireless Debtor and the Rejection Counterparties are preserved in all respects, including, without limitation (a) any counterclaim, offset, recoupment, deduction (or other right, claim or defense) that may be asserted by a DISH Wireless Debtor with respect to a Rejection Counterparty's claim for damages arising from or related to the rejection of any Covered Contract or Abandoned Property, and (b) any administrative and/or unsecured claims that may be asserted by a Rejection Counterparty related to the rejection of any Covered Contracts or Abandoned Property. In addition, nothing in this Order or the Rejection Notices shall limit the DISH Wireless

Debtors' ability to subsequently assert that any particular Covered Contract was terminated prior to the Petition Date and is no longer an executory contract or unexpired lease.

8. Notice of the Rejection Notices as provided therein shall be deemed good and sufficient notice of such Rejection Notices, and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

9. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Rejection Notices or order are immediately effective and enforceable upon its entry.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: September 08, 2026

Christopher Lopez
United States Bankruptcy Judge

# Exhibit 1

## Rejected Covered Contracts

**Eighth Rejection Notice**

| Rejected Contracts | | | | | |
|---|---|---|---|---|---|
| **No.** | **Covered Contract Counterparty [1]** | **Debtor** | **Description of Covered Contract [2]** | **Abandoned Property (If Applicable) [3]** | **Rejection Date (Effective Date of Rejection)** |
| 1 | 1 BK STREET CORP | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE JUNE 30, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 2 | 100 BISCAYNE TELECOM LESSEE LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE DECEMBER 20, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 3 | 1025 II LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE JUNE 02, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 4 | 1057 LEXINGTON LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE MARCH 18, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 5 | 107 NORTHERN BLVD REALTY LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE NOVEMBER 11, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 6 | 11-25 30TH AVENUE HOLDINGS LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE FEBRUARY 08, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 7 | 1178 BROADWAY HOLDING LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE MARCH 01, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 8 | 1255 LLC | DISH WIRELESS L.L.C. | GROUND LEASE AGREEMENT EFFECTIVE APRIL 19, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 9 | 14116 BURBANK BLVD. APPARTMENTS, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE FEBRUARY 28, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 10 | 1440 MISSION AVE LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE OCTOBER 28, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 11 | 1500 ACP, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE SEPTEMBER 28, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 12 | 1537 REALTY, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE JANUARY 22, 2024 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 13 | 157 BROADWAY ASSOCIATES LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE AUGUST 15, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |

**Footnotes:**

[1] Covered Contract Counterparties identified on this notice are listed by the counterparty name as recorded in the DISH Wireless Debtors' records. The Covered Contracts identified on this Schedule do not aggregate or present contracts on a consolidated counterparty basis. As a result, certain Covered Contract Counterparties may be affiliated with one another or affiliated with entities noticed under one or multiple separate notices.

[2] Covered Contracts identified on this notice are listed by master agreement to the extent applicable. Each reference to a Covered Contract on this notice includes, to the extent applicable, any and all related site-level documentation and any and all amendments, amendments and restatements, addenda, schedules, exhibits, modifications, and any and all other related documentation. The inclusion of a Covered Contract on this Schedule: (a) shall not limit or otherwise affect or be deemed or construed to limit or otherwise affect the ability of any DISH Wireless Debtor or any Rejection Counterparty (or any party in interest designated by the Debtor as a Rejection Counterparty) to assert that any Covered Contract expired, terminated, or was terminated prior to, on, or after the Petition Date such that the applicable Covered Contract is not an executory contract or unexpired lease (and that, as a result, the inclusion of such Covered Contract on this Schedule has no effect on the Covered Contract); and (b) is not and shall not be construed to constitute (i) an admission as to the amount of, basis for, or validity of any claim against a DISH Wireless Debtor entity under the Bankruptcy Code or other applicable non-bankruptcy law; (ii) a waiver of the DISH Wireless Debtors' rights to dispute any claim on any grounds; (iii) a promise or requirement to pay any claim; (iv) a release, waiver, or limitation of any claim or cause of action that the DISH Wireless Debtors have (or may have) against any creditor or interest holder; or (v) a release, waiver, or limitation of any of the DISH Wireless Debtors' or any Rejection Counterparties' rights under the Bankruptcy Code or any other applicable law.

