**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| DISH DBS CORPORATION,<br>DISH WIRELESS L.L.C., *et al.*,[1] | ) | Case No. 26-90627 (CML) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF FTI CAPITAL ADVISORS, LLC AND FTI CONSULTING, INC.'S FIRST MONTHLY FEE STATEMENT FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 30, 2026 THROUGH JULY 31, 2026**

| | | |
|---|---|---|
| **Name of Applicant:** | FTI Capital Advisors, LLC and FTI Consulting, Inc. | |
| **Applicant's Role in Case:** | Investment Banker and Financial Advisor | |
| **Date Order of Retention Signed:** | September 8, 2026 [Docket No. 1370] | |
| | **Beginning of Period:** | **End of Period** |
| **Time period covered by this Statement:** | June 30, 2026 | July 31, 2026 |
| **Summary of Total Fees and Expenses Requested** | | |
| **Total professional fees requested in this Statement:** | | $2,819,298.50 |
| **Total expenses requested in this Statement:** | | $3,667.77 |
| **Total professional fees and expenses requested in this Statement:** | | $2,822,966.27 |
| **Total professional fees and expenses referenced in this Statement (less 20% Holdback):** | | $2,259,106.57 |
| **Summary of Professional Fees Requested** | | |
| **Total professional fees requested in this Statement:** | | $2,819,298.50 |
| **Total actual professional hours covered by this Statement:** | | 2,858.9 |
| **Average hourly rate for professionals:** | | $986.15 |

[1] The last four digits of DISH DBS Corporation's and DISH Wireless L.L.C.'s respective tax identification numbers are 8967 and 6388. A complete list of each of the Debtors in these Chapter 11 Cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/DBS. The location of the Debtors' corporate headquarters and the Debtors' service address is 9601 S. Meridian Blvd., Englewood, Colorado 80112.

**In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 1203], each party receiving notice of the Monthly Fee Statement will have until noon (prevailing Central Time) on the fourteenth day after the filing of the Monthly Fee Statement to object to the requested fees and expenses. Upon the expiration of such period, the Debtors are authorized and directed to promptly pay or cause to be paid to FTI an amount equal to 80% of the fees and 100% of the expenses requested in such applicable Monthly Fee Statement that are not subject to an objection.**

Pursuant to §§ 327, 330, and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "**Bankruptcy Local Rules**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 1203] (the "**Interim Compensation Procedures Order**"), FTI Capital Advisors, LLC ("**FTICA**") and FTI Consulting, Inc. ("**FTI Consulting**", and collectively as "**FTI**"), as investment banker and financial advisor to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby files its *First Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses for the Period From June 30, 2026 Through July 31, 2026* ("**Monthly Fee Statement**").

1. By this Monthly Fee Statement, and pursuant to the Interim Compensation Procedures Order, FTI seeks interim payment of $2,255,438.80 (80% of $2,819,298.50) as compensation for professional services rendered to the Debtors during the period from June 30, 2026 through July 31, 2026 (the "**Fee Period**"), and reimbursement of actual and necessary expenses in the amount of $3,667.77, for a total amount of $2,259,106.57.

2. Pursuant to the Interim Compensation Procedures Order, and less the $85,000.00 monthly fixed fee for FTICA, the allocated fees for DISH DBS Corporation ("**DBS**") is

$633,595.50, the allocated fees for DISH Wireless L.L.C. ("**DW**") is $2,100,703.00, and the allocated expenses for DBS is $1,833.88 and for DW is $1,833.89.

3. In support of the Monthly Fee Statement, FTI submits a summary of the time expended by FTI professionals, together with their respective hourly rates, attached hereto as **Exhibit A**. A summary of the calculations for fees by project category is attached hereto as **Exhibit B**, and detailed descriptions of services rendered with respect to each project category is attached hereto as **Exhibit C**. A summary and detailed descriptions of out-of-pocket expenses with respect to expense category are attached hereto as **Exhibit D** and **Exhibit E**, respectively.

4. Pursuant to the Interim Compensation Procedures Order, any party objecting to this Monthly Fee Statement shall, on or before the Objection Deadline (as defined below), serve via email upon FTI and each of the following Notice Parties (as defined in the Interim Compensation Procedures Order) a written notice (the "**Notice of Objection to Monthly Fee Statement**") setting forth the precise nature and basis of the objection and the exact dollar amount at issue. Each **Notice** Party will have until noon (prevailing Central Time) on the fourteenth day after the filing of this Monthly Fee Statement (the "**Objection Deadline**") to object to the requested fees and expenses:

(a) the Debtors: 9601 S. Meridian Blvd., Englewood, Colorado 80112, Attn: Jeffrey Blum (Jeffrey.blum@dish.com);

(b) counsel to the Debtors: White & Case LLP, 609 Main Street, Suite 2900, Houston, Texas 77002, Attn: Charles R. Koster (charles.koster@whitecase.com), Matthew E. Linder (mlinder@whitecase.com), and Stephen E. Ludovici (stephen.ludovici@whitecase.com);

(c) counsel to the Official Committee of Unsecured Creditors: Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201, Attn: Ira S. Dizengoff (idizengoff@akingump.com), Philip C. Dublin (pdublin@akingump.com), Meredith A. Lahaie (mlahaie@akingump.com), Marty L. Brimmage, Jr. (mbrimmage@akingump.com), and Laura Warrick (lwarrick@akingump.com); and

(d) the U.S. Trustee for the Southern District of Texas: 515 Rusk Street, Suite 3516, Houston, Texas 77001, Attn: Vianey Garza (vianey.garza@usdoj.gov).

5. If a Notice of Objection to Monthly Fee Statement is timely served pursuant to the Interim Compensation Procedures Order, the objecting party and FTI shall attempt to resolve the objection on a consensual basis and, if the parties reach an agreement, the Debtors are authorized and directed to promptly pay or cause to be paid that portion of the Monthly Fee Statement that is no longer subject to an objection. If no Notice of Objection to Monthly Fee Statement is served during the Objection Deadline, the Debtors are authorized and directed to promptly pay or cause to be paid to FTI an amount equal to 80% of the fees and 100% of the expenses requested in such applicable Monthly Fee Statement.

6. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. FTI reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Interim Compensation Procedures Order.

*/s/ Clark Ansel*
Clark Ansel
**FTI Consulting, Inc.**
2001 Ross Avenue, Suite 650
Dallas, TX 75201
United States
Email: clark.ansel@fticonsulting.com

*/s/ Glenn Tobias*
Glenn Tobias
**FTI Capital Advisors, LLC**
One Biscayne Tower
2 S. Biscayne Blvd., Suite 1850
Miami, FL 33131
United States
Email: glenn.tobias@fticonsulting.com

**CERTIFICATE OF SERVICE**

I certify that on September 8, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Charles R. Koster*
Charles R. Koster