**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| DISH DBS Corporation,<br>DISH Wireless L.L.C., *et al.*,[1] | Case No. 26-90627 (CML) |
| | (Jointly Administered) |
| Debtors. | |

**STATEMENT OF THE DWLLC CLAIMS TRUST WITH RESPECT TO THE EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER GRANTING LEAVE, STANDING AND AUTHORITY TO PROSECUTE CERTAIN ESTATE CLAIMS ON BEHALF OF DWLLC'S ESTATE**

**[Related to Dkt. No. 836]**

The DWLLC Claims Trust (the "DWLLC Claims Trust"), by and through its undersigned counsel, hereby files this statement (the "Statement") with respect to the *Emergency Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Leave, Standing and Authority to Prosecute Certain Estate Claims on Behalf of DWLLC's Estate* [Dkt. No. 836] (the "Standing Motion"), filed by the Official Committee of Unsecured Creditors (the "Committee") on August 7, 2026. In support of this Statement, the DWLLC Claims Trust respectfully states as follows:

[1] The last four digits of DISH DBS Corporation's ("DBS") and DISH Wireless L.L.C.'s ("DWLLC") respective tax identification numbers are 8967 and 6388. A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/DBS. The location of the Debtors' corporate headquarters and the Debtors' service address is 9601 S. Meridian Blvd., Englewood, Colorado 80112.

## STATEMENT

1. The DWLLC Claims Trust submits this Statement solely to clarify the scope of the issues presented by the Standing Motion and to preserve the separate adjudication of the DWLLC Intercompany Loan Claim.

2. DBS's claims against DWLLC under the DWLLC Intercompany Loan[2] were assigned to the DWLLC Claims Trust, which was formed on June 29, 2026. The validity, characterization, amount, priority, allowance, treatment, and voting of the DWLLC Intercompany Loan Claim are the subject of separate proceedings before this Court, including *Crown Castle's (I) Objection to DWLLC Intercompany Loan Claim and (II) Motion to Designate, Recharacterize, Disallow, and Estimate Such Claim for Voting Purposes* [Dkt. No. 382] and the Committee's joinder into that pleading [Dkt. No. 466].

3. The Standing Motion presents a threshold question of whether the causes of action asserted in the Committee's proposed complaint attached to the Standing Motion as Exhibit B (the "Proposed Complaint"), all of which regard the Boost transaction, are sufficiently colorable to support derivative standing. That inquiry does not require adjudication of the merits of the DWLLC Intercompany Loan Claim, which, as the Committee acknowledges, is subject to a separate contested matter. *See* Standing Motion ¶ 2 n.4 ("the Debtors have specifically agreed that the Committee can challenge the Alleged DWLLC Intercompany Loan Claim through a contested matter and have further agreed that a standing motion is not necessary to pursue any such challenge.").

---

[2] As used herein, the "DWLLC Intercompany Loan Claim" means the claims against DWLLC arising under the DWLLC Intercompany Loan, as such term is defined in the *Declaration of John Swieringa in Support of Chapter 11 Petitions and Requests for First Day Relief* [Dkt. No. 19]. The Standing Motion refers to the claim as the "Alleged DWLLC Intercompany Loan Claim." Likewise, the Standing Motion refers to the DWLLC Claims Trust as the "Manufactured Claim Trust." The DWLLC Claims Trust does not accept, endorse, or adopt any of the defined terms, characterizations, or allegations contained in the Standing Motion or its attached complaint, and expressly reserves all rights with respect thereto.

4. Nevertheless, certain allegations advanced in support of the Standing Motion concern the validity or characterization of the DWLLC Intercompany Loan Claim and the value attributed to the reduction of that loan in connection with the Boost transaction. Those matters are disputed and overlap with issues to be presented in the separate proceedings concerning the DWLLC Intercompany Loan Claim. They further need not be resolved to determine whether the Committee has satisfied the threshold colorability requirement for derivative standing. Accordingly, the DWLLC Claims Trust respectfully requests that any determination that the Committee has a colorable claim for purposes of derivative standing not prejudge the validity, characterization, amount, priority, allowance, treatment, or voting of the DWLLC Intercompany Loan Claim, or any defenses or challenges to that claim, all of which should remain reserved for the proceedings in which those issues are squarely presented.

5. The DWLLC Claims Trust does not separately address the remaining issues raised by the Standing Motion.

**RESERVATION OF RIGHTS**

6. The DWLLC Claims Trust files this Statement without prejudice to, and expressly reserves, all of its rights, claims, defenses, objections, and remedies of any kind, including with respect to the validity, characterization, amount, priority, allowance, treatment, and voting of the DWLLC Intercompany Loan Claim. Nothing in this Statement shall constitute a waiver of any such rights.

Dated: September 9, 2026
Houston, Texas

*/s/ Samir L. Vora*

**MILBANK LLP**
Dennis F. Dunne (*pro hac vice*)
Lisa Laukitis (*pro hac vice*)
Abigail Debold (*pro hac vice*)
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ddunne@milbank.com
llaukitis@milbank.com
adebold@milbank.com

Andrew M. Leblanc (*pro hac vice*)
1101 New York Ave NW
Washington, DC 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586
Email: aleblanc@milbank.com

Samir L. Vora (*pro hac vice*)
2029 Century Park E, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063
Email: svora@milbank.com

-and-

**HOWLEY LAW PLLC**
Tom A. Howley (Texas Bar No. 24010115)
Eric Terry (Texas Bar No. 00794729)
TC Energy Center
700 Louisiana St., Suite 4220
Houston, Texas 77002
Telephone: 713-333-9125
Email: tom@howley-law.com
eric@howley-law.com

***Counsel to the DWLLC Claims Trust***

**CERTIFICATE OF SERVICE**

I certify that on September 9, 2026, a true and correct copy of the foregoing document was caused to be served via the CM/ECF System for the United States Bankruptcy Court for the Southern District of Texas on parties registered to receive electronic service in the above cases.

/s/ *Tom A. Howley*
Tom A. Howley