**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| DISH DBS CORPORATION,<br>DISH WIRELESS L.L.C., *et al.*,[1] | ) | Case No. 26-90627 (CML) |
| Debtors. | ) | (Jointly Administered) |

**ORDINARY COURSE PROFESSIONAL DECLARATION OF SEED INTELLECTUAL PROPERTY LAW GROUP LLP FOR THE DISH WIRELESS DEBTORS**

I, Kevan Morgan, make this declaration (this "**Declaration**") under penalty of perjury:

1. I am a Partner of Seed Intellectual Property Law Group LLP (the "**Firm**"), with its principal office located at 701 5th Ave, Suite 5400, Seattle, WA 98104.

2. This Declaration is submitted in support of the retention by the DISH Wireless Debtors of the Firm as an ordinary course professional ("**Ordinary Course Professional**") in the above-captioned Chapter 11 Cases, pursuant to the *Order (I) Authorizing, but Not Directing, the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 1204], entered by the Court on August 25, 2026.

3. I am duly authorized to make this Declaration on behalf of the Firm. Unless otherwise stated, I have personal knowledge of the facts set forth herein, or I have obtained knowledge of such facts from the Firm's books, records, and personnel, and, if called as a witness, I could and would testify competently to the matters set forth herein.

[1] The last four digits of DISH DBS Corporation's and DISH Wireless L.L.C.'s respective tax identification numbers are 8967 and 6388. A complete list of each of the Debtors in these Chapter 11 Cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/DBS. The location of the Debtors' corporate headquarters and the Debtors' service address is 9601 S. Meridian Blvd., Englewood, Colorado 80112.

4. The Firm is a service provider of intellectual property legal services. The Firm was first engaged by the DISH Wireless Debtors on or about April 11th, 2007 to provide the DISH Wireless Debtors with intellectual property prosecution and maintenance services (the "**Services**").

5. The DISH Wireless Debtors have requested that the Firm continue to provide the Services to the DISH Wireless Debtors during the pendency of these Chapter 11 Cases, and the Firm has consented to do so.

6. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these Chapter 11 Cases, for persons that are parties in interest in the Debtors' Chapter 11 Cases. The Firm does not and will not perform services for any such person in connection with these Chapter 11 Cases or have any relationship with any such person, their attorneys, or their other advisors that would be adverse to the DISH Wireless Debtors or their estates with respect to the matter on which the Firm is proposed to be employed. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties and their advisors, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases.

7. To the best of my knowledge, information, and belief formed after reasonable inquiry, the Firm does not hold or represent any interest adverse to the DISH Wireless Debtors or their estates with respect to the matters for which the Firm is to be engaged by the DISH Wireless Debtors.

8. Neither I nor any principal, partner, director, officer of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the DISH Wireless Debtors with any person other than the principals and regular employees of the

Firm.

9. The DISH Wireless Debtors owe the Firm $79,789.56 for unpaid fees and expenses for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. §§ 101–1532. I understand that the amount owed by any of the Debtors to the Firm for prepetition services may be treated as a general unsecured claim, and, as such, the Firm may file a proof of claim in respect of such amount. I further understand that this Declaration will not suffice as the Firm's proof of claim.

10. As of June 30, 2026, which was the date on which the Debtors commenced these Chapter 11 Cases, the Firm was not party to an agreement for indemnification with certain of the DISH Wireless Debtors.

11. If, at any time during the pendency of these Chapter 11 Cases, the Firm becomes aware of any additional facts or circumstances bearing on the matters described herein, the Firm will supplement the information contained in this Declaration disclosing such facts or circumstances.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: September 8, 2026

Kevan Morgan
Partner,
**Seed Intellectual Property Law Group LLP**
701 5th Ave, Suite 5400
Seattle, WA 98104
Email: KevanM@seedip.com