Electronic Appearance Sheet

Rosa Orenstein, Orenstein Law Group, P.C.
Client(s): Dallas Fort Worth International Airport

Michael Napoli, Akerman LLP
Client(s): SBA Telecommunications, LLC and its affiliated entities

Michael Napoli, Akerman LLP
Client(s): SBA telecommunications

Ian Peck, Haynes and Boone, LLP
Client(s): Everstream Plan Administrator, on behalf of the Everstream Post-Effective Date Debtors

Jordan Chavez, Haynes and Boone, LLP
Client(s): Everstream Plan Administrator, on behalf of the Everstream Post-Effective Date Debtors

Robert Dehney, Morris Nichols
Client(s): Echostar

Matthew Harvey , Morris Nichols
Client(s): Echostar

Daniel Butz, Morris Nichols
Client(s): Echostar

Lisa Laukitis, Milbank
Client(s): Ad Hoc Group of DBS Noteholders

Abigail Debold, Milbank
Client(s): Ad Hoc Group of DBS Noteholders

Andrew Leblanc, Milbank
Client(s): Ad Hoc Group of DBS Noteholders

Dennis Dunne, Milbank
Client(s): Ad Hoc Group of DBS Noteholders

Dan Forman, Ropes & Gray LLP
Client(s): American Tower

Rob Roberts, Ropes & Gray LLP
Client(s): American Tower

Tad Davidson, Hunton Andrews Kurth LLP
Client(s): American Tower

Philip Guffy, Hunton Andrews Kurth LLP
Client(s): American Tower

Philip Dublin, Akin Gump Strauss Hauer & Feld LLP
Client(s): UCC

Meredith Lahaie, Akin Gump Strauss Hauer & Feld LLP
Client(s): UCC

Marty Brimmage, Akin Gump Strauss Hauer & Feld LLP
Client(s): UCC

Charles Fendrych, Kelley Drye & Warren LLP
Client(s): Landlord creditors

Jennifer Raviele, Kelley Drye & Warren LLP
Client(s): Landlord creditors

Robert LeHane, Kelley Drye & Warren LLP
Client(s): Landlord creditors

Rosa Orenstein, Orenstein Law Group, P.C.
Client(s): Dallas Fort Worth International Airport

Matthew Summers, Ballard Spahr LLP
Client(s): Comcast

Margaret Vesper, Ballard Spahr LLP
Client(s): Comcast

Jason Burt, Latham & Watkins LLP
Client(s): Comcast

Matthew Brill, Latham & Watkins LLP
Client(s): Comcast

Matthew Murchison, Latham & Watkins LLP
Client(s): Comcast

Tiffany Ikeda, Latham & Watkins LLP
Client(s): Comcast

Leslie Heilman, Ballard Spahr LLP
Client(s): PES PARTNERS LLC

Lucian Murley, Akerman LLP
Client(s): SBA Telecommunications

Michael Napoli, Akerman LLP
Client(s): SBA Telecommunications

Electronic Appearance Sheet

Sabrina Streusand, Streusand, Landon, Ozburn & Lemmon, LLP
Client(s): Counsel to Dell Financial Services L.L.C.

Richard Hermer-Fried, Gorlick, Kravitz & Listhaus, P.C.
Client(s): Pavers Pension Fund Holding Corp. d/b/a Laborers Octagon Realty

Franklin Barbosa, Schenck, Price, Smith & King, LLP
Client(s): The Vollers Group LLC and Barsa Holdings LLC

Jennifer Lauren , Streusand, Landon, Ozburn & Lemmon, LLP
Client(s): Counsel for Dell Financial Services L.L.C.

Joseph Dunn, Covington & Burling LLP
Client(s): Various Programmer Creditors

Charles Koster, White & Case LLP
Client(s): Debtors and Debtors in Possession

J. Christopher Shore , White & Case LLP
Client(s): Debtors and Debtors in Possession

Matthew Linder, White & Case LLP
Client(s): Debtors and Debtors in Possession

Lucas Schneider, Husch Blackwell LLP
Client(s): Lumen Technologies, Inc.

Leib Lerner, Lerner Harris LLP
Client(s): Fox Corp.

Michelle Shriro, Singer & Levick, PC
Client(s): Link Logistics Real Estate Management Services, LLC and Kimco Realty Corporation

Eli Vonnegut, Davis Polk & Wardwell
Client(s): Uniti Fiber LLC and Windstream Communications, LLC

John Higgins, Porter Hedges LLP
Client(s): Crown Castle

Ivan Gold, Allen Matkins Leck Gamble Mallory & Natsis LLP
Client(s): Multiple landlords

Morgan Hutchinson, Husch Blackwell LLP
Client(s): Lumen

Vianey Garza, Office of the U.S. Trustee
Client(s): U.S. Trustee

David Zylberberg, Simpson Thacher & Bartlett LLP
Client(s): Cablevision Lightpath

Brian Murphy, Murray Murphy Moul + Basil LLP
Client(s): CSL Garage, Ltd.

Chris Halgren, McGinnis Lochridge LLP
Client(s): Brightspeed Broadband, LLC

Nahal Zarnighian, Ballard Spahr LLP
Client(s): Various landlords

Andrew Layden, Baker Hostetler
Client(s): Diamond Entities

Kyle Kimpler, Paul, Weiss, Rifkind, Wharton & Garrison LLP
Client(s): Crown Castle

Van Durrer, Dentons US LLP
Client(s): Special Committee of the Board of Managers of DISH Wireless L.L.C.

Tiffany Austin, Latham & Watkins LLP
Client(s): Comcast Business Communications, LLC

Charles A. Beckham, Jr., Haynes and Boone LLP
Client(s): CTI Towers and Harmoni Towers

David Shim, Dentons US LLP
Client(s): Special Committee of the Board of Managers of DISH Wireless L.L.C.

Patrick J. Nash, Jr., Kirkland & Ellis LLP
Client(s): CTI Towers and Harmoni Towers

Charles B. Sterrett, Kirkland & Ellis LLP
Client(s): CTI Towers and Harmoni Towers