**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| DISH DBS CORPORATION<br>DISH WIRELESS L.L.C., *et al.*, | ) | Case No. 26-90627 (CML) |
| Debtors.[1] | ) | (Jointly Administered) |

**NOTICE OF FILING OF REDLINE OF THE
FURTHER REVISED DBS SOLICITATION PROCEDURES ORDER**

**Relates to Dkt. Nos. 18, 197, 492, 914, 1345, 1470**

**PLEASE TAKE NOTICE** that, on June 30, 2026, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**")[2] filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Court**") commencing these chapter 11 cases (the "**Chapter 11 Cases**").

**PLEASE TAKE FURTHER NOTICE** that, on June 30, 2026, the Debtors filed the *Debtors' Emergency Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Procedures, (III) Approving the Form of Ballots and Notices, (IV) Approving Certain Dates and Deadlines in Connection with the Solicitation and Confirmation of the Plan, (V) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement and Confirmation of the Plan, (VI) Conditionally Waiving the Requirements That (A) the U.S. Trustee Convene a Creditors Meeting for the DBS Debtors and (B) the DBS Debtors File Schedules of Assets and Liabilities and Statements of Financial Affairs, and Rule 2015.3 Reports, and (VII) Granting Related Relief* [Dkt. No. 18] (the "**Solicitation Procedures Motion**") seeking entry of the proposed order attached thereto (the "**Proposed Order**").

**PLEASE TAKE FURTHER NOTICE** that, on July 7, 2026, the Debtors filed a revised proposed *Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures, (III) Approving the Form of Ballots and*

[1] The last four digits of DISH DBS Corporation's and DISH Wireless L.L.C.'s respective tax identification numbers are 8967 and 6388. A complete list of each of the Debtors in these Chapter 11 Cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/DBS. The location of the Debtors' corporate headquarters and the Debtors' service address is 9601 S. Meridian Blvd., Englewood, Colorado 80112.

[2] Capitalized terms used and not defined herein have the meanings ascribed to such terms in the Solicitation Procedures Motion.

*Notices, (IV) Approving Certain Dates and Deadlines in Connection with the Solicitation and Confirmation of the Plan, (V) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement and Confirmation of the Plan, (VI) Conditionally Waiving the Requirements that (A) the U.S. Trustee Convene a Creditors Meeting for the DBS Debtors and (B) the DBS Debtors File Schedules of Assets and Liabilities and Statements of Financial Affairs, and Rule 2015.3 Reports, and (VII) Granting Related Relief* [Dkt. No. 197], including all exhibits thereto (the "**Revised Solicitation Procedures Order**").

**PLEASE TAKE FURTHER NOTICE** that, on July 22, 2026, the Debtors filed a second revised proposed *Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures, (III) Approving the Form of Ballots and Notices, (IV) Approving Certain Dates and Deadlines in Connection with the Solicitation and Confirmation of the Plan, (V) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement and Confirmation of the Plan, (VI) Conditionally Waiving the Requirements that (A) the U.S. Trustee Convene a Creditors Meeting for the DBS Debtors and (B) the DBS Debtors File Schedules of Assets and Liabilities and Statements of Financial Affairs, and Rule 2015.3 Reports, and (VII) Granting Related Relief*, including all exhibits thereto [Dkt. No. 492] (the "**Second Revised Solicitation Procedures Order**").

**PLEASE TAKE FURTHER NOTICE** that, on August 11, 2026, the Debtors filed a third revised proposed *Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures, (III) Approving the Form of Ballots and Notices, (IV) Approving Certain Dates and Deadlines in Connection with the Solicitation and Confirmation of the Plan, (V) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement and Confirmation of the Plan, (VI) Conditionally Waiving the Requirements that (A) the U.S. Trustee Convene a Creditors Meeting for the DBS Debtors and (B) the DBS Debtors File Schedules of Assets and Liabilities and Statements of Financial Affairs, and Rule 2015.3 Reports, and (VII) Granting Related Relief*, including all exhibits thereto [Dkt. No. 914] (the "**Third Revised Solicitation Procedures Order**").

**PLEASE TAKE FURTHER NOTICE** that, on September 4, 2026, the DBS Debtors filed the *Modified Joint Prepackaged Chapter 11 Plan of DISH DBS Corporation and Certain of its Subsidiaries*, including all exhibits thereto [Dkt. No. 1343] (the "**Modified DBS Plan**") and the *Disclosure Statement for the Modified Joint Prepackaged Chapter 11 Plan of DISH DBS Corporation and Certain of its Subsidiaries*, including all exhibits thereto [Dkt. No. 1344] (the "**Disclosure Statement for the Modified DBS Plan**"), along with redline comparisons thereof [Dkt. No. 1347].

