Electronic Appearance Sheet

Joseph Dunn, Covington & Burling LLP
Client(s): Various Programmer Creditors

Liliana Barrios-Contreras, Pro Se, None, Pro Se
Client(s): Liliana Barrios-Contreras — Pro Se Objector and Party in Interest; claimant asserting claims against Debtor Sling TV L.L.C. (Dkt. No. 1552)

Philip Dublin, Akin Gump Strauss Hauer & Feld LLP
Client(s): UCC

Meredith Lahaie, Akin Gump Strauss Hauer & Feld LLP
Client(s): UCC

Marty Brimmage, Akin Gump Strauss Hauer & Feld LLP
Client(s): UCC

Samuel Hershey, White & Case LLP
Client(s): Debtors and Debtors in Possession

Matthew Linder, White & Case LLP
Client(s): Debtors and Debtors in Possession

Robert Dehney, Morris Nichols Arsht & Tunnell
Client(s): EchoStar

Lisa Laukitis, Milbank
Client(s): Ad Hoc Group of DBS Noteholders

Andrew Leblanc, Milbank
Client(s): Ad Hoc Group of DBS Noteholders

Dennis Dunne, Milbank
Client(s): Ad Hoc Group of DBS Noteholders

Andrea Hartley, Akerman LLP
Client(s): SBA Communications

Richard Hermer-Fried, Gorlick, Kravitz & Listhaus, P.C.
Client(s): Pavers Pension Fund Holding Corp.

Margaret Alden, Ropes & Gray LLP
Client(s): American Tower

Leib Lerner, Lerner Harris LLP
Client(s): Fox Corporation

Charles Fendrych, Kelley Drye & Warren LLP
Client(s): Landlord creditors

Electronic Appearance Sheet

Kate Scherling, Quinn Emanuel Urquhart & Sullivan, LLP
Client(s): DISH DBS Corp.

Charlie A. Beckham. Jr., Haynes and Boone LLP
Client(s): CTI Towers and Harmoni Towers

Patrick J. Nash, Jr., Kirkland & Ellis LLP
Client(s): CTI Towers and Harmoni Towers

Charles B. Sterrett, Kirkland & Ellis LLP
Client(s): CTI Towers and Harmoni Towers

Lucas Schneider, Husch Blackwell LLP
Client(s): Lumen Technologies Group, LLC

Dianne Rosemark, Rosemark Law, LLC
Client(s): Asset Essentials Cellular LLC; Bassett Associates; and Town of New Fairfield, CT

Ivan Gold, Allen Matkins Leck Gamble Mallory & Natsis LLP
Client(s): Multiple landlords

Vianey Garza, Office of the U.S. Trustee
Client(s): U.S. Trustee

Joseph Dunn, Covington & Burling LLP
Client(s): Various Programmer Creditors

Kyle Kimpler, Paul, Weiss
Client(s): Crown Castle