**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DISH DBS CORPORATION<br>DISH WIRELESS L.L.C., *et al.*,[1] | ) | Case No. 26-90627 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 294, 302, 307, 310, 311, 312, 315, 316, 319, 320, 322, 323, 325, 330, 331, 332, 333, 347, 339, 341, 342, 345, 347, 349** |

**STIPULATION AND AGREED ORDER**
**REGARDING REJECTION NOTICES (CTI TOWERS,**
**HARMONI TOWERS, PTI, PEPPERTREE, TOWERCOM, FENGATE, TVT)**

[1] The last four digits of DISH DBS Corporation's and DISH Wireless L.L.C.'s respective tax identification numbers are 8967 and 6388. A complete list of each of the Debtors in these Chapter 11 Cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/DBS. The location of the Debtors' corporate headquarters and the Debtors' service address is 9601 S. Meridian Blvd., Englewood, Colorado 80112.

The DISH Wireless Debtors,[2] on the one hand, and each of CTI Towers,[3] Harmoni Towers,[4] PTI,[5] Peppertree,[6] TowerCom,[7] Fengate,[8] and TVT[9] (collectively, the "**Tower Claimants**" and, together with the DISH Wireless Debtors, the "**Parties**"), on the other, through each of their undersigned counsel, hereby enter into this stipulation and agreed order (this **"Stipulation and Order**") regarding the notices of rejection as they pertain to each relevant Party (each, a "**Rejection Notice**" and, collectively, the "**Rejection Notices**"),[10] which include:

---

2 "**DISH Wireless Debtors**" means, collectively, (a) Neyland Networks LLC; (b) DISH Wireless L.L.C.; (c) DISH Wireless Leasing L.L.C.; (d) DISH Wireless Retail Holding L.L.C.; (e) DISH Infinite Corporation; and (f) DISH Wireless Retail Operating L.L.C.

3 "**CTI Towers**" means, collectively, CTI Towers Assets II, LLC; CTI Towers Assets III, LLC; Wireless Propco, LLC; and Wireless TRS, LLC.

4 "**Harmoni Towers**" means Harmoni Towers Infrastructure LLC.

5 "**PTI**" means PTI US Acquisitions, LLC and each of its affiliates (as defined in section 101(2) of the Bankruptcy Code) that has a claim against a Debtor.

6 "**Peppertree**," means, collectively 1 Source Towers, LLC, 1 Source Wireless, LLC, Aloha Towers, LLC, APC Towers, LLC, APC Towers IV, LLC, Barracuda Towers, LLC, Blue Sky Towers II, LLC, Blue Sky Towers III, LLC, Branch Towers III, LLC, Branch Towers IV, LLC, Branch Towers V, LLC, Branch Towers VI, LLC, Cell Ventures Capital, LLC, Central States Tower IV, LLC, Chiefs Towers, LLC, Clearview Tower Company II, LLC, Clearview Tower Company III, LLC, Direct Connect Towers, LLC, EIP Communications I, LLC, EIP Consolidated, LLC, EIP Holdings II, LLC, Everest Infrastructure Holdings, LLC, Everlink Towers, LLC, Gulfsouth Tower Holding Company, LLC, Hoosier Towers, LLC, Horvath Special Towers, LLC, Horvath Towers III, LLC, Horvath Towers V, LLC, K2 Towers II, LLC, K2 Towers III, LLC, Midpoint Towers, LLC, Neutral Path Networks, LLC, NexTower Development Group, LLC, NexTower Development Group II, LLC, Northstar Towers, LLC, Octagon Edge Towers, LLC, Octagon Sun Towers, LLC, Octagon Towers, LLC, Patriot Communications LLC, Peppertree Towers, LLC, Puck Towers, LLC, Simplicity Towers, LLC, Sooner Towers, LLC, SRR Towers, LLC, Sun State Towers III, LLC, Sun State Towers IV, LLC, SWI Funds Tower Holdings, LLC, SWIF II Investment Co. II, LLC, Tarpon Towers II, LLC, Tarpon Towers III, LLC, Tower Lease Partners, LLC, TowerCo 2013 LLC, TowerCo IV LLC, TowerCo Special, LLC, TowerCo Staffing, LLC, TowerCo V Holdings, LLC, TowerCo VI, LLC, TowerCo VI Holdings, LLC, TTH Holdings LLC, Wireless Edge Towers II, LLC, Wireless Edge Towers III, LLC, Wireless Realty Advisors II, LLC, Xcell Towers II, LLC, and each of its affiliates (as defined in section 101(2) of the Bankruptcy Code) that has a claim against a Debtor.

7 "**TowerCom**," means, collectively TCMC I, LLC, TowerCom B, LLC, TowerCom C, LLC, TowerCom IV-B, LLC, TowerCom LLC, TowerCom V, LLC, TowerCom V-B, LLC, TowerCom VI-B, LLC, TowerCom VIII, LLC, TowerCom XII-B, LLC, and each of its affiliates (as defined in section 101(2) of the Bankruptcy Code) that has a claim against a Debtor.

8 "**Fengate**" means, Fengate Towers US I, LLC and each of its affiliates (as defined in section 101(2) of the Bankruptcy Code) that has a claim against a Debtor.

9 "**TVT**" means TVT DEVCO I, LLC and TVT III, LLC and each of its affiliates (as defined in section 101(2) of the Bankruptcy Code) that has a claim against a Debtor.

10 Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Rejection Procedures Order, the Rejection Notices, or the *Order (I) Authorizing the Dish Wireless Debtors to Implement*

- **CTI Towers**: *Twenty-Second Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 316]; *Forty-Eighth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 342]; and *Fifty-Fifth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 349];

- **Harmoni Towers**: *Twenty-Ninth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 323]; and *Thirty-Eighth Notice of Rejection or Certain Executory Contract and/or Unexpired Leases* [Dkt. No. 332];

- **PTI**: *Thirty-Ninth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 333]; and *Fifty-Third Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt No. 347];

- **Peppertree**: *Eighth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 302]; *Thirteenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 307]; *Sixteenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 310]; *Seventeenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 311]; *Eighteenth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 312]; *Twenty-First Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 315]; *Twenty-Fifth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 319]; *Twenty-Sixth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 320]; *Twenty-Eighth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 322]; *Twenty-Ninth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 323]; *Thirty-First Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 325]; *Thirty-Sixth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 330]; *Thirty-Seventh Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 331]; *Forty-Fifth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 339]; *Forty-Seventh Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 341]; *Forty-Eighth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 342]; *Fifty-First Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 345]; *Fifty-Fifth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 349];

- **TowerCom**: *Forty-Seventh Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 341]; *Fifth-First Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 345];

---

*the Battery Removal Program and (II) Granting Related Relief* [Dkt. No. 1249] (the "**Battery Removal Order**"), as applicable.

