Filed: USBC - Southern District of Texas
DISH DBS Corporation and DISH Wireless L.L.C., et al
(COR)
26-90627 (CML)
PNY
0000000057

United States Bankruptcy Court for the Southern District of Texas

# WITHDRAWAL OF CLAIM

RECEIVED
OCT 19 2026
LEGAL SERVICES

| | |
|---|---|
| Debtor Name and Case Number: | DISH Broadcasting Corporation; Case No. 26-90629 |
| Creditor Name and Address: | City of El Paso<br>c/o Linebarger Goggan Blair & Sampson, LLP<br>112 E. Pecan Street, Suite 2200<br>San Antonio, TX 78205 |
| Court Claim Number (if known): | ~~48~~ 49 |
| Date Claim Filed: | 07/16/2026 |
| Total Amount of Claim Filed: | $319.38 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10/14/2026

Print Name: Don Stecker

Title (if applicable): Attorney at Law

---

## DEFINITIONS

***Debtor***
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

***Creditor***
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

***Proof of Claim***
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

***Court, Name of Debtor and Case Number:***
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

***Information about Creditor:***
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

***Information identifying the Claim that is to be withdrawn:***
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTORNEYS AT LAW
112 E. PECAN STREET
SUITE 2200
SAN ANTONIO, TEXAS 78205

Main: 210.225.6763
FAX: 210.225.6410

October 14, 2026

COPY
Document Control

DISH Wireless
Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4419
Beaverton, OR 97076-4419

Re: DISH Broadcasting Corporation; Case No. 26-90629

Dear Sir/Madam:

This firm represents Bexar County and the City of El Paso in the collection of delinquent ad valorem taxes.

Enclosed please find the Notice of Withdrawal of Proof of Claim Nos .9 and 49, in duplicate, to be file stamped in the above referenced Bankruptcy proceeding. The duplicates shall be file stamped and returned to this office for our records. A stamped-self-addressed envelope has been enclosed for your convenience.

Thank you for your assistance in this matter.

Sincerely,

Janel Quintanilla
Administrative Assistant

Linebarger Goggan
Blair & Sampson, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

FP US POSTAGE
$001.36º
First-Class - IMI
ZIP 78205
10/14/2026
036B 0011835975

DISH Wireless
Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4419
Beaverton, OR 97076-4419

COPY
Document Control