UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| In Re. DISH DBS Corporation | § | Case No. 26-90627 |
| | § | |
| | § | Lead Case No. 26-90627 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2026

Petition Date: 06/30/2026

Months Pending: 3

Industry Classification: 5 1 6 2

Reporting Method: Accrual Basis ◉ Cash Basis ○

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Charles R. Koster
Signature of Responsible Party

10/30/2026
Date

Charles R. Koster
Printed Name of Responsible Party

609 Main Street, Suite 2900
Houston, TX 77002
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name DISH DBS Corporation | Case No. 26-90627

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $464,685,295 | |
| b. | Total receipts (net of transfers between accounts) | $748,952,304 | $5,169,381,894 |
| c. | Total disbursements (net of transfers between accounts) | $1,205,369,536 | $5,318,923,798 |
| d. | Cash balance end of month (a+b-c) | $8,268,063 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $884,021,155 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $1,205,369,536 | $6,202,944,953 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $362,806,185 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $13,569,770 |
| c. | Inventory (Book ◉ Market ○ Other ○ (attach explanation)) | $24,010,402 |
| d | Total current assets | $580,902,555 |
| e. | Total assets | $2,385,008,306 |
| f. | Postpetition payables (excluding taxes) | $1,579,297,371 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $39,032,855 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $1,618,330,226 |
| k. | Prepetition secured debt | $2,911,979,167 |
| l. | Prepetition priority debt | $22,035,548 |
| m. | Prepetition unsecured debt | $3,006,716,408 |
| n. | Total liabilities (debt) (j+k+l+m) | $7,559,061,349 |
| o. | Ending equity/net worth (e-n) | $-5,174,053,043 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $724,804,391 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $499,460,742 | |
| c. | Gross profit (a-b) | $225,343,649 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $75,036,192 | |
| f. | Other expenses | $-7,849,511 | |
| g. | Depreciation and/or amortization (not included in 4b) | $14,455,613 | |
| h. | Interest | $18,634,996 | |
| i. | Taxes (local, state, and federal) | $24,765,626 | |
| j. | Reorganization items | $8,742,756 | |
| k. | Profit (loss) | $91,557,977 | $282,467,895 |

Debtor's Name DISH DBS Corporation Case No. 26-90627

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $1,788,063 | $2,828,380 | $1,263,393 | $2,303,711 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Epiq Corporate Restructuring, L | Other | $754,683 | $1,795,000 | $754,683 | $1,795,000 |
| | ii | FTI Consulting, Inc. | Financial Professional | $1,033,380 | $1,033,380 | $508,710 | $508,710 |
| | iii | Quinn Emanuel Urquhart & Su | Special Counsel | $0 | $0 | $0 | $0 |
| | iv | Redgrave LLP | Special Counsel | $0 | $0 | $0 | $0 |
| | v | Steptoe LLP | Special Counsel | $0 | $0 | $0 | $0 |
| | vi | White & Case LLP | Lead Counsel | $0 | $0 | $0 | $0 |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name DISH DBS Corporation

Case No. 26-90627

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | $0 | $0 | $0 | $0 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name DISH DBS Corporation    Case No. 26-90627

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $1,788,063 | $2,828,380 | $1,263,393 | $2,303,711 |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $10,831,658 | $64,634,358 |
| c. | Postpetition employer payroll taxes accrued | $1,130,405 | $3,099,798 |
| d. | Postpetition employer payroll taxes paid | $1,650,197 | $4,356,818 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $170,211 | $395,653 |
| g. | Postpetition other taxes paid (local, state, and federal) | $27,308,664 | $54,994,412 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions) — Yes ◉ No ○