[3] "Cell Site Equipment" means telecommunications equipment and related property located at a cell site, including equipment cabinets, cell site routers, battery systems, distributed units, environmental monitoring units, antennas, radios, hybrid and fiber cabling, overvoltage and surge protection systems, power shelves, rectifiers, photonic power converters, fiber distribution panels, and all associated fixtures, infrastructure, and ancillary components.

**Ninth Rejection Notice**

| Rejected Contracts | | | | | |
|---|---|---|---|---|---|
| **No.** | **Covered Contract Counterparty [1]** | **Debtor** | **Description of Covered Contract [2]** | **Abandoned Property (If Applicable) [3]** | **Rejection Date (Effective Date of Rejection)** |
| 1 | 1579 YORK REALTY LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE MARCH 31, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 2 | 168 CLINTON JC LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE APRIL 28, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 3 | 1700 CALIFORNIA STREET OWNERS LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE DECEMBER 30, 2024 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 4 | 17-19 WEST 34TH STREET HOLDING COMPANY, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE AUGUST 09, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 5 | 1745 MARKET ASSOCIATES, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE SEPTEMBER 29, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 6 | 175 FORT LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE SEPTEMBER 09, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 7 | 1815 PACIFIC LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE APRIL 07, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 8 | 1901 PENNSYLVANIA VENTURE LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE DECEMBER 08, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 9 | 2 BROAD STREET ASSOCIATES, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE JUNE 21, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 10 | 2 WEST 46 BORROWER LLC AND 2 WEST 46 BORROWER II LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE MAY 01, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 11 | 200 SUMMER STREET KINGSTON, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE NOVEMBER 12, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 12 | 2001 CALUMET L.L.C. | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE NOVEMBER 05, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 13 | 2150 N FIRST NOVEL COWORKING LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE DECEMBER 22, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 14 | 222 W. EULALIA ST LP, C/O WELLTOWER OM GROUP LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE JULY 02, 2024 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 15 | 2227 SAN PABLO SP, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE JULY 12, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 16 | 228 SOUTH FOURTH, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE MAY 12, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 17 | 242 APARTMENT CORP | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE MARCH 01, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 18 | 24-26 EAST 93 APARTMENTS CORP | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE MARCH 15, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 19 | 245 LIBERTY OWNER, LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE MARCH 29, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |

**Footnotes:**

[1] Covered Contract Counterparties identified on this notice are listed by the counterparty name as recorded in the DISH Wireless Debtors' records. The Covered Contracts identified on this Schedule do not aggregate or present contracts on a consolidated counterparty basis. As a result, certain Covered Contract Counterparties may be affiliated with one another or affiliated with entities noticed under one or multiple separate notices.

[2] Covered Contracts identified on this notice are listed by master agreement to the extent applicable. Each reference to a Covered Contract on this notice includes, to the extent applicable, any and all related site-level documentation and any and all amendments, amendments and restatements, addenda, schedules, exhibits, modifications, and any and all other related documentation. The inclusion of a Covered Contract on this Schedule: (a) shall not limit or otherwise affect or be deemed or construed to limit or otherwise affect the ability of any DISH Wireless Debtor or any Rejection Counterparty (or any party in interest designated by the Debtor as a Rejection Counterparty) to assert that any Covered Contract expired, terminated, or was terminated prior to, on, or after the Petition Date such that the applicable Covered Contract is not an executory contract or unexpired lease (and that, as a result, the inclusion of such Covered Contract on this Schedule has no effect on the Covered Contract); and (b) is not and shall not be construed to constitute (i) an admission as to the amount of, basis for, or validity of any claim against a DISH Wireless Debtor entity under the Bankruptcy Code or other applicable non-bankruptcy law; (ii) a waiver of the DISH Wireless Debtors' rights to dispute any claim on any grounds; (iii) a promise or requirement to pay any claim; (iv) a release, waiver, or limitation of any claim or cause of action that the DISH Wireless Debtors have (or may have) against any creditor or interest holder; or (v) a release, waiver, or limitation of any of the DISH Wireless Debtors' or any Rejection Counterparties' rights under the Bankruptcy Code or any other applicable law.