**PLEASE TAKE FURTHER NOTICE** that the Debtors have bifurcated the plan structure such that the Modified DBS Plan and the Disclosure Statement for the Modified DBS Plan are applicable solely to DISH DBS Corporation and certain of its subsidiaries (the "**DBS Debtors**").

**PLEASE TAKE FURTHER NOTICE** that, on September 4, 2026, the DBS Debtors filed a revised *Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures, (III) Approving the Form of Ballots and Notices, (IV) Approving Certain Dates and Deadlines in Connection with the Solicitation and Confirmation of the Plan, (V) Scheduling a Combined Hearing on Final Approval of the*

*Disclosure Statement and Confirmation of the Plan, (VI) Conditionally Waiving the Requirements that (A) the U.S. Trustee Convene a Creditors Meeting for the DBS Debtors and (B) the DBS Debtors File Schedules of Assets and Liabilities and Statements of Financial Affairs, and Rule 2015.3 Reports, and (VII) Granting Related Relief (DBS Debtors)*, including all exhibits thereto [Dkt. No. 1345] (the "**Revised DBS Solicitation Procedures Order**").

**PLEASE TAKE FURTHER NOTICE** that, on September 14, 2026, the DBS Debtors filed a further revised *Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures, (III) Approving the Form of Ballots and Notices, (IV) Approving Certain Dates and Deadlines in Connection with the Solicitation and Confirmation of the Plan, (V) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement and Confirmation of the Plan, (VI) Conditionally Waiving the Requirements that (A) the U.S. Trustee Convene a Creditors Meeting for the DBS Debtors and (B) the DBS Debtors File Schedules of Assets and Liabilities and Statements of Financial Affairs, and Rule 2015.3 Reports, and (VII) Granting Related Relief (DBS Debtors)*, including all exhibits thereto [Dkt. No. 1470] (the "**Further Revised DBS Solicitation Procedures Order**").

**PLEASE TAKE FURTHER NOTICE** that the Further Revised DBS Solicitation Procedures Order is applicable only to the DBS Debtors.

**PLEASE TAKE FURTHER NOTICE** that the DBS Debtors hereby file and attach the redline comparison of the Further Revised DBS Solicitation Procedures Order [Dkt. No. 1470] against the Revised DBS Solicitation Procedures Order filed at Dkt. No. 1345 as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the Further Revised DBS Solicitation Procedures Order includes a revised case calendar in accordance with those dates set by the Court during the status conference held on September 14, 2026, including a request to schedule a Combined Hearing for the confirmation of the Modified DBS Plan and final approval of the Disclosure Statement for the Modified DBS Plan on September 29, 2026, at 1:00 p.m. (prevailing Central Time).

**PLEASE TAKE FURTHER NOTICE** that nothing in this Notice shall modify, amend, or supplement any order of the Court unless and until approved by the Court.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in the Chapter 11 Cases, and other relevant case information are available free of charge on the following website maintained by the Debtors' claims and noticing agent, Epiq Corporate Restructuring, LLC, in connection with the Chapter 11 Cases: https://dm.epiq11.com/DBS. Copies of any pleadings or papers filed with the Court may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

September 14, 2026
Houston, Texas

/s/ *Charles R. Koster*
**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Facsimile: (713) 496-9701
Email: charles.koster@whitecase.com

Ronald K. Gorsich (admitted *pro hac vice*)
Doah Kim (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Email: rgorsich@whitecase.com
doah.kim@whitecase.com

**WHITE & CASE LLP**
Thomas E Lauria (Texas Bar No. 11998025)
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Email: tlauria@whitecase.com

Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
300 N. LaSalle Drive
Chicago, Illinois 60654
Telephone: (312) 881-5400
Email: mlinder@whitecase.com
laura.baccash@whitecase.com

David M. Turetsky (admitted *pro hac vice*)
Samuel P. Hershey (S.D. Texas Fed. No. 3465170)
Andrea Amulic (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: david.turetsky@whitecase.com
sam.hershey@whitecase.com
andrea.amulic@whitecase.com

*Proposed Counsel to the Debtors and*
*Debtors in Possession*

**Certificate of Service**

I certify that on September 14, 2026, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Charles R. Koster*
Charles R. Koster