- **Fengate**: *Twenty-Sixth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 320];
- **TVT**: *Fifty-Third Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 347].[11]

WHEREAS, on July 14, 2026, this Court entered the *Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Dkt. No. 294] (the "**Rejection Procedures Order**");

WHEREAS, on July 23, 2026, TVT filed a *Limited Objection and Reservation of Rights with Respect to Fifty-Third Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 529] (the "**TVT Objection**");

WHEREAS, on July 28, 2026, CTI and Harmoni filed a *Limited Objection of CTI Towers and Harmoni Towers to the DISH Wireless Debtors' Rejection Notices* [Dkt. No. 605] (the "**CTI Harmoni Objection**");

---

11 This Rejection Notice includes (1) that certain Master Lease Agreement dated November 24, 2020 by and among TVT I, LLC and the DISH Wireless Debtors (the "**2020 MLA**"), (2) that certain Master Lease Agreement dated December 13, 2021 by and among TVT II, LLC and the DISH Wireless Debtors (the "**2021 MLA**"), and (3) that certain Transfer of Ownership Agreement by and among TVT II, LLC and the DISH Wireless Debtors (the "**Transfer Agreement**"). Through a series of assignment and assumption agreements, various supplemental leases were executed under the 2020 MLA and the 2021 MLA and subsequently assumed by TVT. On December 4, 2024, DISH Wireless and certain TVT parties entered into that certain Agreement to Bifurcate MLA (the "**Bifurcation Agreement**"). Pursuant to the Bifurcation Agreement, the 2021 MLA was bifurcated into two separate agreements: an agreement between TVT II and DISH Wireless concerning six sites previously governed by the 2021 MLA (the "**TVT II MLA**") and an agreement between TVT III and DISH Wireless concerning the remaining sites previously governed by the 2021 MLA (the "**Retained Site MLA**"). In 2021, PTI purchased TVT I, LLC, and in 2025, Peppertree's affiliate purchased TVT II, LLC. As a result, the 2020 MLA is included in **Exhibit 2** attached hereto, the Transfer Agreement and TVT II MLA are included in **Exhibit 3** attached hereto, solely to the extent of Peppertree's interest therein, and the 2020 MLA, the Retained Site MLA, and the TVT II MLA are included in **Exhibit 4** attached hereto, solely to the extent of TVT's interest therein. For the avoidance of doubt, the DISH Wireless Debtors are rejecting the 2020 MLA, the TVT II MLA, and the Retained Site MLA in their entirety, including all supplemental leases executed thereunder. Additionally, TVT is also included as a signatory to this Stipulation and Order solely to the extent necessary to effectuate the terms of this Stipulation and Order, including with respect to any claims relating to the supplemental leases assumed by TVT under the 2020 MLA, the TVT II MLA, and the Retained Site MLA.

WHEREAS, on July 28, 2026 and August 10, 2026, Peppertree, TowerCom, and Fengate filed the *Omnibus Objection and Reservation of Rights to the Debtors' Eighth, Thirteenth, Sixteenth, Seventeenth, Eighteenth, Twenty-First, Twenty-Fifth, Twenty-Sixth, Twenty-Ninth, Thirty-First, Thirty-Sixth, Thirty-Seventh, Forty-Fifth, Forty-Seventh, Forty-Eighth, Fifty-First, and Fifty-Fifth Notice of Rejections of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 618] and *TPG Peppertree's, TowerCom's and Fengate's (A) Supplemental Omnibus Objection and Reservation of Rights to the Debtors' Notices of Rejection of Certain Executory Contracts and/or Unexpired Leases and (B) Objection to the Debtors' Certificates of No Objection to Twenty-Eighth and Forty-Eighth Notices of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 897] (collectively, the "**Peppertree/TowerCom/Fengate Objections**");

WHEREAS, on July 29, 2026, PTI filed the *Limited Objection and Reservation of Rights of PTI US Acquisitions, LLC and Its Affiliates to (I) Thirty-Ninth Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases and (II) Fifty-Third Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* [Dkt. No. 648] (together with the TVT Objection, CTI Harmoni Objection and the Peppertree/TowerCom/Fengate Objections, the "**Objections**");

WHEREAS, the Parties agree that all prepetition agreements between the Tower Claimants and the DISH Wireless Debtors identified hereto on **Exhibit 1**, **Exhibit 2**, **Exhibit 3,** and **Exhibit 4** (including any related documentation, collectively, the "**Tower Claimant Agreements**") are subject to the Rejection Notices, whether or not specifically identified in the schedules attached thereto;

WHEREAS, the Rejection Notices provide, among other things, that to the extent it is determined by a Final Order[12] that the Tower Claimant Agreements were not terminated prior to the Petition Date, and the DISH Wireless Debtors' Proposed Rejection Date is determined not to be the Rejection Date, the filing of the Rejection Notices "shall serve as the DISH Wireless Debtors' notice" to the applicable Tower Claimant "that the DISH Wireless Debtors have surrendered the Premises"[13] to the applicable Tower Claimant and, to the extent such Party has not already done so, the applicable Tower Claimant "may take any steps necessary to take full dominion and control over the Premises";

WHEREAS, on or about August 6 and 7, 2026, CTI and Harmoni filed proofs of claim asserting damages (including rejection damages) relating to their respective Tower Claimant Agreements in these Chapter 11 Cases;

WHEREAS, on or about August 6, 2026, PTI filed a proof of claim asserting damages (including rejection damages) relating to PTI's Tower Claimant Agreements in these Chapter 11 Cases;

WHEREAS, on or about August 7, 2026, TVT filed proofs of claim numbers 11649, 11668, 11673, 11677, 11680, 11687, 11691, 11698, and 11700 asserting damages relating to TVT's Tower Claimant Agreements listed in Exhibit 4;

---

[12] For purposes of this Stipulation and Order, "**Final Order**" means an order of the Bankruptcy Court or other court of competent jurisdiction with respect to termination of a Tower Claimant Agreement and the surrender of the premises subject to such agreement, which order has not been reversed, modified, or amended, that is not stayed, and as to which the time to appeal or seek certiorari has expired and no appeal or petition for certiorari has been timely taken, or as to which any appeal that has been taken or any petition for certiorari that has been or may be filed has been resolved by the highest court to which the order could be appealed or from which certiorari could be sought or the new trial, reargument, or rehearing shall have been denied, resulted in no modification of such order, or has otherwise been dismissed with prejudice.

[13] As used in this Stipulation and Order, "**Premises**" refers solely to the site(s) (where applicable) subject to the applicable Tower Claimant Agreement, without regard to whether such Tower Claimant Agreement constitutes a lease, license, or other form of agreement, and notwithstanding any characterization of such term as "leased tower sites" or otherwise in the Debtors' first day declaration or any other pleading, order, or filing in these Chapter 11 Cases.