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) — Yes ○ No ◉

c. Were any payments made to or on behalf of insiders? — Yes ◉ No ○

d. Are you current on postpetition tax return filings? — Yes ◉ No ○

e. Are you current on postpetition estimated tax payments? — Yes ◉ No ○

f. Were all trust fund taxes remitted on a current basis? — Yes ◉ No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ○ No ◉

h. Were all payments made to or on behalf of professionals approved by the court? — Yes ◉ No ○ N/A ○

i. Do you have:
- Worker's compensation insurance? — Yes ◉ No ○
  - If yes, are your premiums current? — Yes ◉ No ○ N/A ○ (if no, see Instructions)
- Casualty/property insurance? — Yes ◉ No ○
  - If yes, are your premiums current? — Yes ◉ No ○ N/A ○ (if no, see Instructions)
- General liability insurance? — Yes ◉ No ○
  - If yes, are your premiums current? — Yes ◉ No ○ N/A ○ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? — Yes ◉ No ○

k. Has a disclosure statement been filed with the court? — Yes ◉ No ○

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? — Yes ◉ No ○

Debtor's Name DISH DBS Corporation Case No. 26-90627

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Paul Orban
Signature of Responsible Party

Paul Orban
Printed Name of Responsible Party

Executive Vice President & Chief Financial Officer
Title

10/30/2026
Date

Debtor's Name DISH DBS Corporation Case No. 26-90627

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name DISH DBS Corporation Case No. 26-90627

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name DISH DBS Corporation Case No. 26-90627

PageThree

PageFour

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DISH DBS CORPORATION,<br>DISH WIRELESS L.L.C., *et al.*,[1] | ) | Case No. 26-90627 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' MONTHLY OPERATING REPORT**

## I. INTRODUCTION:

The accompanying Monthly Operating Report ("**MOR**") has been prepared by DISH DBS Corporation, DISH Wireless L.L.C., and their respective affiliated debtors (collectively, the "**Debtors**") in the above-captioned Chapter 11 Cases,[2] solely to comply with the reporting requirements of the Office of the United States Trustee for Region 7 (the "**U.S. Trustee**") and applicable bankruptcy reporting guidelines. The information contained in these global notes (these "**Global Notes**") is unaudited, limited in scope, and not prepared in accordance with generally accepted accounting principles in the United States ("**GAAP**").

These Global Notes contain information that is applicable to each Monthly Operating Report filed in the Chapter 11 Cases contemporaneously herewith (collectively, the "**Reports**"), each of which corresponds to one of the Debtors' two business segments. The financial information presented in the Reports is subject to further material review, adjustment, and reclassification as additional information becomes available. This MOR should not be relied upon for valuation, investment, or any other purpose.

The Reports subject to these Global Notes were prepared on a business segment level rather than on a debtor-by-debtor basis. Each of the Reports is filed under the Chapter 11 Case number of (1) DISH DBS Corporation ("**DBS**") for DBS and its Debtor subsidiaries that operate the Company's Pay-TV segment (collectively, the "**DBS Debtors**"), and (2) DISH Wireless L.L.C. ("**DWLLC**") for DWLLC, its direct parent, Neyland Networks L.L.C., and four of DWLLC's subsidiaries that

[1] The last four digits of DISH DBS Corporation's and DISH Wireless L.L.C.'s respective tax identification numbers are 8967 and 6388. A complete list of each of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/DBS. The location of the Debtors' corporate headquarters and the Debtors' service address is 9601 S. Meridian Blvd., Englewood, Colorado 80112.

[2] The Debtors are indirect subsidiaries of EchoStar Corporation ("**EchoStar**"). EchoStar, the Debtors, and EchoStar's non-Debtor subsidiaries are collectively referred to herein as the "**Company**."

constitute the Company's Other[3] segment (collectively, the "**DISH Wireless Debtors**") during the reporting period covered by the Reports (September 1, 2026 – September 30, 2026).[4] The business segments presented in the Reports are consistent with the Company's customary financial reporting structure, except that non-Debtor activity is excluded from the Reports. The Company has used reasonable efforts to exclude non-Debtor entity activity from the Reports and to present only Debtor entity activity. However, because the books and records are maintained in the ordinary course at the business segment level, and not on an entity-by-entity basis, the separation of Debtor and non-Debtor activity remains subject to further review, adjustment, and reclassification. Accordingly, the Company cannot assure that all non-Debtor activity has been fully excluded from the Reports, or that all Debtor activity has been fully included in the Reports.