[3] "Cell Site Equipment" means telecommunications equipment and related property located at a cell site, including equipment cabinets, cell site routers, battery systems, distributed units, environmental monitoring units, antennas, radios, hybrid and fiber cabling, overvoltage and surge protection systems, power shelves, rectifiers, photonic power converters, fiber distribution panels, and all associated fixtures, infrastructure, and ancillary components.

**Tenth Rejection Notice**

| Rejected Contracts | | | | | |
|---|---|---|---|---|---|
| **No.** | **Covered Contract Counterparty [1]** | **Debtor** | **Description of Covered Contract [2]** | **Abandoned Property (If Applicable) [3]** | **Rejection Date (Effective Date of Rejection)** |
| 1 | 26 NEWTON LLC ET AL | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE JULY 08, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 2 | 2721 SHATTUCK AVE LLC | DISH WIRELESS L.L.C. | TRANSFER OF OWNERSHIP AGREEMENT EFFECTIVE OCTOBER 19, 2004 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 3 | 2990 S. SEPULVEDA, LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE JULY 17, 2024 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 4 | 3150 GARRITY WAY DE, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE SEPTEMBER 05, 2024 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 5 | 325 GREENWICH STREET LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE MARCH 01, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 6 | 34-38 MAIN STREET LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE AUGUST 23, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 7 | 346 RT 10 INVESTORS LLC | DISH WIRELESS L.L.C. | GROUND LEASE AGREEMENT EFFECTIVE SEPTEMBER 10, 2024 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 8 | 355 EAST 4TH STREET ASSOCIATES, CORP. | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE NOVEMBER 10, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 9 | 355 SEVENTH AVENUE HOLDING LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE MARCH 18, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 10 | 360 NEWBURY CONDOMINIUM TRUST | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE SEPTEMBER 20, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 11 | 361 EAST 50TH STREET, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE JULY 08, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 12 | 399 EAST 72ND STREET APARTMENT OWNERS INC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE APRIL 04, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 13 | 40 HARTWELL OWNER, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE JANUARY 09, 2024 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 14 | 40 X OWNER LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE MAY 14, 2024 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 15 | 44 SOUTH BROADWAY OWNER LLC, | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE MARCH 18, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |

**Footnotes:**

[1] Covered Contract Counterparties identified on this notice are listed by the counterparty name as recorded in the DISH Wireless Debtors' records. The Covered Contracts identified on this Schedule do not aggregate or present contracts on a consolidated counterparty basis. As a result, certain Covered Contract Counterparties may be affiliated with one another or affiliated with entities noticed under one or multiple separate notices.

[2] Covered Contracts identified on this notice are listed by master agreement to the extent applicable. Each reference to a Covered Contract on this notice includes, to the extent applicable, any and all related site-level documentation and any and all amendments, amendments and restatements, addenda, schedules, exhibits, modifications, and any and all other related documentation. The inclusion of a Covered Contract on this Schedule: (a) shall not limit or otherwise affect or be deemed or construed to limit or otherwise affect the ability of any DISH Wireless Debtor or any Rejection Counterparty (or any party in interest designated by the Debtor as a Rejection Counterparty) to assert that any Covered Contract expired, terminated, or was terminated prior to, on, or after the Petition Date such that the applicable Covered Contract is not an executory contract or unexpired lease (and that, as a result, the inclusion of such Covered Contract on this Schedule has no effect on the Covered Contract); and (b) is not and shall not be construed to constitute (i) an admission as to the amount of, basis for, or validity of any claim against a DISH Wireless Debtor entity under the Bankruptcy Code or other applicable non-bankruptcy law; (ii) a waiver of the DISH Wireless Debtors' rights to dispute any claim on any grounds; (iii) a promise or requirement to pay any claim; (iv) a release, waiver, or limitation of any claim or cause of action that the DISH Wireless Debtors have (or may have) against any creditor or interest holder; or (v) a release, waiver, or limitation of any of the DISH Wireless Debtors' or any Rejection Counterparties' rights under the Bankruptcy Code or any other applicable law.