WHEREAS, on or before the deadline to file proofs of claim in these Chapter 11 Cases, Peppertree, TowerCom, and Fengate filed proofs of claim asserting damages relating to their respective Tower Claimant Agreements in these Chapter 11 Cases;

WHEREAS, the DISH Wireless Debtors and the Tower Claimants wish to avoid certain potential litigation regarding the Rejection Notices and the Objections;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON APPROVAL BY THIS COURT, IT IS ORDERED**:

1. Subject to paragraphs 4 and 5 of this Stipulation and Order, to the extent the Tower Claimant Agreements were not terminated prior to the Petition Date, such Tower Claimant Agreements are deemed rejected no later than the filing date of the DISH Wireless Debtors' Rejection Notices applicable to each Tower Claimant (i.e., July 14 or July 15, 2026, as applicable).

2. Subject to paragraphs 4 and 5 of this Stipulation and Order, to the extent any of the DISH Wireless Debtors' property remained on the Premises as of the filing date of the DISH Wireless Debtors' Rejection Notices applicable to each Tower Claimant (i.e., July 14 or July 15, 2026, as applicable) and, as of such date, had not previously been abandoned by the DISH Wireless Debtors, such property is hereby deemed abandoned, as is, pursuant to section 554 of the Bankruptcy Code, effective no later than July 14 or 15, 2026, as applicable,[14] (such abandoned property, the "**Abandoned Property**") (it being understood that the Abandoned Property includes, without limitation, telecommunications equipment and related property located at a cell site, including equipment cabinets, cell site routers, battery systems, distributed units, environmental monitoring units, antennas, radios, hybrid and fiber cabling, overvoltage and surge protection

14 Any claims and disputes relating to the exact date of abandonment of the property and any claim associated therewith remains subject to paragraphs 4 and 5 of this Stipulation and Order.

systems, power shelves, rectifiers, photonic power converters, fiber distribution panels, mounts, elevated platforms, and all associated fixtures, infrastructure, and ancillary components). Each Tower Claimant may, in its sole and absolute discretion and without further order of this Court or notice or liability to the Debtors, their estates, or any third party, utilize, remove, sell, transfer title to, store, dispose of, or otherwise deal with any Abandoned Property and relet the Premises related to each Tower Claimant Agreement (or otherwise contract with third parties for such third parties to use such Premises), and, to the extent applicable, the automatic stay is modified to permit such use or disposition of the Premises or the Abandoned Property. For the avoidance of doubt, to the extent applicable, this paragraph 2 shall not release the DISH Wireless Debtors from any liability or obligation in connection with the Battery Removal Order, the Battery Removal Program described therein, or any Removal Offer issued pursuant to the Battery Removal Order.

3. The DISH Wireless Debtors are authorized to take all actions necessary to effectuate the relief granted in this Stipulation and Order.

4. Nothing contained in this Stipulation and Order, nor any action taken pursuant hereto, is intended to be or shall be construed as: (a) an admission as to the amount of, basis for, or validity of any claim asserted by a Tower Claimant against a DISH Wireless Debtor under the Bankruptcy Code or other applicable non-bankruptcy law; (b) a waiver of the DISH Wireless Debtors' rights to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) a release, waiver, or limitation of any right, claim, cause of action, or defense (i) that any DISH Wireless Debtor has (or may have) against any creditor, interest holder, or any other party, or (ii) that any Tower Claimant has (or may have) against the DISH Wireless Debtors or any creditor, interest holder, or any other party; or (e) a release, waiver, or limitation of any of the DISH

Wireless Debtors' or any Tower Claimants' respective rights under the Bankruptcy Code or any other applicable law.

5. Nothing in the Rejection Procedures, this Stipulation and Order, or any Rejection Notice shall limit or otherwise affect or be deemed or construed to limit or otherwise affect (a) the ability of any DISH Wireless Debtor or any Tower Claimant to assert that any Tower Claimant Agreement expired, terminated, or was terminated prior to, on, or after the Petition Date such that the applicable Tower Claimant Agreement was or was not an executory contract or unexpired lease as of the Rejection Date, (b) the rights of any DISH Wireless Debtor or any Tower Claimant with respect to the Rejection Date or the exact date upon which any of the DISH Wireless Debtors' property was abandoned; or (c) the rights of any DISH Wireless Debtor or any Tower Claimant to make any argument regarding the date upon which surrender or repossession occurred with respect to any Premises, which may be determined in connection with the litigation of any contested matter between any applicable DISH Wireless Debtor and the applicable Tower Claimant in these Chapter 11 Cases. All rights, claims, remedies, and defenses of each DISH Wireless Debtor and each Tower Claimant are preserved in all respects, including, without limitation (a) any counterclaim, offset, recoupment, deduction that may be asserted by a DISH Wireless Debtor with respect to a Tower Claimant's claim for damages arising from or related to a Tower Claimant Agreement or Abandoned Property, and (b) any counterclaim, offset, recoupment, administrative and/or unsecured claims that may be asserted by a Tower Claimant related to a Tower Claimant Agreement or Abandoned Property. For the avoidance of doubt, nothing in this Stipulation and Order or any Rejection Notice shall limit any DISH Wireless Debtor's or any Tower Claimant's ability to assert that any particular Tower Claimant Agreement terminated prior to the Petition Date. For the further avoidance of doubt, nothing in this Stipulation and Order shall waive, limit,

impair, or otherwise affect any claim or right that the Tower Claimants may have, if any, against any non-Debtor party under or in connection with any Tower Claimant Agreement.

6. Notice of the Rejection Notices as provided therein is hereby deemed good and sufficient notice of such Rejection Notices, and the requirements of Bankruptcy Rule 6004(a) and the applicable Bankruptcy Local Rules are satisfied by such notice.

7. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Stipulation and Order are immediately effective and enforceable upon its entry.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Stipulation and Order.

[*Signature Pages Follow*]

Dated: October 19, 2026
Houston, Texas

/s/ *Charles R. Koster*

**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Facsimile: (713) 496-9701
Email: charles.koster@whitecase.com

Ronald K. Gorsich (admitted *pro hac vice*)
Doah Kim (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Email: rgorsich@whitecase.com
doah.kim@whitecase.com

**WHITE & CASE LLP**
Thomas E Lauria (Texas Bar No. 11998025)
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Email: tlauria@whitecase.com

Matthew E. Linder (admitted *pro hac vice*)
Laura E. Baccash (admitted *pro hac vice*)
300 N. LaSalle Drive
Chicago, Illinois 60654
Telephone: (312) 881-5400
Email: mlinder@whitecase.com
laura.baccash@whitecase.com

David M. Turetsky (admitted *pro hac vice*)
Samuel P. Hershey (S.D. Tex. Fed. No. 3465170)
Andrea Amulic (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email: david.turetsky@whitecase.com
sam.hershey@whitecase.com
andrea.amulic@whitecase.com

*Proposed Counsel to the Debtors and Debtors in Possession*

*/s/ Charles B. Sterrett*

**HAYNES AND BOONE, LLP**
Charles A. Beckham, Jr. (TX Bar No. 02016600)
Re'Necia Sherald (TX Bar No. 24121543)
1221 McKinney Street, Suite 4000
Houston, Texas 77010
Telephone: (713) 547-2000
Facsimile: (713) 547-2600
Emails: charles.beckham@haynesboone.com
renecia.sherald@haynesboone.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Patrick J. Nash, Jr., P.C. (admitted pro hac vice)
Charles B. Sterrett (admitted pro hac vice)
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Emails: patrick.nash@kirkland.com
charles.sterrett@kirkland.com