On July 30, 2026, the Debtors submitted a formal written request to the U.S. Trustee seeking the exercise of its discretion pursuant to 28 CFR § 58.8(b) to authorize the Debtors to prepare these Reports on a business segment level basis rather than on a nonconsolidated, Debtor-by-Debtor basis as otherwise required under the applicable regulation. In particular, the Debtors' request set forth three principal justifications for the requested relief: (i) only two Debtor entities—DBS and DWLLC—maintain bank accounts from which disbursements are made;[5] (ii) the Debtors maintain and reconcile their books and records in the ordinary course at the business segment level, not at the individual entity level, and altering this practice would require significant time and resources and introduce the risk of misrepresenting individual Debtor entity financial positions; and (iii) individual MORs for the remaining Debtor entities would not provide parties in interest with relevant or meaningful information.

As of the date of the filing of these Reports, the U.S. Trustee has not definitively responded to the Debtors' request. In an effort to avoid any misleading reporting that may result from reporting on the Debtors' operations on a Debtor-by-Debtor basis, the Debtors have prepared these Reports using the above-described reporting approach.

As described in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Existing Cash Management System, (B) Maintain Existing Bank Accounts, Business Forms, and Books and Records, (C) Pay Related Prepetition Obligations, and (D) Continue Intercompany Transactions; (II) Granting Administrative Expense Status to Intercompany Transactions; (III) Extending Time to Comply With and Waiving Section 345(b) Deposit and Investment Requirements; and (IV) Granting Related Relief* [Dkt. No. 12], all bank accounts included in this MOR are held by DBS, DWLLC, or Neyland Networks LLC.

---

[3] This segment is defined as "Other" in EchoStar's public filings with the United States Securities and Exchange Commission (the "**SEC**").

[4] For the avoidance of doubt, on October 1, 2026, the DBS Debtors emerged from chapter 11. See *Notice of (I) Entry of Order Confirming the DBS Debtors' Prepackaged Chapter 11 Plan of Reorganization and (II) Occurrence of Effective Date* [Dkt. No. 1689]. The Reports contained herein cover the reporting period prior to the DBS Debtors' emergence on October 1, 2026. Going forward, the DBS Debtors will provide post-confirmation reporting pursuant to 28 CFR § 58.8(f).

[5] Debtor Neyland Networks LLC maintains a bank account solely to hold a professional retainer and no operating disbursement activity occurs from such account. The remaining Debtors do not own bank accounts, disburse any funds, or hold any material assets or liabilities on a standalone basis.

## II. NOTES TO SUPPORTING DOCUMENTATION:

For the purposes of filing these Reports, the accompanying Statement of Cash Receipts and Disbursements, Balance Sheets, and Statements of Income (Loss) of the Debtors, along with other certain exhibits have been prepared and presented for all Debtors in the exhibits included in the report. In preparing the MOR, the Debtors relied on financial data derived from the Debtors' books and records available at the time of preparation. Certain financial information related to the September 2026 accounting close may be subject to further review and reconciliation. Accordingly, the MOR reflects the best information available at the time of preparation. The Debtors reserve the right to amend or supplement the MOR as appropriate, but do not undertake any obligation to do so except as required by applicable law or Court order.

**Debtors' Workforce**

• As described in the *Debtors' Emergency Motion for Entry of (I) Interim Order (A) Authorizing, but Not Directing, the Debtors to Continue Performing Under the Shared Services Agreement and Satisfy Prepetition Obligations Related Thereto, and (B) Granting Related Relief; and (II) Final Order Authorizing the Debtors to Assume the Shared Services Agreement* [Dkt. No. 10], the Debtors do not employ their own employees and instead obtain their entire workforce and related employee services from non-Debtor Echosphere L.L.C.

**Part 1: Cash Receipts & Disbursements**

• The cash balance beginning of the month stated in Part 1 of these Reports represents the balance per the bank statements on September 1, 2026.