[3] "Cell Site Equipment" means telecommunications equipment and related property located at a cell site, including equipment cabinets, cell site routers, battery systems, distributed units, environmental monitoring units, antennas, radios, hybrid and fiber cabling, overvoltage and surge protection systems, power shelves, rectifiers, photonic power converters, fiber distribution panels, and all associated fixtures, infrastructure, and ancillary components.

**Eleventh Rejection Notice**

| Rejected Contracts | | | | | |
|---|---|---|---|---|---|
| **No.** | **Covered Contract Counterparty [1]** | **Debtor** | **Description of Covered Contract [2]** | **Abandoned Property (If Applicable) [3]** | **Rejection Date (Effective Date of Rejection)** |
| 1 | 4840 MACARTHUR DEVELOPMENT, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE SEPTEMBER 09, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 2 | 500 UNIVERSITY AVENUE, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE DECEMBER 08, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 3 | 501 FAMILY REALTY CORP. | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE JULY 27, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 4 | 532 HOLDING CO., LLC | DISH WIRELESS L.L.C. | GROUND LEASE AGREEMENT EFFECTIVE APRIL 12, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 5 | 625 FAIR OAKS LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE FEBRUARY 28, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 6 | 625 W 55 LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE FEBRUARY 28, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 7 | 66 GRAHAM LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE APRIL 07, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 8 | 696 THIRD REALTY LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE JANUARY 26, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 9 | 701 1ST AVE A LLC & 701 1ST AVE B LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE NOVEMBER 10, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 10 | 71-77 WASHINGTON LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE MARCH 31, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 11 | 75 MAIDEN LANE LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE FEBRUARY 13, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |

**Footnotes:**

[1] Covered Contract Counterparties identified on this notice are listed by the counterparty name as recorded in the DISH Wireless Debtors' records. The Covered Contracts identified on this Schedule do not aggregate or present contracts on a consolidated counterparty basis. As a result, certain Covered Contract Counterparties may be affiliated with one another or affiliated with entities noticed under one or multiple separate notices.

[2] Covered Contracts identified on this notice are listed by master agreement to the extent applicable. Each reference to a Covered Contract on this notice includes, to the extent applicable, any and all related site-level documentation and any and all amendments, amendments and restatements, addenda, schedules, exhibits, modifications, and any and all other related documentation. The inclusion of a Covered Contract on this Schedule: (a) shall not limit or otherwise affect or be deemed or construed to limit or otherwise affect the ability of any DISH Wireless Debtor or any Rejection Counterparty (or any party in interest designated by the Debtor as a Rejection Counterparty) to assert that any Covered Contract expired, terminated, or was terminated prior to, on, or after the Petition Date such that the applicable Covered Contract is not an executory contract or unexpired lease (and that, as a result, the inclusion of such Covered Contract on this Schedule has no effect on the Covered Contract); and (b) is not and shall not be construed to constitute (i) an admission as to the amount of, basis for, or validity of any claim against a DISH Wireless Debtor entity under the Bankruptcy Code or other applicable non-bankruptcy law; (ii) a waiver of the DISH Wireless Debtors' rights to dispute any claim on any grounds; (iii) a promise or requirement to pay any claim; (iv) a release, waiver, or limitation of any claim or cause of action that the DISH Wireless Debtors have (or may have) against any creditor or interest holder; or (v) a release, waiver, or limitation of any of the DISH Wireless Debtors' or any Rejection Counterparties' rights under the Bankruptcy Code or any other applicable law.

[3] "Cell Site Equipment" means telecommunications equipment and related property located at a cell site, including equipment cabinets, cell site routers, battery systems, distributed units, environmental monitoring units, antennas, radios, hybrid and fiber cabling, overvoltage and surge protection systems, power shelves, rectifiers, photonic power converters, fiber distribution panels, and all associated fixtures, infrastructure, and ancillary components.