*Co-Counsel to CTI Towers and Harmoni Towers*

*/s/ Vienna F. Anaya*

**JACKSON WALKER LLP**
Vienna F. Anaya (TX Bar No. 24091225)
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Emails: vanaya@jw.com

-and-

**CHOATE, HALL & STEWART LLP**
Jonathan D. Marshall (admitted pro hac vice)
Lucas B. Barrett (admitted pro hac vice)
Joshua E. Goldstein
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000
Emails: jmarshall@choate.com
lbarrett@choate.com
jgoldstein@choate.com

*Co-Counsel to PTI US Acquisitions, LLC and its Affiliates*

*/s/ Nicholas J. Morin*

**JONES DAY**
Nicholas J. Morin (TX Bar No. 3856554)
250 Vesey Street
New York, NY 10281-1047
Telephone: (212) 326-3939
Email: nmorin@jonesday.com

-and-

Matthew C. Corcoran (TX Bar No. 3353900)
325 John H. McConnell Boulevard, Suite 600
Columbus, Ohio 43215
Telephone: (614) 281-3822
Email: mccorcoran@jonesday.com

*Counsel to Peppertree, TowerCom, and Fengate*

*/s/ William A. (Trey) Wood III*

**BRACEWELL LLP**
William A. (Trey) Wood III
State Bar No. 21916050
BRACEWELL LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002
Telephone: (713) 221-1166
Facsimile: (800) 404-3970
Email: trey.wood@bracewell.com

-and-

Jonathan L. Lozano
State Bar No. 24121570
BRACEWELL LLP
111 Congress Avenue, Suite 2300
Austin, TX 7801
Telephone: (512) 472-7800
Facsimile: (800) 404-3970
Email: jonathan.lozano@bracewell.com

*Counsel to TVT III, LLC and TVT DEVCO I, LLC*

**IT IS SO ORDERED.**

Dated: __________, 2026
Houston, Texas

CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE

# Exhibit 1

**CTI & Harmoni Towers Tower Claimant Agreements**

| Rejected Contracts | | | | | |
|---|---|---|---|---|---|
| No. | Covered Contract Counterparty [1] | Debtor | Description of Covered Contract [2] | Abandoned Property (If Applicable) [3] | Rejection Date (Effective Date of Rejection) |
| 1 | CTI TOWERS, INC. | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED JUNE 3, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 2 | HARMONI TOWERS LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED JANUARY 4, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 3 | PI TOWER DEVELOPMENT LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED DECEMBER 28, 2020 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 4 | WIRELESS PROPCO | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE DECEMBER 01, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 5 | WIRELESS PROPCO | DISH WIRELESS L.L.C. | GROUND LEASE AGREEMENT EFFECTIVE SEPTEMBER 09, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 6 | WIRELESS PROPCO | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE NOVEMBER 29, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 7 | WIRELESS PROPCO | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE SEPTEMBER 23, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 8 | WIRELESS PROPCO | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE MAY 23, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 9 | WIRELESS PROPCO LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE APRIL 18, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 10 | WIRELESS PROPCO LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE SEPTEMBER 21, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 11 | WIRELESS PROPCO LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE DECEMBER 01, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 12 | WIRELESS PROPCO LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE APRIL 28, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 13 | WIRELESS PROPCO LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE FEBRUARY 28, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 14 | WIRELESS PROPCO LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE FEBRUARY 01, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 15 | WIRELESS PROPCO, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE JULY 13, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 16 | WIRELESS PROPCO, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE NOVEMBER 28, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 17 | WIRELESS PROPCO, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE APRIL 29, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 18 | WIRELESS PROPCO, LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE NOVEMBER 03, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 19 | WIRELESS PROPCO, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE SEPTEMBER 15, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 20 | WIRELESS PROPCO, LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE NOVEMBER 24, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 21 | WIRELESS PROPCO, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE FEBRUARY 01, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 22 | WIRELESS PROPCO, LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE JANUARY 31, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 23 | WIRELESS PROPCO, LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE JULY 19, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 24 | WIRELESS PROPCO, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE NOVEMBER 17, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 25 | WIRELESS PROPCO, LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE JANUARY 10, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 26 | WIRELESS PROPCO, LLC | DISH WIRELESS L.L.C. | GROUND LEASE AGREEMENT EFFECTIVE OCTOBER 23, 2024 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 27 | WIRELESS PROPCO, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE MAY 30, 2025 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 28 | WIRELESS PROPCO, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE OCTOBER 24, 2024 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 29 | WIRELESS PROPCO, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE MARCH 18, 2025 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 30 | WIRELESS PROPCO, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE JULY 18, 2024 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 31 | WIRELESS PROPCO. LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE DECEMBER 30, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 32 | WIRELESS TRS, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE NOVEMBER 22, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |

**Footnotes:**

[1] Covered Contract Counterparties identified on this notice are listed by the counterparty name as recorded in the DISH Wireless Debtors' records. Irrespective of the Covered Contract Counterparty listed, the Covered Contracts on this notice are understood to relate to cell sites managed and/or owned by CTI Towers, Harmoni Towers, and affiliates.

[2] Covered Contracts identified on this notice are listed by master agreement to the extent applicable. Each reference to a Covered Contract on this notice includes, to the extent applicable, any and all related site-level documentation and any and all amendments, amendments and restatements, addenda, schedules, exhibits, modifications, and any and all other related documentation. The inclusion of a Covered Contract on this Schedule: (a) shall not limit or otherwise affect or be deemed or construed to limit or otherwise affect the ability of any DISH Wireless Debtor or any Rejection Counterparty (or any party in interest designated by the Debtor as a Rejection Counterparty) to assert that any Covered Contract expired, terminated, or was terminated prior to, on, or after the Petition Date such that the applicable Covered Contract is not an executory contract or unexpired lease (and that, as a result, the inclusion of such Covered Contract on this Schedule has no effect on the Covered Contract); and (b) is not and shall not be construed to constitute (i) an admission as to the amount of, basis for, or validity of any claim against a DISH Wireless Debtor entity under the Bankruptcy Code or other applicable non-bankruptcy law; (ii) a waiver of the DISH Wireless Debtors' rights to dispute any claim on any grounds; (iii) a promise or requirement to pay any claim; (iv) a release, waiver, or limitation of any claim or cause of action that the DISH Wireless Debtors have (or may have) against any creditor or interest holder; or (v) a release, waiver, or limitation of any of the DISH Wireless Debtors' or any Rejection Counterparties' rights under the Bankruptcy Code or any other applicable law.