• During the reporting period, the DISH DBS Debtors operated their businesses in the ordinary course as debtors in possession and remained subject to a centralized cash management system administered by DISH Network Corporation ("**DNC**"). Accordingly, DNC provided funding necessary to support the DISH DBS Debtors' ordinary-course operations and, thus, a certain portion of the DISH DBS Debtors cash held in custodial accounts at DNC were utilized, in part, to fund vendor disbursements and other ordinary-course expenditures of the DISH DBS Debtors.

• During the reporting period, certain disbursements were made on behalf of the Debtors by non-Debtor affiliates and/or third parties. Such disbursements have not been reflected in these Reports, as the advance deposit previously used to fund such disbursements has been fully exhausted and the Debtors have not yet reimbursed the applicable non-Debtor affiliates. Accordingly, payments made on behalf of the Debtors will be reflected as cash disbursements in the applicable reporting period when the Debtors reimburse the non-Debtor affiliates through the settlement of the related intercompany liabilities. Including these amounts in line item "e. Disbursements made by third party for the benefit of the estate" would result in duplicative reporting of the same disbursements and overstate the Debtors' total disbursements.

**Part 2: Asset and Liability Status**

• Total postpetition debt reflects obligations incurred by the Debtors following the Petition Date on June 30, 2026. Prepetition obligations authorized for payment pursuant to various "first day"

orders entered by the Bankruptcy Court remain classified as prepetition obligations and are not included in total postpetition debt.

**Part 4: Statement of Operations**

• Gross income/sales (net of returns and allowances) includes service revenue, equipment sales and other revenue, to the extent applicable to the Debtors. Cost of goods sold includes cost of services, and cost of sales – equipment and other, to the extent applicable to the Debtors, and excludes depreciation. Selling expenses, to the extent applicable to the Debtors, are included in general and administrative expenses.

• Reorganization Items reflected in the DISH Wireless Debtors' Reports include post-petition professional fees and other expenses directly related to the Chapter 11 Cases.

**Part 6: Postpetition Taxes**

• During the reporting period, the DISH Wireless Debtors recorded an approximately $69.4 thousand credit adjustment to accrued payroll tax liabilities to align the accrual balance with estimates of obligations owed, reflecting the current level of DWLLC's operations.

**Part 7: Questionnaire**

**Question A**

• The Debtors have received authority to pay certain prepetition obligations under various "first day" orders entered by the Bankruptcy Court. Amounts paid are monitored and made in accordance with the applicable "first day" orders governing payment of such prepetition obligations.

**Question C**

• During September 2026, the DISH Wireless Debtors paid fees due to the two independent directors for their services during the month.

• Additionally, during September 2026, certain wages and benefits attributable to insiders were paid by a non-Debtor affiliate pursuant to the Debtors' Shared Services Agreement. The applicable costs were allocated to and reimbursed by the Debtors pursuant to the relief granted under the Debtors' *Final Order Authorizing the Debtors to Assume the Shared Services Agreement* [Dkt. No. 514]. The Debtors did not make any direct payments to such insiders.

[*Remainder of page intentionally left blank.*]