**Twelfth Rejection Notice**

| Rejected Contracts | | | | | |
|---|---|---|---|---|---|
| No. | Covered Contract Counterparty [1] | Debtor | Description of Covered Contract [2] | Abandoned Property (If Applicable) [3] | Rejection Date (Effective Date of Rejection) |
| 1 | 7615 SIEMPRE VIVA OWNER LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE FEBRUARY 24, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 2 | 80 RICHARDS OWNER, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE AUGUST 06, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 3 | 8455 LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE MAY 01, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 4 | 865 MERRICK PARTNERS LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE JANUARY 05, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 5 | 985 BRUCKNERS BOULEVARD OWNERS LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE SEPTEMBER 27, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 6 | ABS SAN VICENTE II, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE MARCH 11, 2024 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 7 | ADELPHI UNIVERSITY | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE OCTOBER 28, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 8 | AFGHAN COMMUNITY ISLAMIC CENTER, ACIC INC. | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE APRIL 04, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 9 | AFTERNOON DELIGHT FIFTH AVENUE ASSOCIATES, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE SEPTEMBER 22, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 10 | AGERICO F. NATIVIDAD | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE DECEMBER 22, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |

**Footnotes:**

[1] Covered Contract Counterparties identified on this notice are listed by the counterparty name as recorded in the DISH Wireless Debtors' records. The Covered Contracts identified on this Schedule do not aggregate or present contracts on a consolidated counterparty basis. As a result, certain Covered Contract Counterparties may be affiliated with one another or affiliated with entities noticed under one or multiple separate notices.

[2] Covered Contracts identified on this notice are listed by master agreement to the extent applicable. Each reference to a Covered Contract on this notice includes, to the extent applicable, any and all related site-level documentation and any and all amendments, amendments and restatements, addenda, schedules, exhibits, modifications, and any and all other related documentation. The inclusion of a Covered Contract on this Schedule: (a) shall not limit or otherwise affect or be deemed or construed to limit or otherwise affect the ability of any DISH Wireless Debtor or any Rejection Counterparty (or any party in interest designated by the Debtor as a Rejection Counterparty) to assert that any Covered Contract expired, terminated, or was terminated prior to, on, or after the Petition Date such that the applicable Covered Contract is not an executory contract or unexpired lease (and that, as a result, the inclusion of such Covered Contract on this Schedule has no effect on the Covered Contract); and (b) is not and shall not be construed to constitute (i) an admission as to the amount of, basis for, or validity of any claim against a DISH Wireless Debtor entity under the Bankruptcy Code or other applicable non-bankruptcy law; (ii) a waiver of the DISH Wireless Debtors’ rights to dispute any claim on any grounds; (iii) a promise or requirement to pay any claim; (iv) a release, waiver, or limitation of any claim or cause of action that the DISH Wireless Debtors have (or may have) against any creditor or interest holder; or (v) a release, waiver, or limitation of any of the DISH Wireless Debtors’ or any Rejection Counterparties’ rights under the Bankruptcy Code or any other applicable law.

[3] "Cell Site Equipment" means telecommunications equipment and related property located at a cell site, including equipment cabinets, cell site routers, battery systems, distributed units, environmental monitoring units, antennas, radios, hybrid and fiber cabling, overvoltage and surge protection systems, power shelves, rectifiers, photonic power converters, fiber distribution panels, and all associated fixtures, infrastructure, and ancillary components.

**Thirteenth Rejection Notice**

| Rejected Contracts | | | | | |
|---|---|---|---|---|---|
| **No.** | **Covered Contract Counterparty [1]** | **Debtor** | **Description of Covered Contract [2]** | **Abandoned Property (If Applicable) [3]** | **Rejection Date (Effective Date of Rejection)** |
| 1 | AMERICANA PLAZA LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE NOVEMBER 21, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 2 | ANAHEIM STORAGE LP | DISH WIRELESS L.L.C. | GROUND LEASE AGREEMENT EFFECTIVE NOVEMBER 22, 2024 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 3 | APRIL TIGER LP | DISH WIRELESS L.L.C. | TRANSFER OF OWNERSHIP AGREEMENT EFFECTIVE AUGUST 05, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |

**Footnotes:**

[1] Covered Contract Counterparties identified on this notice are listed by the counterparty name as recorded in the DISH Wireless Debtors' records. The Covered Contracts identified on this Schedule do not aggregate or present contracts on a consolidated counterparty basis. As a result, certain Covered Contract Counterparties may be affiliated with one another or affiliated with entities noticed under one or multiple separate notices.