[3] "Cell Site Equipment" means telecommunications equipment and related property located at a cell site, including equipment cabinets, cell site routers, battery systems, distributed units, environmental monitoring units, antennas, radios, hybrid and fiber cabling, overvoltage and surge protection systems, power shelves, rectifiers, photonic power converters, fiber distribution panels, and all associated fixtures, infrastructure, and ancillary components.

# Exhibit 2

**PTI Tower Claimant Agreements**

**Rejected Contracts**

| No. | Covered Contract Counterparty [1] | Debtor | Description of Covered Contract [2] | Abandoned Property (If Applicable) [3] | Rejection Date (Effective Date of Rejection) |
|---|---|---|---|---|---|
| 1 | PTI US ACQUISITIONS, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED JANUARY 22, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 2 | PTI US ASSETS II LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE MARCH 02, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 3 | PTI US ASSETS II LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE APRIL 22, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 4 | PTI US ASSETS II LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE JULY 06, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 5 | PTI US ASSETS II, LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE MARCH 31, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 6 | PTI US ASSETS II, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE APRIL 22, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 7 | PTI US ASSETS II, LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE MARCH 31, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 8 | PTI US ASSETS II, LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE MARCH 31, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 9 | PTI US ASSETS II, LLC | DISH WIRELESS L.L.C. | GROUND LEASE AGREEMENT EFFECTIVE JANUARY 04, 2024 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 10 | PTI US ASSETS II, LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE APRIL 21, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 11 | PTI US TOWERS I, LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE AUGUST 02, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 12 | PTI US TOWERS I, LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE JUNE 20, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 13 | PTI US TOWERS II, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE DECEMBER 02, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 14 | TVT I, LLC @ TOWER VENTURES | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED NOVEMBER 24, 2020 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |

**Footnotes:**

[1] Covered Contract Counterparties identified on this notice are listed by the counterparty name as recorded in the DISH Wireless Debtors' records. Irrespective of the Covered Contract Counterparty listed, the Covered Contracts on this notice are understood to relate to cell sites managed and/or owned by PTI and its affiliates.

[2] Covered Contracts identified on this notice are listed by master agreement to the extent applicable. Each reference to a Covered Contract on this notice includes, to the extent applicable, any and all related site-level documentation and any and all amendments, amendments and restatements, addenda, schedules, exhibits, modifications, and any and all other related documentation. The inclusion of a Covered Contract on this Schedule: (a) shall not limit or otherwise affect or be deemed or construed to limit or otherwise affect the ability of any DISH Wireless Debtor or any Rejection Counterparty (or any party in interest designated by the Debtor as a Rejection Counterparty) to assert that any Covered Contract expired, terminated, or was terminated prior to, on, or after the Petition Date such that the applicable Covered Contract is not an executory contract or unexpired lease (and that, as a result, the inclusion of such Covered Contract on this Schedule has no effect on the Covered Contract); and (b) is not and shall not be construed to constitute (i) an admission as to the amount of, basis for, or validity of any claim against a DISH Wireless Debtor entity under the Bankruptcy Code or other applicable non-bankruptcy law; (ii) a waiver of the DISH Wireless Debtors' rights to dispute any claim on any grounds; (iii) a promise or requirement to pay any claim; (iv) a release, waiver, or limitation of any claim or cause of action that the DISH Wireless Debtors have (or may have) against any creditor or interest holder; or (v) a release, waiver, or limitation of any of the DISH Wireless Debtors' or any Rejection Counterparties' rights under the Bankruptcy Code or any other applicable law.

[3] "Cell Site Equipment" means telecommunications equipment and related property located at a cell site, including equipment cabinets, cell site routers, battery systems, distributed units, environmental monitoring units, antennas, radios, hybrid and fiber cabling, overvoltage and surge protection systems, power shelves, rectifiers, photonic power converters, fiber distribution panels, and all associated fixtures, infrastructure, and ancillary components.

**Exhibit 3**

**Peppertree, TowerCom, & Fengate Tower Claimant Agreements**

| Rejected Contracts | | | | | |
|---|---|---|---|---|---|
| No. | Covered Contract Counterparty [1] | Debtor | Description of Covered Contract [2] | Abandoned Property (If Applicable) [3] | Rejection Date (Effective Date of Rejection) |
| 1 | 1 SOURCE TOWERS II, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED FEBRUARY 26, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 2 | 1 SOURCE TOWERS, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED FEBRUARY 26, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 3 | APC TOWERS III, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED FEBRUARY 22, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 4 | APC TOWERS, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED FEBRUARY 22, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 5 | BLUE SKY III LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE JULY 06, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 6 | BLUE SKY TOWERS II, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED FEBRUARY 25, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 7 | BLUE SKY TOWERS II, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE AUGUST 31, 1991 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 8 | BLUE SKY TOWERS III, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED FEBRUARY 25, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 9 | BLUE SKY TOWERS III, LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE AUGUST 30, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 10 | BLUE SKY TOWERS III, LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE SEPTEMBER 28, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 11 | BLUE SKY TOWERS III, LLC (BST III LLC) | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE JANUARY 09, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 12 | BRANCH TOWERS III, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED FEBRUARY 22, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 13 | CELL VENTURES CAPITAL LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE MARCH 08, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 14 | CELL VENTURES CAPITAL, LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE JUNE 30, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 15 | CENTRAL STATES TOWER IV LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED AUGUST 2, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 16 | CLEARVIEW TOWER COMPANY II, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED MARCH 3, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 17 | CLEARVIEW TOWER COMPANY III, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED MARCH 3, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 18 | EIP CONSOLIDATED, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED FEBRUARY 25, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 19 | EIP HOLDINGS II LLC | DISH WIRELESS L.L.C. | TRANSFER OF OWNERSHIP AGREEMENT EFFECTIVE JULY 27, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 20 | EIP HOLDINGS II LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE NOVEMBER 01, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 21 | EIP HOLDINGS II LLC | DISH WIRELESS L.L.C. | SITE LEASE AGREEMENT EFFECTIVE MAY 07, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 22 | EIP HOLDINGS II LLC | DISH WIRELESS L.L.C. | SITE LEASE AGREEMENT EFFECTIVE MAY 07, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 23 | EIP HOLDINGS II LLC | DISH WIRELESS L.L.C. | TRANSFER OF OWNERSHIP AGREEMENT EFFECTIVE JANUARY 09, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 24 | EIP HOLDINGS II LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE DECEMBER 07, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 25 | EIP HOLDINGS II, L.L.C. | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE JANUARY 31, 2024 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 26 | EIP HOLDINGS II, LLC | DISH WIRELESS L.L.C. | TRANSFER OF OWNERSHIP AGREEMENT EFFECTIVE DECEMBER 01, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 27 | EIP HOLDINGS II, LLC | DISH WIRELESS L.L.C. | TRANSFER OF OWNERSHIP AGREEMENT EFFECTIVE AUGUST 04, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 28 | EIP HOLDINGS II, LLC | DISH WIRELESS L.L.C. | TRANSFER OF OWNERSHIP AGREEMENT EFFECTIVE AUGUST 15, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 29 | EIP HOLDINGS II, LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE JANUARY 23, 2024 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 30 | EIP HOLDINGS II, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE AUGUST 03, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 31 | EIP HOLDINGS II, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE SEPTEMBER 21, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 32 | EIP HOLDINGS II, LLC | DISH WIRELESS L.L.C. | TRANSFER OF OWNERSHIP AGREEMENT EFFECTIVE DECEMBER 19, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 33 | EIP HOLDINGS II, LLC (EVEREST) | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE DECEMBER 05, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 34 | EIP HOLDINGS II, LLC (EVEREST) | DISH WIRELESS L.L.C. | TRANSFER OF OWNERSHIP AGREEMENT EFFECTIVE FEBRUARY 17, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 35 | EIP HOLDINGS II, LLC (EVEREST) | DISH WIRELESS L.L.C. | TRANSFER OF OWNERSHIP AGREEMENT EFFECTIVE SEPTEMBER 02, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 36 | EIP HOLDINGS II, LLC (EVEREST) | DISH WIRELESS L.L.C. | TRANSFER OF OWNERSHIP AGREEMENT EFFECTIVE JUNE 25, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 37 | EIP HOLDINGS II, LLC (EVEREST) | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE APRIL 29, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 38 | EVEREST (EIP) | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE FEBRUARY 21, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 39 | EVEREST INFRASTRUCTURE PARTNERS (EIP HOLDINGS II LLC) | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE SEPTEMBER 28, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 40 | FENGATE TOWERS US I, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED JANUARY 27, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 41 | GULFSOUTH TOWER HOLDING COMPANY LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE JANUARY 18, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 42 | HORVATH SPECIAL TOWERS, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED MARCH 17, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |

| Rejected Contracts | | | | | |
|---|---|---|---|---|---|
| No. | Covered Contract Counterparty [1] | Debtor | Description of Covered Contract [2] | Abandoned Property (If Applicable) [3] | Rejection Date (Effective Date of Rejection) |
| 43 | HORVATH TOWERS V, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED FEBRUARY 24, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 44 | K TOWERS III LLC | DISH WIRELESS L.L.C. | TRANSFER OF OWNERSHIP AGREEMENT EFFECTIVE MARCH 27, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 45 | K2 TOWERS II, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED FEBRUARY 19, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 46 | K2 TOWERS III LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE NOVEMBER 23, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 47 | K2 TOWERS III LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE NOVEMBER 02, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 48 | K2 TOWERS III, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED FEBRUARY 22, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 49 | K2 TOWERS III, LLC | DISH WIRELESS L.L.C. | TRANSFER OF OWNERSHIP AGREEMENT EFFECTIVE AUGUST 03, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 50 | K2 TOWERS III, LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE JANUARY 31, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 51 | K2 TOWERS III, LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE JANUARY 30, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 52 | K2 TOWERS III, LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE DECEMBER 01, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 53 | K2 TOWERS III, LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE OCTOBER 25, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 54 | K2 TOWERS III, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE JULY 26, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 55 | K2 TOWERS III, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE SEPTEMBER 22, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 56 | K2 TOWERS III, LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE JULY 01, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 57 | K2 TOWERS III, LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE JULY 22, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 58 | NEUTRAL PATH NETWORKS, LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE JUNE 28, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 59 | NEXTOWER DEVELOPMENT GROUP II, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED MARCH 4, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 60 | NEXTOWER DEVELOPMENT GROUP, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED FEBRUARY 26, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 61 | OCTAGON TOWERS, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED FEBRUARY 19, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 62 | PATRIOT COMMUNICATIONS LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE MARCH 21, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 63 | PATRIOT COMMUNICATIONS LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE OCTOBER 27, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 64 | PATRIOT COMMUNICATIONS LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE MARCH 07, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 65 | PATRIOT COMMUNICATIONS LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE JUNE 29, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 66 | PATRIOT COMMUNICATIONS, LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE JULY 22, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 67 | SUN STATE TOWERS III, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED FEBRUARY 24, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 68 | SUN STATE TOWERS IV, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED FEBRUARY 24, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 69 | SWI FUNDS TOWER HOLDINGS, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE FEBRUARY 17, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 70 | SWI FUNDS TOWER HOLDINGS, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE AUGUST 16, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 71 | SWI FUNDS TOWER HOLDINGS, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE JULY 17, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 72 | SWI FUNDS TOWER HOLDINGS, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE SEPTEMBER 22, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 73 | SWI FUNDS TOWER HOLDINGS, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE AUGUST 16, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 74 | SWI FUNDS TOWER HOLDINGS, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE AUGUST 08, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 75 | SWIF II DATACOM INVESTMENT CO TOWERS LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE AUGUST 05, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 76 | SWIF II DATACOM INVESTMENT CO TOWERS LLC | DISH WIRELESS L.L.C. | SITE LEASE AGREEMENT EFFECTIVE NOVEMBER 18, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 77 | SWIF II DATACOM INVESTMENT CO TOWERS, LLC | DISH WIRELESS L.L.C. | SITE LEASE AGREEMENT EFFECTIVE AUGUST 06, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 78 | SWIF II DATACOM INVESTMENT CO. TOWERS LLC | DISH WIRELESS L.L.C. | SITE LEASE AGREEMENT EFFECTIVE APRIL 13, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 79 | SWIF II DATACOM INVESTMENT CO. TOWERS, LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE AUGUST 29, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 80 | SWIF II DATACOM INVESTMENT CO. TOWERS, LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE SEPTEMBER 27, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 81 | SWIF II DATACOM INVESTMENT CO. TOWERS, LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE SEPTEMBER 27, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 82 | SWIF II DATACOM INVESTMENTS CO TOWERS LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE JANUARY 31, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 83 | SWIF II INVESTMENT CO. II, LLC C/O STRATEGIC WIRELESS INFRASTRUCTURE FUNDS MANAGEMENT, LLC | DISH WIRELESS L.L.C. | TRANSFER OF OWNERSHIP AGREEMENT EFFECTIVE SEPTEMBER 09, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 84 | TARPON TOWERS II, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED FEBRUARY 22, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 85 | TCMC I LLC | DISH WIRELESS L.L.C. | SITE LEASE AGREEMENT EFFECTIVE NOVEMBER 16, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |

| Rejected Contracts | | | | | |
|---|---|---|---|---|---|
| No. | Covered Contract Counterparty [1] | Debtor | Description of Covered Contract [2] | Abandoned Property (If Applicable) [3] | Rejection Date (Effective Date of Rejection) |
| 86 | TCMC I LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE MARCH 15, 2024 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 87 | TOWER LEASE PARTNERS, LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE DECEMBER 14, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 88 | TOWERCO 2013 LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE NOVEMBER 16, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 89 | TOWERCO 2013 LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE NOVEMBER 11, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 90 | TOWERCO 2013 LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE MARCH 06, 2024 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 91 | TOWERCO 2013 LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE AUGUST 11, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 92 | TOWERCO 2013 LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE JANUARY 24, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 93 | TOWERCO IV LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE SEPTEMBER 27, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 94 | TOWERCO SPECIAL LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE JUNE 23, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 95 | TOWERCO STAFFING, INC. | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED FEBRUARY 22, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 96 | TOWERCO VI HOLDINGS | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE JUNE 14, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 97 | TOWERCO VI LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE JANUARY 30, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 98 | TOWERCO VI LLC | DISH WIRELESS L.L.C. | SITE LEASE AGREEMENT EFFECTIVE APRIL 04, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 99 | TOWERCO VI LLC | DISH WIRELESS L.L.C. | TRANSFER OF OWNERSHIP AGREEMENT EFFECTIVE FEBRUARY 28, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 100 | TOWERCO VI LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE SEPTEMBER 13, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 101 | TOWERCO VI, LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE MAY 10, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 102 | TOWERCO VI, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE AUGUST 30, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 103 | TOWERCOM, LLC AND TOWERCOM B, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED DECEMBER 15, 2020; FIRST AMENDMENT TO MLA DATED OCTOBER 25, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 104 | TVT II, LLC (ASSIGNED FROM TVT I, LLC) | DISH WIRELESS L.L.C. | TRANSFER OF OWNERSHIP AGREEMENT EFFECTIVE AUGUST 10, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 105 | TVT II, LLC @ TOWER VENTURES | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED DECEMBER 13, 2021 AS BIFURCATED INTO THE TVT II MLA | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 106 | VIKING RE HOLDINGS, LLC D/B/A HOTEL VIKING (SUB-LICENSOR PATRIOT COMMUNICATIONS LLC) | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE OCTOBER 20, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 107 | WIRELESS EDGE TOWERS II, LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE MAY 15, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 108 | WIRELESS EDGE TOWERS II, LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE MAY 25, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 109 | WIRELESS EDGE TOWERS II, LLC | DISH WIRELESS L.L.C. | LICENSE AGREEMENT EFFECTIVE FEBRUARY 27, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 110 | WIRELESS EDGE TOWERS III LLC | DISH WIRELESS L.L.C. | ASSIGNMENT AGREEMENT EFFECTIVE APRIL 11, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 111 | WIRELESS REALTY ADVISORS I, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED FEBRUARY 26, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 112 | WIRELESS REALTY ADVISORS II, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE SEPTEMBER 01, 2022 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 113 | WIRELESS REALTY ADVISORS II, LLC | DISH WIRELESS L.L.C. | TRANSFER OF OWNERSHIP AGREEMENT EFFECTIVE SEPTEMBER 14, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 114 | WIRELESS REALTY ADVISORS II, LLC | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE JUNE 24, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 115 | WS DULLES AIRPORT, LLC D/B/A HYATT DULLES (SUB-LICENSOR: PATRIOT COMMUNICATIONS) | DISH WIRELESS L.L.C. | LEASE AGREEMENT EFFECTIVE JANUARY 06, 2023 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 116 | XCELL TOWERS II, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED MARCH 2, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 117 | XCELL TOWERS III, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED MARCH 2, 2021 | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |

**Footnotes:**

[1] Covered Contract Counterparties identified on this notice are listed by the counterparty name as recorded in the DISH Wireless Debtors' records. Irrespective of the Covered Contract Counterparty listed, the Covered Contracts on this notice are understood to relate to cell sites managed and/or owned by Peppertree, TowerCom, Fengate and affiliates.

[2] Covered Contracts identified on this notice are listed by master agreement to the extent applicable. Each reference to a Covered Contract on this notice includes, to the extent applicable, any and all related site-level documentation and any and all amendments, amendments and restatements, addenda, schedules, exhibits, modifications, and any and all other related documentation. The inclusion of a Covered Contract on this Schedule: (a) shall not limit or otherwise affect or be deemed or construed to limit or otherwise affect the ability of any DISH Wireless Debtor or any Rejection Counterparty (or any party in interest designated by the Debtor as a Rejection Counterparty) to assert that any Covered Contract expired, terminated, or was terminated prior to, on, or after the Petition Date such that the applicable Covered Contract is not an executory contract or unexpired lease (and that, as a result, the inclusion of such Covered Contract on this Schedule has no effect on the Covered Contract); and (b) is not and shall not be construed to constitute (i) an admission as to the amount of, basis for, or validity of any claim against a DISH Wireless Debtor entity under the Bankruptcy Code or other applicable non-bankruptcy law; (ii) a waiver of the DISH Wireless Debtors' rights to dispute any claim on any grounds; (iii) a promise or requirement to pay any claim; (iv) a release, waiver, or limitation of any claim or cause of action that the DISH Wireless Debtors have (or may have) against any creditor or interest holder; or (v) a release, waiver, or limitation of any of the DISH Wireless Debtors' or any Rejection Counterparties' rights under the Bankruptcy Code or any other applicable law.

[3] "Cell Site Equipment" means telecommunications equipment and related property located at a cell site, including equipment cabinets, cell site routers, battery systems, distributed units, environmental monitoring units, antennas, radios, hybrid and fiber cabling, overvoltage and surge protection systems, power shelves, rectifiers, photonic power converters, fiber distribution panels, and all associated fixtures, infrastructure, and ancillary components.

# **Exhibit 4**

**TVT Tower Claimant Agreements**

**Rejected Contracts**

| No. | Covered Contract Counterparty | Debtor | Description of Covered Contract [1] [2] | Abandoned Property (If Applicable) [3] | Rejection Date (Effective Date of Rejection) |
|---|---|---|---|---|---|
| 1 | TVT DEVCO I, LLC and TVT III, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED NOVEMBER 24, 2020, BY AND BETWEEN TVT I, LLC AND DISH WIRELESS L.L.C., SOLELY WITH RESPECT TO THE SITE LEASE AGREEMENTS FOR SITES IL5230, KY1009 AND MS1960 ASSIGNED TO AND ASSUMED BY TVT, TOGETHER WITH THE RELATED ASSIGNMENT AND ASSUMPTION AGREEMENTS. | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 2 | TVT DEVCO I, LLC and TVT III, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED DECEMBER 13, 2021, BY AND BETWEEN TVT II, LLC AND DISH WIRELESS L.L.C., AS BIFURCATED INTO THE TVT II MLA PURSUANT TO THE BIFURCATION AGREEMENT, AND SOLELY TO THE EXTENT THAT TVT RETAINS ANY INTEREST IN THE TVT II MLA. | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |
| 3 | TVT DEVCO I, LLC and TVT III, LLC | DISH WIRELESS L.L.C. | MASTER LEASE AGREEMENT DATED DECEMBER 13, 2021, BY AND BETWEEN TVT II, LLC AND DISH WIRELESS L. L. C., AS BIFURCATED INTO THE RETAINED SITE MLA BETWEEN TVT ILL, LLC AND DISH WIRELESS L. L. C. PURSUANT TO THE BIFURCATION AGREEMENT, TOGETHER WITH ALL SITE LEASE AGREEMENTS FOR THE RETAINED SITES (AS DEFINED IN THE BIFURCATION AGREEMENT). | ALL PROPERTY INCLUDING CELL SITE EQUIPMENT | 6/30/2026 |