| Consolidated Segment Entity Listing | | |
|---|---|---|
| The MORs were prepared on a business segment level, rather than on a debtor-by-debtor basis. Each of the MORs were filed under the Chapter 11 Case number of the Debtor within each business segment that corresponds to the lead case for each of the debtor groups. The business segments presented in the MORs are consistent with the Company's customary financial reporting structure. The following table outlines the operating Debtors and respective business segments as filed in the Monthly Operating Report, with the lead cases included in **bold**. | | |
| **Debtor Entity** | **Case Number** | **MOR Segment** |
| **DISH DBS Corporation** | **26-90627** | **DBS Debtors** |
| DISH Broadcasting Corporation | 26-90629 | DBS Debtors |
| DISH Network L.L.C. | 26-90631 | DBS Debtors |
| DISH Operating L.L.C. | 26-90632 | DBS Debtors |
| DISH Network Service L.L.C. | 26-90633 | DBS Debtors |
| DISH Technologies Holding Corporation | 26-90634 | DBS Debtors |
| DISH Technologies L.L.C. | 26-90635 | DBS Debtors |
| Sling Media, L.L.C. | 26-90639 | DBS Debtors |
| Sling TV Gift Card Corporation | 26-90640 | DBS Debtors |
| Sling TV Holding L.L.C. | 26-90641 | DBS Debtors |
| Sling TV L.L.C. | 26-90642 | DBS Debtors |
| Sling TV Purchasing L.L.C. | 26-90643 | DBS Debtors |
| **DISH Wireless L.L.C.** | **26-90628** | **DISH Wireless Debtors** |
| Neyland Networks LLC | 26-90626 | DISH Wireless Debtors |
| DISH Infinite Corporation | 26-90630 | DISH Wireless Debtors |
| DISH Wireless Leasing L.L.C. | 26-90636 | DISH Wireless Debtors |
| DISH Wireless Retail Holding L.L.C. | 26-90637 | DISH Wireless Debtors |
| DISH Wireless Retail Operating L.L.C. | 26-90638 | DISH Wireless Debtors |

[*Remainder of page intentionally left blank.*]

**DISH DBS Corporation and DISH Wireless L.L.C., et al.**
**Part 1: Cash Receipts & Disbursements**
**September Monthly Operating Report**

**Lead Case No.:** 26-90627
**Reporting Period:** 09/01/2026 - 09/30/2026

**Cash Receipts and Disbursements (Unaudited)**

| | 26-90627 DISH DBS Corporation | 26-90628 DISH Wireless L.L.C. |
|---|---|---|
| **Cash Balance Beginning of Month (Bank)** | **$ 464,685,295** | **$ 81,013,147** |
| **Receipts:** | | |
| Operating receipts | 747,838,437 | 65,579 |
| Interest | 1,113,867 | 184,638 |
| **Total Receipts** | **$ 748,952,304** | **$ 250,218** |
| **Disbursements:** | | |
| Operating disbursements | (210,511) | (2,836,396) |
| 5.25% Senior Notes due 12/2026 | (355,614,583) | - |
| I/C Receipts (Disbursements), net | (849,544,441) | (1,258,793) |
| **Total Disbursements** | **$ (1,205,369,536)** | **$ (4,095,189)** |
| **Net Cash Flow** | **$ (456,417,232)** | **$ (3,844,972)** |
| **Cash Balance End of Month (Bank)** | **$ 8,268,063** | **$ 77,168,175** |
| **Bank to Book Adjustments:** | | |
| Outstanding deposits | 32,444,673 | - |
| General Ledger Required Adjustments | (115,715) | (238,915) |
| Reclassification of Restricted Funds | (1,814,137) | (8,329,207) |
| **Total Accounting Adjustments** | **$ 30,514,821** | **$ (8,568,122)** |
| **Cash and Cash Equivalents per Balance Sheet** | **$ 38,782,885** | **$ 68,600,053** |

**DISH DBS Corporation and DISH Wireless L.L.C., et al.** | **Lead Case No.:** | **26-90627**
**Part 2: Asset and Liability Status** | **Reporting Period:** | **09/01/2026 - 09/30/2026**
**September Monthly Operating Report**