[2] Covered Contracts identified on this notice are listed by master agreement to the extent applicable. Each reference to a Covered Contract on this notice includes, to the extent applicable, any and all related site-level documentation and any and all amendments, amendments and restatements, addenda, schedules, exhibits, modifications, and any and all other related documentation. The inclusion of a Covered Contract on this Schedule: (a) shall not limit or otherwise affect or be deemed or construed to limit or otherwise affect the ability of any DISH Wireless Debtor or any Rejection Counterparty (or any party in interest designated by the Debtor as a Rejection Counterparty) to assert that any Covered Contract expired, terminated, or was terminated prior to, on, or after the Petition Date such that the applicable Covered Contract is not an executory contract or unexpired lease (and that, as a result, the inclusion of such Covered Contract on this Schedule has no effect on the Covered Contract); and (b) is not and shall not be construed to constitute (i) an admission as to the amount of, basis for, or validity of any claim against a DISH Wireless Debtor entity under the Bankruptcy Code or other applicable non-bankruptcy law; (ii) a waiver of the DISH Wireless Debtors' rights to dispute any claim on any grounds; (iii) a promise or requirement to pay any claim; (iv) a release, waiver, or limitation of any claim or cause of action that the DISH Wireless Debtors have (or may have) against any creditor or interest holder; or (v) a release, waiver, or limitation of any of the DISH Wireless Debtors' or any Rejection Counterparties' rights under the Bankruptcy Code or any other applicable law.

[3] "Cell Site Equipment" means telecommunications equipment and related property located at a cell site, including equipment cabinets, cell site routers, battery systems, distributed units, environmental monitoring units, antennas, radios, hybrid and fiber cabling, overvoltage and surge protection systems, power shelves, rectifiers, photonic power converters, fiber distribution panels, and all associated fixtures, infrastructure, and ancillary components.

**Fourteenth Rejection Notice**

| Rejected Contracts | | | | | |
|---|---|---|---|---|---|
| **No.** | **Covered Contract Counterparty [1]** | **Debtor** | **Description of Covered Contract [2]** | **Abandoned Property (If Applicable) [3]** | **Rejection Date (Effective Date of Rejection)** |
| 1 | ARBOR LAKE FOREST RETAIL LP | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE SEPTEMBER 22, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 2 | ASBURY ARMS OWNERS ASSOCIATION, INC. | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE FEBRUARY 05, 2024 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 3 | ASSET ESSENTIALS CELLULAR LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE JULY 25, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 4 | ASSET ESSENTIALS CELLULAR, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE JANUARY 06, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 5 | ASSET ESSENTIALS CELLULAR, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE AUGUST 12, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 6 | ASSOCIATION OF APARTMENT OWNERS OF ALA WAI TERRACE | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE AUGUST 16, 2024 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 7 | ASSOCIATION OF APARTMENT OWNERS OF WILIWILI VISTA | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE DECEMBER 16, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 8 | ASTORIA REALTY PARTNERS, LLC & MORNOS REALTY LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE NOVEMBER 26, 2024 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 9 | ATLANTIC COLONY VENTURE II LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE OCTOBER 28, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |

**Footnotes:**

[1] Covered Contract Counterparties identified on this notice are listed by the counterparty name as recorded in the DISH Wireless Debtors' records. The Covered Contracts identified on this Schedule do not aggregate or present contracts on a consolidated counterparty basis. As a result, certain Covered Contract Counterparties may be affiliated with one another or affiliated with entities noticed under one or multiple separate notices.