**Footnotes:**

[1] Covered Contracts identified on this Exhibit are listed by master agreement to the extent applicable. Each reference to a Covered Contract on this Exhibit includes, to the extent applicable, any and all related site-level documentation and any and all amendments, amendments and restatements, addenda, schedules, exhibits, modifications, and any and all other related documentation. The inclusion of a Covered Contract on this Schedule: (a) shall not limit or otherwise affect or be deemed or construed to limit or otherwise affect the ability of any DISH Wireless Debtor or any Rejection Counterparty (or any party in interest designated by the Debtor as a Rejection Counterparty) to assert that any Covered Contract expired, terminated, or was terminated prior to, on, or after the Petition Date such that the applicable Covered Contract is not an executory contract or unexpired lease (and that, as a result, the inclusion of such Covered Contract on this Schedule has no effect on the Covered Contract); and (b) is not and shall not be construed to constitute (1) an admission as to the amount of, basis for, or validity of any claim against a DISH Wireless Debtor entity under the Bankruptcy Code or other applicable non-bankruptcy law; (2) a waiver of the DISH Wireless Debtors' rights to dispute any claim on any grounds; (3) a promise or requirement to pay any claim; (4) a release, waiver, or limitation of any claim or cause of action that the DISH Wireless Debtors have (or may have) against any creditor or interest holder; or (5) a release, waiver, or limitation of any of the DISH Wireless Debtors' or any Rejection Counterparties' rights under the Bankruptcy Code or any other applicable law.

[2] For the avoidance of doubt, the master lease agreements listed herein (collectively, the "MLAs") shall include, without limitation, the following agreements, instruments, and documents in which TVT has an interest and that were issued under the MLAs: (a) all assignment and assumption agreements and all supplements relating to the three MLAs listed above including, without limitation, the (1) Supplement to the Master Lease Agreement between TVT I, LLC (Lessor) and DISH Wireless L.L.C. (Lessee), dated May 3, 2021, (2) Assignment and Assumption of Supplement to the Lease Agreement between TVT I, LLC (Assignor) and TVT II, LLC (Assignee) for Site ID TN2698, dated December 1, 2021, (3) Assignment and Assumption of Supplement to the Lease Agreement between TVT II, LLC (Assignor) and TVT Devco I, LLC (Assignee) for Site ID TN2698, dated January 1, 2025, (4) Supplement to the Master Lease Agreement between TVT I, LLC (Lessor) and DISH Wireless L.L.C. (Lessee), dated July 28, 2021, (5) Assignment and Assumption of Supplement to the Lease Agreement between TVT I, LLC (Assignor) and TVT II, LLC (Assignee) for Site ID IL5230, dated December 1, 2021, (6) Assignment and Assumption of Supplement to the Lease Agreement between TVT II, LLC (Assignor) and TVT III, LLC (Assignee) for Site ID IL5230, dated January 1, 2025, (7) Supplement to the Master Lease Agreement between TVT I, LLC (Lessor) and DISH Wireless L.L.C. (Lessee), dated April 29, 2021, (8) Assignment and Assumption of Supplement to the Lease Agreement between TVT I, LLC (Assignor) and TVT II, LLC (Assignee) for Site ID MS1960, dated December 1, 2021, (9) First Amendment to the Supplement to the Master Lease Agreement between TVT II, LLC (Lessor) and DISH Wireless L.L.C. (Lessee), dated March 23, 2023, (10) Assignment and Assumption of Supplement to the Lease Agreement between TVT II, LLC (Assignor) and TVT III, LLC (Assignee) for Site ID MS1960, dated January 1, 2025, (11) Supplement to the Master Lease Agreement between TVT I, LLC (Lessor) and DISH Wireless L.L.C. (Lessee), dated August 11, 2021, (12) Assignment and Assumption of Supplement to the Lease Agreement between TVT I, LLC (Assignor) and TVT II, LLC (Assignee) for Site ID KY1009, dated December 1, 2021, (13) Assignment and Assumption of Supplement to the Lease Agreement between TVT II, LLC (Assignor) and TVT III, LLC (Assignee) for Site ID KY1009, dated January 1, 2025, (14) Supplement to the Master Lease Agreement between TVT II, LLC (Lessor) and DISH Wireless L.L.C. (Lessee), dated May 19, 2022, (15) Assignment and Assumption of Supplement to the Lease Agreement between TVT II, LLC (Assignor) and TVT III, LLC (Assignee) for Site ID FL5615, dated January 1, 2025, (16) Supplement to the Master Lease Agreement between TVT II, LLC (Lessor) and DISH Wireless L.L.C. (Lessee), dated September 20, 2023, (17) Assignment and Assumption of Supplement to the Lease Agreement between TVT II, LLC (Assignor) and TVT III, LLC (Assignee) for Site ID OH9188, dated January 1, 2025, (18) Supplement to the Master Lease Agreement between TVT II, LLC (Lessor) and DISH Wireless L.L.C. (Lessee), dated March 18, 2023, (19) Assignment and Assumption of Supplement to the Lease Agreement between TVT II, LLC (Assignor) and TVT III, LLC (Assignee) for Site ID TN1033, dated January 1, 2025, (20) Supplement to the Master Lease Agreement between TVT II, LLC (Lessor) and DISH Wireless L.L.C. (Lessee), dated March 22, 2023, (21) Assignment and Assumption of Supplement to the Lease Agreement between TVT II, LLC (Assignor) and TVT III, LLC (Assignee) for Site ID TX5488, dated January 1, 2025, (22) Supplement to the Master Lease Agreement between TVT II, LLC (Lessor) and DISH Wireless L.L.C. (Lessee), dated October 12, 2022, and (23) Assignment and Assumption of Supplement to the Lease Agreement between TVT II, LLC (Assignor) and TVT III, LLC (Assignee) for Site ID TX9232, dated January 1, 2025; (b) all assignments, novations, or transfers of any such supplements; (c) all amendments, and modifications of the MLAs and any supplements thereto; and (d) any other agreement, instrument, or document of a similar nature relating to, arising out of, or entered into in connection with any of the foregoing, in each case issued under the MLAs and in which TVT has an interest.

[3] "Cell Site Equipment" means telecommunications equipment and related property located at a cell site, including equipment cabinets, cell site routers, battery systems, distributed units, environmental monitoring units, antennas, radios, hybrid and fiber cabling, overvoltage and surge protection systems, power shelves, rectifiers, photonic power converters, fiber distribution panels, and all associated fixtures, infrastructure, and ancillary components.