| Debtors' Balance Sheet (Unaudited) | | |
|---|---|---|
| | **26-90627 DISH DBS Corporation** | **26-90628 DISH Wireless L.L.C.** |
| **Assets** | | |
| **Current Assets** | | |
| Cash and cash equivalents | $ 38,782,885 | $ 68,600,053 |
| Trade accounts receivable, net of allowance | 362,806,185 | 112,500 |
| Inventory | 24,010,402 | - |
| Prepaids and other assets | 78,981,847 | 488,226 |
| Other current assets | 76,321,235 | - |
| **Total Current Assets** | **$ 580,902,555** | **$ 69,200,779** |
| Restricted cash, cash equivalents and marketable investment securities | 63,497,369 | 8,329,207 |
| Property and equipment, net | 436,626,748 | (1,280) |
| Regulatory authorizations, including restricted, net | 611,794,331 | - |
| Other investments, net | 161,901,791 | 2 |
| Operating lease assets | 441,835,012 | 718,143 |
| Intangible assets, net | 1,831,193 | - |
| Other noncurrent assets, net | 86,619,307 | - |
| **Total Noncurrent Assets** | **$ 1,804,105,751** | **$ 9,046,072** |
| **Total Assets** | **$ 2,385,008,306** | **$ 78,246,851** |
| **Liabilities** | | |
| **Current Liabilities** | | |
| Trade accounts payable | $ 34,193,203 | $ 58,874,219 |
| Intercompany payable | 264,814,403 | $ 3,988,139 |
| Deferred revenue and other | 348,138,986 | - |
| Accrued programming | 761,747,381 | - |
| Accrued interest | 43,165,776 | 1,031,250 |
| Payroll accrual | 14,776,903 | 603,539 |
| RIF Liability adjustment | - | 509,384 |
| Tax accrual | 26,477,726 | 652,785 |
| Other accrued expenses and liabilities | 105,037,165 | - |
| **Total Current Liabilities** | **$ 1,598,351,543** | **$ 65,659,316** |
| **Long Term Liabilities** | | |
| Deferred tax liabilities, net | 12,555,130 | - |
| Operating lease liabilities | 2,196,533 | - |
| Long-term deferred revenue and other long-term liabilities | 5,227,021 | - |
| **Total Long Term Liabilities** | **$ 19,978,683** | **$ -** |
| **Liabilities Subject to Compromise** | | |
| Prepetition secured debt | 2,911,979,167 | 75,000,000 |
| Prepetition priority debt | 22,035,548 | 9,939,500 |
| Prepetition unsecured debt | 3,006,716,408 | 15,207,055,709 |
| **Total Liabilities Subject to Compromise** | **$ 5,940,731,122** | **$ 15,291,995,209** |
| **Total Liabilities** | **$ 7,559,061,349** | **$ 15,357,654,525** |
| **Equity** | | |
| *Stockholder's equity:* | | |
| Class A common stock | 10 | - |
| Additional paid-in capital | (3,081,981,685) | (14,603,727,451) |
| Accumulated other comprehensive income (loss) | (5,936,749) | - |
| Accumulated earnings (deficit) | (2,086,134,619) | (675,680,223) |
| **Total Equity** | **$ (5,174,053,043)** | **$ (15,279,407,674)** |
| **Total Liabilities and Equity** | **$ 2,385,008,306** | **$ 78,246,851** |

**DISH DBS Corporation and DISH Wireless L.L.C., et al.**
**Part 4: Statement of Operations**
**September Monthly Operating Report**

**Lead Case No.:** **26-90627**
**Reporting Period:** **09/01/2026 - 09/30/2026**

| Debtors' Income Statement (Unaudited) | | |
|---|---|---|
| | **26-90627 DISH DBS Corporation** | **26-90628 DISH Wireless L.L.C.** |
| **Revenue:** | | |
| Gross income/sales (net of returns and allowances) | $ 724,804,391 | $ - |
| **Total Net Revenue** | **$ 724,804,391** | **$ -** |
| **Cost of Sales:** | | |
| Cost of goods sold | 499,460,742 | 1,154,906 |
| **Total Cost of Sales** | **$ 499,460,742** | **$ 1,154,906** |
| **Gross Profit** | **$ 225,343,649** | **$ (1,154,906)** |
| General and administrative expenses | 75,036,192 | - |
| Other expenses/(income) | (7,849,511) | (1,100,000) |
| Depreciation and/or amortization | 14,455,613 | - |
| Interest expense/(income) | 18,634,996 | 314,751 |
| Taxes (local, state, and federal) | 24,765,626 | - |
| Reorganization items | 8,742,756 | 13,754,701 |
| **Profit (loss)** | **$ 91,557,977** | **$ (14,124,358)** |