[2] Covered Contracts identified on this notice are listed by master agreement to the extent applicable. Each reference to a Covered Contract on this notice includes, to the extent applicable, any and all related site-level documentation and any and all amendments, amendments and restatements, addenda, schedules, exhibits, modifications, and any and all other related documentation. The inclusion of a Covered Contract on this Schedule: (a) shall not limit or otherwise affect or be deemed or construed to limit or otherwise affect the ability of any DISH Wireless Debtor or any Rejection Counterparty (or any party in interest designated by the Debtor as a Rejection Counterparty) to assert that any Covered Contract expired, terminated, or was terminated prior to, on, or after the Petition Date such that the applicable Covered Contract is not an executory contract or unexpired lease (and that, as a result, the inclusion of such Covered Contract on this Schedule has no effect on the Covered Contract); and (b) is not and shall not be construed to constitute (i) an admission as to the amount of, basis for, or validity of any claim against a DISH Wireless Debtor entity under the Bankruptcy Code or other applicable non-bankruptcy law; (ii) a waiver of the DISH Wireless Debtors' rights to dispute any claim on any grounds; (iii) a promise or requirement to pay any claim; (iv) a release, waiver, or limitation of any claim or cause of action that the DISH Wireless Debtors have (or may have) against any creditor or interest holder; or (v) a release, waiver, or limitation of any of the DISH Wireless Debtors' or any Rejection Counterparties' rights under the Bankruptcy Code or any other applicable law.

[3] "Cell Site Equipment" means telecommunications equipment and related property located at a cell site, including equipment cabinets, cell site routers, battery systems, distributed units, environmental monitoring units, antennas, radios, hybrid and fiber cabling, overvoltage and surge protection systems, power shelves, rectifiers, photonic power converters, fiber distribution panels, and all associated fixtures, infrastructure, and ancillary components.

**Fifteenth Rejection Notice**

| Rejected Contracts | | | | | |
|---|---|---|---|---|---|
| **No.** | **Covered Contract Counterparty [1]** | **Debtor** | **Description of Covered Contract [2]** | **Abandoned Property (If Applicable) [3]** | **Rejection Date (Effective Date of Rejection)** |
| 1 | BAY PROPERTIES, INC. | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE MAY 12, 2015 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 2 | BAYSIDE VILLAGE ASSOCIATES | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE JULY 26, 2001 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 3 | BEACH QUARTERS TIME-SHARE OWNERS ASSOCIATION | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE MARCH 07, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 4 | BEACON WIRELESS LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE OCTOBER 25, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 5 | BEND EXPRESS HOTEL LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE DECEMBER 05, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |

**Footnotes:**

[1] Covered Contract Counterparties identified on this notice are listed by the counterparty name as recorded in the DISH Wireless Debtors' records. The Covered Contracts identified on this Schedule do not aggregate or present contracts on a consolidated counterparty basis. As a result, certain Covered Contract Counterparties may be affiliated with one another or affiliated with entities noticed under one or multiple separate notices.

[2] Covered Contracts identified on this notice are listed by master agreement to the extent applicable. Each reference to a Covered Contract on this notice includes, to the extent applicable, any and all related site-level documentation and any and all amendments, amendments and restatements, addenda, schedules, exhibits, modifications, and any and all other related documentation. The inclusion of a Covered Contract on this Schedule: (a) shall not limit or otherwise affect or be deemed or construed to limit or otherwise affect the ability of any DISH Wireless Debtor or any Rejection Counterparty (or any party in interest designated by the Debtor as a Rejection Counterparty) to assert that any Covered Contract expired, terminated, or was terminated prior to, on, or after the Petition Date such that the applicable Covered Contract is not an executory contract or unexpired lease (and that, as a result, the inclusion of such Covered Contract on this Schedule has no effect on the Covered Contract); and (b) is not and shall not be construed to constitute (i) an admission as to the amount of, basis for, or validity of any claim against a DISH Wireless Debtor entity under the Bankruptcy Code or other applicable non-bankruptcy law; (ii) a waiver of the DISH Wireless Debtors' rights to dispute any claim on any grounds; (iii) a promise or requirement to pay any claim; (iv) a release, waiver, or limitation of any claim or cause of action that the DISH Wireless Debtors have (or may have) against any creditor or interest holder; or (v) a release, waiver, or limitation of any of the DISH Wireless Debtors' or any Rejection Counterparties' rights under the Bankruptcy Code or any other applicable law.

[3] "Cell Site Equipment" means telecommunications equipment and related property located at a cell site, including equipment cabinets, cell site routers, battery systems, distributed units, environmental monitoring units, antennas, radios, hybrid and fiber cabling, overvoltage and surge protection systems, power shelves, rectifiers, photonic power converters, fiber distribution panels, and all associated fixtures, infrastructure, and ancillary components.

**Sixteenth Rejection Notice**

| Rejected Contracts | | | | | |
|---|---|---|---|---|---|
| **No.** | **Covered Contract Counterparty [1]** | **Debtor** | **Description of Covered Contract [2]** | **Abandoned Property (If Applicable) [3]** | **Rejection Date (Effective Date of Rejection)** |
| 1 | BLUCHER CREEK, LLC | DISH WIRELESS L.L.C. | GROUND LEASE AGREEMENT EFFECTIVE MAY 15, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 2 | BLUESKY RESOURCE SOLUTIONS, LLC | DISH WIRELESS LEASING L.L.C. | CONSULTING SERVICES AGREEMENT EFFECTIVE DECEMBER 01, 2019 | N/A | 6/30/2026 |
| 3 | BOAC LTD | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE JUNE 07, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 4 | BOARD OF TRUSTEES OF THE CHURCH OF GOD AT SAN JOSE | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE JUNE 29, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 5 | BOBSBOX, LLC DBA INFRASITE SOLUTIONS | DISH WIRELESS L.L.C. | DEPLOYMENT SERVICES AGREEMENT EFFECTIVE OCTOBER 11, 2023 | N/A | 6/30/2026 |

**Footnotes:**

[1] Covered Contract Counterparties identified on this notice are listed by the counterparty name as recorded in the DISH Wireless Debtors' records. The Covered Contracts identified on this Schedule do not aggregate or present contracts on a consolidated counterparty basis. As a result, certain Covered Contract Counterparties may be affiliated with one another or affiliated with entities noticed under one or multiple separate notices.

[2] Covered Contracts identified on this notice are listed by master agreement to the extent applicable. Each reference to a Covered Contract on this notice includes, to the extent applicable, any and all related site-level documentation and any and all amendments, amendments and restatements, addenda, schedules, exhibits, modifications, and any and all other related documentation. The inclusion of a Covered Contract on this Schedule: (a) shall not limit or otherwise affect or be deemed or construed to limit or otherwise affect the ability of any DISH Wireless Debtor or any Rejection Counterparty (or any party in interest designated by the Debtor as a Rejection Counterparty) to assert that any Covered Contract expired, terminated, or was terminated prior to, on, or after the Petition Date such that the applicable Covered Contract is not an executory contract or unexpired lease (and that, as a result, the inclusion of such Covered Contract on this Schedule has no effect on the Covered Contract); and (b) is not and shall not be construed to constitute (i) an admission as to the amount of, basis for, or validity of any claim against a DISH Wireless Debtor entity under the Bankruptcy Code or other applicable non-bankruptcy law; (ii) a waiver of the DISH Wireless Debtors' rights to dispute any claim on any grounds; (iii) a promise or requirement to pay any claim; (iv) a release, waiver, or limitation of any claim or cause of action that the DISH Wireless Debtors have (or may have) against any creditor or interest holder; or (v) a release, waiver, or limitation of any of the DISH Wireless Debtors' or any Rejection Counterparties' rights under the Bankruptcy Code or any other applicable law.

[3] "Cell Site Equipment" means telecommunications equipment and related property located at a cell site, including equipment cabinets, cell site routers, battery systems, distributed units, environmental monitoring units, antennas, radios, hybrid and fiber cabling, overvoltage and surge protection systems, power shelves, rectifiers, photonic power converters, fiber distribution panels, and all associated fixtures, infrastructure, and ancillary components.